## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **Criminal No.: 21-CR-35 (EGS)** |
| **JEFFREY SABOL, et al.** | : | |
| | : | <u>**UNDER SEAL**</u> |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Colleen Kukowski, who may be contacted by telephone on (202) 252-2646 or e-mail at Colleen.Kukowski@usdoj.gov.  This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar No. 4444188


_/s/ *Colleen Kukowski*_
Colleen Kukowski
Assistant United States Attorney
D.C. Bar #: 1012458
555 4th Street, N.W.,
Washington, D.C. 20530
202-252-2646
Colleen.Kukowski@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 3rd day of February 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                     /s/ *Colleen Kukowski*
                                                   Colleen Kukowski
                                                   Assistant United States Attorney