UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO.  21-CR-35 (EGS) |
| : | |
| JEFFREY SABOL, et al : | |
| Defendants. : | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court unseal the docket, arrest warrant, indictment and related papers in the above captioned case.  Defendant Michael John Lopatic Sr. was arrested on February 3, 2021 and the reasons for sealing the case have been accomplished and there is no longer a need to keep the case sealed. This matter was originally sealed on or about January 29, 2021.

Date: February 9, 2021  Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
New York Bar No. 4444188

*Colleen D. Kukowski*

By: COLLEEN D. KUKOWSKI
Assistant United States Attorney
D.C. Bar 1012458
U.S. Attorney's Office
555 4th Street, N.W., Room 9842
Washington, D.C. 20530
202-252-2646
Colleen.Kukowski@usdoj.gov

1