# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Criminal No.: 21-CR-35 (EGS) |
| **JEFFREY SABOL, et al.** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Kimberly L. Paschall, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar No. 4444188


 /s/ *Kimberly L. Paschall*
Kimberly L. Paschall
Assistant United States Attorney
D.C. Bar No. 1015665
555 4th Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.paschall@usdoj.gov

## CERTIFICATE OF SERVICE

On this 18th day of February 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Kimberly L. Paschall*
Kimberly L. Paschall
Assistant United States Attorney