**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                        Criminal Number   1:21-cr-00035-EGS-2

PETER FRANCIS STAGER
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David Benowitz    DC Bar # 451557
(Attorney & Bar ID Number)

Price Benowitz LLP
(Firm Name)

409 7th Street, NW, Suite 200
(Street Address)

Washington, DC 20004
(City)         (State)         (Zip)

(202) 271-5249
(Telephone Number)