NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA


vs.                                                    Criminal Number   1:21-cr-00035-EGS-2


Peter Francis Stager
            (Defendant)



TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED
ABOVE IN THE ENTITLED ACTION.


I AM APPEARING IN THIS ACTION AS:   (Please check one)


☐   CJA              ☒   RETAINED          ☐   FEDERAL PUBLIC DEFENDER

_____
            *(Signature)*


**PLEASE PRINT THE FOLLOWING INFORMATION:**

Rammy Barbari (Bar No. 1032106)
_____
        *(Attorney & Bar ID Number)*
Price Benowitz LLP
_____
            *(Firm Name)*
409 7th St NW, Suite 200
_____
          *(Street Address)*
Washington, DC 20004
_____
   *(City)*          *(State)*          *(Zip)*
202-870-0139
_____
        *(Telephone Number)*