AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Peter Francis Stager

*Defendant*

)
)
)
)
)
)

Case: 1:21-mj-00057
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/14/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Peter Francis Stager   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 231(a) - Civil Disorder

Date: 01/14/2021

2021.01.14
14:25:53 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

ZIA M FARUQUI, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/14/2021, and the person was arrested on *(date)* 1/14/2021
at *(city and state)* 1315 MAIN ST CONWAY AR
@ 6:40PM

Date: 1/14/2021

*Arresting officer's signature* SA D Janakas FBI

DJ GIANAICAS, SPECIAL AGENT FBI
*Printed name and title*