UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 21-CR-35 (EGS) |
| | : |
| JACK WADE WHITTON, | : |
|    Defendant. | : |

## ORDER

This matter came before the Court on the government's motion for review of a decision by U.S. Magistrate Judge Regina D. Cannon, U.S. District Court for the Northern District of Georgia, to release Defendant Jack Wade Whitton pending trial and for a stay of Defendant Whitton's release pending a hearing on the motion for review of the release order. Upon consideration of that motion, it is by the Court this 5th day of April, 2021

ORDERED, that a hearing on the government's motion is set for the 12th day of April 2021 at 1:00 p.m.; and it is further

ORDERED, that the order releasing Defendant Whitton shall be stayed pending a ruling on the government's motion and Defendant Whitton shall be held without bond until the Court has issued that ruling.

THE HONORABLE EMMET G. SULLIVAN<br>
UNITED STATES DISTRICT COURT FOR<br>
THE DISTRICT OF COLUMBIA

1