# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 21-CR-35 (EGS)** |
| | **:** | |
| **JEFFREY SABOL,** | **:** | |
| **PETER FRANCIS STAGER,** | **:** | |
| **MICHAEL J. LOPATIC SR.,** | **:** | |
| **CLAYTON RAY MULLINS,** | **:** | |
| **JACK WADE WHITTON,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the Acting United States

Attorney for the District of Columbia, hereby informs the Court and defense that the attached

discovery letter of July 19, 2021, has been provided to the defense in this matter.


Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793


By:      */s/ Colleen D. Kukowski*
COLLEEN D. KUKOWSKI
Assistant United States Attorney
DC Bar No. 1012458
555 Fourth Street, N.W., Room 9842
Washington, DC 20530
Colleen.Kukowski@usdoj.gov
(202) 252-2646

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Notice of Discovery was served on all counsel

of record via the Court's electronic filing service.


                                          _/s/ Colleen D. Kukowski____
                                          COLLEEN D. KUKOWSKI
                                          Assistant United States Attorney


Date:   July 19, 2021


2