NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number  1:21-cr-00035-EGS-2

Peter Francis Stager
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Matthew Wilson DC Bar #155875
*(Attorney & Bar ID Number)*

Price Benowitz LLP
*(Firm Name)*

409 7th Street, NW, Suite 200
*(Street Address)*

Washington, DC  20004
*(City)      (State)      (Zip)*

(202) 997-0898
*(Telephone Number)*