## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>**JEFFREY SABOL,**<br>**PETER FRANCIS STAGER,**<br>**MICHAEL JOHN LOPATIC SR.,**<br>**CLAYTON RAY MULLINS,**<br>**JACK WADE WHITTON,**<br>**LOGAN JAMES BARNHART, and**<br>**RONALD COLTON MCABEE** | **Case No. S2 21-CR-35 (EGS)**<br><br>**<u>Filed Under Seal</u>** |

### <u>ORDER</u>

This matter having come before the Court pursuant to the motion of the United States to seal the indictment and related documents in this case and delay entry of this criminal case on the public docket until the arrest warrant for the defendant is executed, and because of such reasonable grounds to believe the disclosure of the documents to be sealed will result in serious jeopardy to the investigation and flight from prosecution, the United States has established that a compelling interest exists to justify the requested sealing. Accordingly, the motion is GRANTED, and it is hereby

ORDERED that the indictment, arrest warrant, the motion to seal and proposed order, and this order are sealed, and the Clerk is directed to delay entry of this criminal case on the public docket until the arrest warrants for the defendants LOGAN JAMES BARNHART and RONALD COLTON MCABEE, are executed, at which time the indictment and related documents shall be unsealed by operation of this order and may be publicly shared by the government.

Date: August 4, 2021

_____
ROBIN M. MERIWEATHER,
UNITED STATES MAGISTRATE JUDGE