AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Peter Francis Stager

)
)  Case: 1:21-mj-00057
)  Assigned to: Judge Zia M. Faruqui
)  Assign Date: 1/14/2021
)  Description: COMPLAINT W/ARREST WARRANT
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Peter Francis Stager                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. 231(a) - Civil Disorder

2021.01.14
14:25:53 -05'00'

Date:   01/14/2021                                                     _____
                                                                        *Issuing officer's signature*

City and state:   Washington, DC                                       ZIA M FARUQUI, U.S. Magistrate Judge
                                                                        *Printed name and title*

### Return

| This warrant was received on *(date)* 1/14/2021, and the person was arrested on *(date)* 1/14/2021 |
| at *(city and state)* 1315 MAIN ST CONWAY AR                                        6:40 PM |

Date:   1/14/2021                                             _____
                                                               *Arresting officer's signature* FBI

                                                               DJ GIANNICAS, SPECIAL AGENT FBI
                                                               *Printed name and title*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 15 2021

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
District of Columbia

United States of America )
v. )
Peter Francis Stager )
)
)
)
)
Defendant(s)

Case: 1:21-mj-00057
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/14/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the
_____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 231(a) | Civil Disorder |

This criminal complaint is based on these facts:
See attached statement of facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jason T. Coe, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date:   01/14/2021

City and state:   Washington, DC

Zia M. Faruqui
2021.01.14 14:50:26 -05'00'
Judge's signature

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

[Print] [Save As...] [Attach] [Reset]

Case 1:21-cr-00035-RC   Document 96   Filed 02/19/21   Page 3 of 19
Case 4:21-mj-00012-JTK   Document 1   Case: 1:21-mj-00057   Page 2 of 19
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/14/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Jason T. Coe, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). Specifically, I am assigned to the Washington Field Office, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent with the Federal Bureau of Investigation, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, between 1 p.m. and 2 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On January 6, 2020, during the above-referenced events, Officer B.M. ("B.M.") of the Washington D.C. Metropolitan Police Department ("MPD") was working his[1] evening shift in his official capacity. During that shift, B.M. was directed to report to the U.S. Capitol building to assist the U.S. Capitol Police in their duties to maintain security of the U.S. Capitol building.

Between 4:00PM and 5:00PM that same day, B.M. walked through an interior tunnel of the U.S. Capitol building and assumed a post in an archway which provided access to the building's exterior. The approximate location of B.M. was noted by B.M. and is denoted below by the blue markings.



From this archway, alongside other uniformed law enforcement officers, B.M. observed hundreds of individuals gathered outside. Some of these individuals were throwing and swinging various objects at the group of law enforcement officers. While standing in the archway to prevent the group of individuals from breaching the U.S. Capitol building, and while wearing his official MPD uniform, some of these individuals grabbed B.M. and dragged him down the stairs of the Capitol building. These individuals forced B.M. into a prone position on the stairs and proceeded to forcibly and repeatedly strike B.M. in the head and body with various objects.

On January 12, 2021, the FBI received a tip via electronic submission from a confidential source of information ("CS1"), identifying one of the individuals who assaulted B.M. on the

---

[1] Unless otherwise stated, for the safety of victims and witnesses, victims and confidential sources of information are referred to using male pronouns (regardless of gender) and conversations about victims and confidential sources of information have been altered as necessary to reflect male pronouns.

stairs of the U.S. Capitol building as PETER FRANCIS STAGER ("STAGER"). FBI Special Agents interviewed CS1, who stated he recognized STAGER from two videos posted on a Twitter thread[2]. The first video ("video 1") depicted STAGER amongst a large group of individuals on the stairs of the U.S. Capitol building. STAGER climbed the stairs while holding a flagpole with a United States flag affixed to it and used the pole to repeatedly strike B.M. while B.M. remained prone on the steps of the U.S. Capitol building.



(Video 1 a.)  (Video 1 b.)

(Video 1 c.)  (Video 1 d.)

---

[2] The thread referred to by CS1 is located at URL:
https://twitter.com/Cleavon_MD/status/1348763799470235655

In the second video ("Video 2"), CS1 identified the male speaking as STAGER, who stated, "Everybody in there is a treasonous traitor. Death is the only remedy for what's in that building." Your affiant believes that in STAGER's statement, "that building" was a reference to the U.S. Capitol building, and "everybody in there" was a reference to the Congressmen and Congresswomen inside the U.S. Capitol building at the time.



(Video 2)

CS1 told Agents that following viewing the above-referenced videos, CS1 contacted a mutual acquaintance of both STAGER and himself ("CS2"). CS2 told CS1 that CS2 had already spoken directly with STAGER following the events on January 6, 2021. CS2 also told CS1 that STAGER identified himself as the individual in both video 1 and video 2.

Agents then interviewed CS2, a close associate of STAGER. CS2 also recognized STAGER as the individual in video 1 striking B.M. with a flagpole, and as the individual in video 2 who was "ranting." CS2 spoke directly with STAGER via telephone following the events on January 6, 2021. During that phone conversation, STAGER confirmed that he [STAGER] was the individual in both video 1 and video 2.

Referring to video 1, STAGER told CS2 that he [STAGER] did not know the man he was striking on the ground with the flagpole was a cop and that he thought the person he was striking was ANTIFA. On the Twitter thread provided by CS1, there was a photo ("photo 1") of B.M. lying prone on the steps of the U.S. Capitol building while surrounded by the large group of individuals. Clearly present on B.M.'s uniform, across his back, are the words "METROPOLITAN POLICE."

Also visible in the photo is STAGER, holding a flagpole, with an American flag attached, with what appears to be a clear view of B.M. in uniform, lying on the stairs. Therefore, your affiant believes that STAGER was able to clearly see the police markings on B.M.'s uniform and was aware that the individual who he was striking was, in fact, law enforcement. After reviewing the aforementioned video footage, your affiant believes that photo 1 was captured immediately prior to STAGER striking B.M.



(Photo 1)

CS2 told Agents that STAGER told him that he [STAGER] had to apologize to CS2 and to his [STAGER's] children for his behavior. Additionally, STAGER told CS2 that he intended to turn himself in to law enforcement for his actions, but had yet to do so.

Referencing video 2, STAGER told CS2 that he [STAGER] was "wired up" from being either pepper-sprayed or tear-gassed and that was why he made the comments he did on camera. Your affiant believes that STAGER could have been tear-gassed by law enforcement officers while attempting to breach the U.S. Capitol building.

Law enforcement identified STAGER utilizing the above information provided by CS1 and CS2. A query of the Arkansas Department of Motor Vehicles (DMV), of the Arkansas Department of Finance and Administration, yielded a Driver License photo of STAGER which was compared to that of the individual in both video 1 and video 2. Your affiant believes that they are of the same individual.

Based on the foregoing, your affiant submits that there is probable cause to believe that STAGER violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit

any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Respectfully Submitted,

SPECIAL AGENT JASON T. COE
FEDERAL BUREAU OF
INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 14th day of January 2021.

2021.01.14
14:28:18 -05'00'

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Peter Francis Stager

)
)
)
)
)
)

Case: 1:21-mj-00057
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/14/2021
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Peter Francis Stager,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 231(a) - Civil Disorder

Date: 01/14/2021

2021.01.14
14:25:53 -05'00'

*Issuing officer's signature*

City and state: Washington, DC     ZIA M FARUQUI, U.S. Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.  NO. 4:21-MJ-0012 JTK

PETER FRANCIS STAGER

CLERK'S MINUTES

Date: January 19, 2021
Before: Hon. J. Thomas Ray
Assistant U.S. Attorney Stacy Williams
Defense Attorney Lauren Elenbaas
CRO/CRD Tenesha Brown

Defendant Peter Francis Stager appeared before Judge J. Thomas Ray for an initial appearance on a complaint and arrest warrant from the District of Columbia; Defendant, through counsel, waived his right to a preliminary and identification hearing; Defendant is remanded to the United States Marshall's Service pending his detention hearing scheduled for Friday, January 22, 2021 at 1:00 p.m.

4

AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 19 2020

JAMES W. McCORMACK, CLERK
By: _JBrown_
DEP CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

United States of America )
v. ) Case No. 4:21-MJ-0012 JTK
Peter Francis Stager )
)
*Defendant* )

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: Richard Sheppard Arnold United States Courthouse<br>500 West Capitol Avenue<br>Little Rock, AR 72201 | Courtroom No.: 1D |
|---|---|
| | Date and Time: 1/22/21 1:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 01/19/2021

_J. Thomas Ray_
*Judge's signature*

J. Thomas Ray, U.S. Magistrate Judge
*Printed name and title*

5

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 21 2021
JAMES W. McCORMACK, CLERK
By: _____ JBrown _____
DEP CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

United States of America )
v. )
Peter Francis Stager ) Case No. 4:21-MJ0012 JTK
)
) Charging District's Case No. 1:21-MJ-0057
_Defendant_ )

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____
District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1/19/2021

_Defendant's signature_

_Signature of defendant's attorney_

Lauren Elenbaas
_Printed name of defendant's attorney_

6

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 21 2021

JAMES W. McCORMACK, CLERK
By: _____
　　　　　　　　　　　DEP CLERK

UNITED STATES OF AMERICA

VS.　　　　　　　　　　4:21-mj-00012-JTK

PETER FRANCIS STAGER

## ORDER

A detention hearing is scheduled on January 22, 2021 at 1:00 p.m in Courtroom 1D. The proceeding will be live-streamed in Courtroom 2B. All spectators wishing to watch the hearing must go to Courtroom 2B.

Photographs and recording of the hearing by any means is prohibited. *See* Fed. R. Crim. P. 53 and Local Rule 83.2(a).

IT IS SO ORDERED this 21st day of January 2021.

_____
UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA

V.  NO. 4:21-MJ-0012 JTK

PETER FRANCIS STAGER

## CLERK'S MINUTES

| | |
|---|---|
| Date: | January 22, 2021 |
| Before: | Hon. J. Thomas Ray |
| Assistant U.S. Attorney | Stacy Williams |
| Defense Attorney | Lauren Elenbaas and Frank Shaw |
| CRO/CRD | Tenesha Brown |

Defendant Peter Francis Stager appeared before Judge J. Thomas Ray for a detention hearing; after witness testimony, and argument from counsel, the Court ruled there are no conditions or combination of conditions that will reasonably assure the safety of the community; the Defendant is ordered detained pending the resolution of all charges; a Commitment Order to the District of Columbia will follow.

8

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.  4:21-mj-00012-JTK-11

PETER FRANCIS STAGER

## ORDER OF DETENTION

On January 22, 2021, the Court conducted a detention hearing for Defendant Peter Francis Stager ("Mr. Stager"). Mr. Stager is charged in a Criminal Complaint filed in the District of Columbia with civil disorder, in violation of 18 U.S.C. § 231(a). For the reasons stated on the record at the conclusion of the hearing and in this Order, the Court concludes that Mr. Stager must be detained.

After carefully considering all of the factors in 18 U.S.C. § 3142(g), the Court made detailed findings from the bench to support its decision that: (1) the Government had proved by clear and convincing evidence that Mr. Stager poses a danger to the community; and (2) if Mr. Stager were released, no condition or combination of conditions the Court could impose would reasonably assure the safety of the community. As a result, Mr. Stager must be detained.

Mr. Stager is committed to the custody of the United States Marshal or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody

9

pending appeal. He must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver him to the United States Marshal for a court appearance.

IT IS SO ORDERED this 22nd day of January 2021.

_____
UNITED STATES MAGISTRATE JUDGE

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 22 2021

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Peter Francis Stager | ) | Case No.  4:21-MJ-0012 JTK |
| | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No.  1:21-MJ-0057 ZMF |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Columbia,
*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____.

The defendant:   ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: January 22, 2021

_____
*Judge's signature*

J. Thomas Ray, U.S. Magistrate Judge
*Printed name and title*

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,USM Custody

# U.S. District Court
## Eastern District of Arkansas (Central Division)
## CRIMINAL DOCKET FOR CASE #: 4:21-mj-00012-JTK-1

Case title: USA v. Stager
Other court case number: 1:21-mj-00057ZMF District of Columbia, Washington, DC

Date Filed: 01/15/2021
Date Terminated: 01/22/2021

Assigned to: Magistrate Judge Jerome T. Kearney

**Defendant (1)**

**Peter Francis Stager**
*TERMINATED: 01/22/2021*

represented by **Lauren M. Elenbaas**
The Shaw Firm
1315 Main Street
Conway, AR 72034
501-329-5803
Email: laurenshawlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
None

**Disposition**

**Plaintiff**

**USA**

represented by **Stacy R. Williams**
U. S. Attorney's Office

Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2654
Email: stacy.williams@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2021 | 1 | Rule 5(c)(3) Documents Received from the District of Columbia, Washington DC as to Peter Francis Stager. (lmc) (Entered: 01/15/2021) |
| 01/15/2021 | 2 | NOTICE OF VIDEO HEARING as to Peter Francis Stager: Initial Appearance set for 1/19/2021 at 3:00 p.m. in Little Rock, Arkansas, in Courtroom #4B before Magistrate Judge Jerome T. Kearney. (lmc) (Entered: 01/15/2021) |
| 01/19/2021 | 3 | NOTICE OF VIDEO HEARING as to Peter Francis Stager Initial Appearance set for 1/19/2021 at 03:00 PM in Little Rock Courtroom # 1C before Magistrate Judge J. Thomas Ray. (tjb) (Entered: 01/19/2021) |
| 01/19/2021 | 4 | Minute Entry for proceedings held before Magistrate Judge J. Thomas Ray: Initial Appearance in Rule 5(c)(3) proceedings as to Peter Francis Stager held on 1/19/2021 (ERO - Tenesha Brown) (tjb) (Entered: 01/19/2021) |
| 01/20/2021 | 5 | ORDER OF DETENTION as to Peter Francis Stager; Detention Hearing set for 1/22/2021 at 01:00 PM in Little Rock Courtroom # 1D. Signed by Magistrate Judge J. Thomas Ray on 1/19/21. (tjb) (Entered: 01/20/2021) |
| 01/21/2021 | 6 | WAIVER of Rule 5 and 5.1 Hearings by Peter Francis Stager (tjb) (Entered: 01/21/2021) |
| 01/21/2021 | 7 | ORDER photographs and recording of the hearing scheduled for January 22, 2021 at 1:00 p.m. is prohibited. Signed by Magistrate Judge J. Thomas Ray on 1/21/21. (tjb) (Entered: 01/21/2021) |
| 01/22/2021 | 8 | Minute Entry for proceedings held before Magistrate Judge J. Thomas Ray: Detention Hearing as to Peter Francis Stager held on 1/22/2021 (Court Reporter Elaine Hinson) (tjb) (Entered: 01/22/2021) |
| 01/22/2021 | 9 | ORDER OF DETENTION as to Peter Francis Stager. Signed by Magistrate Judge J. Thomas Ray on 1/22/21. (tjb) (Entered: 01/22/2021) |
| 01/22/2021 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Peter Francis Stager. Defendant committed to the District of Columbia. Signed by Magistrate Judge J. Thomas Ray on 1/22/21. (tjb) (Entered: 01/22/2021) |