```
 1              UNITED STATES DISTRICT AND BANKRUPTCY COURTS
                    FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA        Case No.  21-CR-00035

 4          v.                       Washington, D.C.

 5   JEFFREY SABOL,                  April 8, 2021

 6            Defendant.             11:00 a.m.
                                                    Case No. 1:21-cr-35-EGS
 7   --------------------------/

 8              TRANSCRIPT OF BOND HEARING
           BEFORE THE HONORABLE EMMET G. SULLIVAN
 9              UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   For the Government:     United States Attorney's Office
                             By: COLLEEN KUKOWSKI. ESQUIRE
12                           555 Fourth Street, NW
                             Washington, D.C. 20530
13

14   For the Defendant:      Law Offices of Jon Norris
                             By: JON NORRIS, ESQUIRE
15                           503 D Street, NW
                             Suite 250
16                           Washington, D.C. 20001

17

     Court Reporter          Lisa K. Bankins RMR FCRR RDR
18                           United States District Court
                             333 Constitution Avenue, NW
19                           Washington, D.C. 20001

20


21   Proceedings recorded by mechanical stenography,
     transcript produced by notereading.
22

23

24

25
```

```
1                      P R O C E E D I N G S
2              THE CLERK:  Your Honor, this is Criminal Case
3    21-035, United States of America versus Jeffrey Sabol.
4    Will parties on the line please identify yourselves for
5    the record?  And we'll start with government counsel,
6    please.
7              MS. KUKOWKSI:  Good morning, Your Honor.  AUSA
8    Colleen Kukowski for the United States.
9              THE COURT:  Good morning, counsel.
10             MR. NORRIS:  And good morning, Your Honor.
11   Attorney John Norris on behalf of Mr. Jeffrey Sabol.
12             THE COURT:  Good morning, counsel.  Mr. Sabol,
13   how are you this morning, sir?
14             THE DEFENDANT:  Hello, sir.  I'm okay, sir.
15   Thank you.
16             THE COURT:  I have one question before we start.
17   We're hearing all sorts of let me just say information
18   that residents at the jail are being locked down 23 hours
19   a day.  Does that apply to your client, Mr. Norris?
20             MR. NORRIS:  It does, Your Honor.  Yes.
21             THE COURT:  Has he been given a reason for that?
22             MR. NORRIS:  He has not.  I've heard rumors
23   about other things completely unrelated to Mr. Sabol or
24   his case.  But I have not heard any specific reasons
25   either in his case or outside his case.
```

1          THE COURT:  All right.  Thank you.  I am meeting

2     tomorrow with the director of the Department of

3     Corrections to get more information because, you know,

4     like everything else, we got to separate fact from

5     fiction, but I just thought I'd ask you that question.  I

6     figured you would know.  So thank you very much.

7          I've read everything that's pending.  I do have

8     a minor conflict at around ten minutes to 12.  I'm going

9     to have to take about a 15-minute recess.  But I don't

10    want to lose our place in the queue, Mark.  So what do we

11    do?  I don't want to send everyone to a breakout room and

12    then, you know, D.O.C. has put someone else in our place.

13    So I'm not sure what to do, Mark.

14         THE CLERK:  Okay.  Let me double check to see

15    what's -- I think I put a two-hour limit on this hearing,

16    Your Honor.  So let me double check.

17         THE COURT:  All right.  I don't think we'll need

18    two hours.  But I just want to be fair to everyone.  I'm

19    going to give each side an opportunity to very succinctly

20    tell me their reasons pro and con for release or not.

21    Again, I've read everything.  I think it's always great to

22    be up front with people.  My inclination is to keep your

23    client detained, Mr. Norris, but I want to be fair about

24    that.  Maybe there is some new information since your

25    motion was filed.  I don't know.

1          MR. NORRIS:  I think there is, Your Honor.  So

2     thank you for the opportunity.  Yes.

3          THE COURT:  Sure.  And the other issue is this.

4     That in the event the Court does detain your client,

5     Mr. Norris, and the Court will have to wrestle with the

6     issue of speedy trial, any exclusions, et cetera, et

7     cetera.  But any way, why don't I give you a few minutes?

8     But I'm going to periodically look at my watch.  It's

9     around ten after now.  But it's a hard break at around ten

10    minutes to 12.  I may just ask everyone just to, you know,

11    stay where you are and just, you know, mute yourself on

12    audio and video.  I may just do that because I don't want

13    to lose anyone.

14          All right.  Why don't I -- this is your motion,

15    Mr. Norris.  Why don't you just summarize -- give me your

16    best reasons for release into the community.

17          MR. NORRIS:  Thank you, Your Honor.  I

18    appreciate the opportunity and we have a number of

19    reasons.  First off, this is a bond review as the Court

20    knows from the magistrate judge's determination from New

21    York State and the Court has the ability to do this review

22    de novo.

23          THE COURT:  Right.

24          MR. NORRIS:  We're starting over fresh.  And

25    I've looked at the statutes on this, Your Honor.  And

1    while detention is permissible in this case, it is not

2    required.  And in fact there is no rebuttable presumption

3    that the government can rely upon for dangerousness in

4    this case like there are in so many other cases for a

5    number of reasons.  One because Mr. Sabol does not have a

6    criminal record or the most diminimous of criminal

7    records.  He has one misdemeanor matter that was diverted

8    out I believe more than five years ago and --

9              THE COURT:  People have spoken very highly about

10   him.  It's like, you know, you are reading two books.

11             MR. NORRIS:  Well, yes.

12             THE COURT:  And he's got some very glowing

13   recommendations from people who have known him for years

14   and essentially, the conclusion that many have reached is

15   this is totally out of character for him to be involved in

16   this type of incident.

17             MR. NORRIS:  Your Honor, I think the Court is

18   right and the Court has focused on the crux of the matter

19   here.  I have never seen this quantity or quality of

20   character letters on behalf of any of my clients in

21   federal court previously.  And from what I know about

22   Mr. --

23             THE COURT:  Notwithstanding your best efforts to

24   get those letters I'm sure.

25             MR. NORRIS:  Well, that's true, that's true in

1    many cases.  But in this case, they simply came to me.  I

2    didn't make a request.  You know, people heard that Jeff

3    had been arrested and was detained and people wrote these

4    letters from all walks of his life with all these

5    different experiences with him because of his character

6    and who he is.

7         And, Your Honor, I think what's important for

8    the Court to focus on when it looks at dangerousness and

9    risk of flight because we're going to talk about both of

10   those today is that the conduct, the criminal conduct for

11   which Mr. Sabol is before the Court really took place by

12   him over a matter of seconds.

13        Now I understand he made some bad decisions and

14   he understands that.  I'm going to explain that to the

15   Court as well.  He shouldn't have come to D.C.  He

16   shouldn't have been part of the rally.  And as part of the

17   rally, he shouldn't have gone up those steps.

18        But the actual criminal conduct that he's

19   charged with, Your Honor, the assault on the police

20   officer, he did not come to this incident with any weapons

21   or armed.  He became armed because he disarmed a police

22   officer.  He took a baton away from a police officer.  He

23   grabbed the baton.  He held onto it.  The officer let go.

24   Mr. Sabol got it in the tug of war.  But he did not use

25   the baton as a weapon.  He didn't hurt anyone with it.  He

1    didn't hit anyone.  He didn't poke anyone.  He didn't do

2    any of that.

3              THE COURT:  Let me stop you for a second.  Don't

4    the videos show a different scenario?

5              MR. NORRIS:  No, they do not, Your Honor.  If

6    the Court looks at the videos and we actually have two

7    clips we can play for the Court.  Now the videos show a

8    violent mob.  There's a lot of angry things going on.  But

9    the video that we want the Court to focus on shows

10   Mr. Sabol doing the opposite.  He's waving his hands in

11   the type of position like a referee might, you know,

12   parallel to the ground saying no, don't hurt the officer,

13   don't hurt the cop, don't hurt the cop.  And so, yes, he

14   is in the group, the group is violent, they are struggling

15   with police, but he did not hurt or harm anyone.

16             And his criminal conduct is literally less than

17   ten seconds, Your Honor.  Seven to nine seconds of

18   struggling with police officers, which he should not have

19   done.  And I think it's important for the Court to realize

20   what he did do, taking the baton from the officer and what

21   he didn't do.  He did not use that baton as a weapon to

22   hurt anyone.  And I think that's extremely important.

23             I also think it affects the rest of his actions,

24   not only that day, but in the coming week or so

25   afterwards, Your Honor.  Jeffrey Sabol having lived his

1    life as a good community minded person who thinks of
2    himself as someone who does good in the world -- and I'll
3    be honest with you, judge.  He came to D.C. for reasons
4    that he thought were good reasons at the time.

5              He since realizes he was misguided, he was wrong
6    he had been lied to about the election being stolen and
7    stopping the steal and those types of things.  But because
8    of what happened that day and because of the frenzy and
9    the things that were said to the crowd by people like
10   Roger Stone and Rudy Guiliani and the President himself.
11   The President of the United States of America was telling
12   citizens something evil has happened and you all have to
13   go fix it.  He got caught up inappropriately in the
14   moment.  And for one day in his life, he made some really
15   bad decisions.  And those bad decisions impacted him so
16   heavily, Your Honor, that they affected what he did after
17   January 6th.

18             They affect the fact that -- well, first off, he
19   tried to take his own life which I think shows the level
20   of cognitive dissonance that this person had, a good
21   person who realizes he's made a mistake and he's done bad
22   things.  He realized the shame he was going to bring to
23   his family.  And I understand a big part that this case
24   has in the media and elsewhere in the government's
25   presentation is the fact that he tried to flee the country

1    to Switzerland.

2            Let's talk about that for just a minute, Your

3    Honor.  Yes, that is something he did.  He purchased an

4    airline ticket to go from his home in Colorado through

5    Boston to Switzerland.  The reason he did that was not to

6    escape the United States or prosecution permanently and

7    avoid prosecution.  But in his mind, he believed he was

8    doing good that day in terms of trying to help officers

9    who were injured or tripped or wounded down the steps and

10   that he was seeing videos of himself on the news that put

11   him in a bad light.

12           He believed there would exist videos out there

13   that show him in a better light and there are.  Some of

14   the videos that we've found, you know, look better than

15   the clips that are shown by the FBI, Your Honor.  And he

16   wanted to go somewhere where he could sit and not be

17   arrested and do the research.  But he bought a return

18   trip.  His ticket to Switzerland returned to the United

19   States on the 22nd.  Now all of that was of no matter

20   because he never got on the plane and it was his decision

21   not to get on the plane --

22           THE COURT:  I'm going to walk away from the

23   screen for just a second, but I can hear you.  I just need

24   to lock a door.  I just need to lock a door here.  But I

25   can hear you.

1              MR. NORRIS:  Yes, sir.  Thank you, Your Honor.

2              THE COURT:  Sure.  Go right ahead, counsel.

3              MR. NORRIS:  So a lot's been made about his

4    going to Switzerland, but it was not to escape

5    prosecution.  In his mind, it was really to give him time

6    so that he was not arrested before he could find the video

7    that helped him out.

8              Now was he thinking clearly?  No, he was not

9    thinking clearly.  This was the cognitive dissonance.

10   This is someone who was not in a good mental state because

11   of sort of the trauma that they were in.

12             And the Court might be asking how did he get to

13   a position like that.  This is someone who is stable.

14   What he does for a living, Your Honor, is he is an

15   ordnance expert that goes into military installations

16   around the world and he goes into energy and mining

17   installations around the world where there's explosive

18   ordnance and he's the guy that locates and diffuses and

19   removes explosives to protect other people and he's done

20   this for 25 years.  He's highly intelligent.  He's highly

21   methodical.  He's a brilliant gentleman.  And he works in

22   an environment where there are a lot of people in the

23   military that are conservative.  He himself is not

24   particularly political up until the recent events where

25   the stopping the steal became politicized.

1          Now I think he reached a point in his life a few

2    years ago when his eldest brother passed away that was

3    very traumatic for him and he kind of lost one of the

4    anchors in his life and he started listening to more

5    politics than he had in the past.  And I think that

6    explains why he was motivated enough to come to

7    Washington, D.C. in December and come to D.C. in January

8    and get involved in this rally.  But he did not come with

9    the intent of hurting anyone.  He didn't come with the

10   intent of actually stopping democracy from going forward,

11   Your Honor.

12          And I think it's important for the Court to

13   realize what he did and did not bring with him to the

14   District of Columbia and some of the reasons why.  Yes,

15   you know, he was wearing a bicycle-style helmet and he was

16   wearing boots and this is because I understand, you know,

17   he was told by people that there could be, you know,

18   violent protests with Antifa and people on the left could

19   be clashing.  It was not in order to fight with police or

20   fight with members of the government.

21          And then it's also important what he brought

22   with him in his backpack.  The government made a big part

23   about how he had zip ties in his backpack and he had

24   two-way radios in his backpack.  And I'd like to talk

25   about both of those things.  When you and I -- and I mean

1    that collectively, not individually.  But when those of us

2    read in the media about certain people on January 6th

3    having zip ties at the Capitol, someone was referred to,

4    another individual as "zip tie guy" and the Court might

5    remember photographs of this individual.  And he had those

6    big white, nylon plastic, double-sided figure 8 or letter

7    B shaped zip ties that law enforcement carry.  The type

8    that you could use as handcuffs they are so scary.  Okay.

9    To me, that's a really scary factor.

10            Jeffrey Sabol did not have those.  Jeffrey Sabol

11   is an engineer and in his backpack, he had little wire

12   cable ties that he carries with him everywhere he goes in

13   his backpack and in his computer bag and in his car.  It's

14   the same type of wire ties that I keep in the tool box in

15   my pickup truck, Your Honor.  They are not used to

16   restrain people.  They are used if you ever need to

17   connect two things.  And he literally as an engineer does

18   not leave home without those.

19            Now he did also have a type of two-way radio

20   like a Radio Shack type radio that had an ear plug so that

21   he could communicate with the two people he came from

22   Colorado with.  It didn't work.  The radios didn't work

23   more than 20, 30 feet apart from each either.  The reason

24   they brought those is because they heard there was going

25   to be -- you know, these numbers of marches get

1    exaggerated -- but they heard there was going to be a

2    million people at the Capitol that day and that cell

3    phones wouldn't be working.  So they were traveling

4    together.  They brought these radios together.  But he

5    didn't use them in any coordinated way on January 6th.

6              The zip ties, there was nothing.  There was no

7    weapons that he had other than that one baton which he

8    took from the officer and he did not use that baton as a

9    weapon.  He did not hurt or injure the officer.

10             If the Court looks closely at the statement of

11   facts in this case, the agents really seem to qualify what

12   they say happened in different places.  It appears this

13   individual may have been tugging on the police officer

14   down the steps.  But we now know there was a co-defendant

15   who was charged with doing that.  We know from other

16   videos there's a co-defendant that pulled the officers

17   down the steps.

18             Jeffrey Sabol was up there.  He was -- and I

19   almost hate to use this term, but as a former rugby player

20   he was in a scrum with these other people.  But most of

21   what he was trying to do was say don't hurt the cops, Your

22   Honor.

23             So I don't want to oversell this.  He made

24   mistakes.  He broke the law.  He shouldn't have been

25   there.  He clearly interfered with the officers in a way

1    that was assaultive in conduct.  And what occurred on

2    January 6th in a group, a huge group of people, hundreds

3    of people was incredibly serious that day.  But he's not

4    the one that was committing the most violent acts.

5              And so if the Court looks at dangerousness, we

6    think all of this can be addressed by what I'm proposing

7    which is this, Your Honor.  I have spoken with his family

8    members.  His parents are 78 and 82 years old

9    respectively, his mother and father and they have a home

10   in Waterville, New York.  Next door to their home in

11   Waterville, New York, Mr. Sabol's girlfriend, Michelle

12   Waufle, owns a home.  That's how Mr. Sabol first met his

13   girlfriend of nine years because they were neighbors with

14   his mother and her home is available.

15             Rather than him going home to Colorado, Your

16   Honor, I'm going to suggest that if the Court sees fit to

17   release him on house arrest to the address, 231 Osborne

18   Avenue in Waterville, New York, I have spoken with a

19   senior probation officer out of the Northern District of

20   New York which is the jurisdiction that would supervise

21   someone in Oneida County, New York if they were on

22   pretrial release by yourself, by any federal judge in the

23   country, this office would be willing to do electronic GPS

24   house arrest style home monitoring.  They are available to

25   do that.

1          Now Mr. Sabol no longer has a passport because

2    the FBI has his passport.  He never had a duplicate.  If

3    he had any such document, he would be willing to turn it

4    over.  He's not a risk of flight in terms of leaving the

5    country.  We don't believe he is a risk of harming himself

6    any further now that sort of the acute crisis stage that

7    he was in back in January has passed.  He's really come to

8    terms with the mistakes that he's made and he understands

9    that he's made mistakes.  He understands that his mindset

10   on January 6th was completely wrong, that he had been lied

11   to and that he took actions that were inappropriate

12   because he had this inappropriate mindset.

13          And I think at this stage of his life, if the

14   Court had him on house arrest, supervised by federal

15   probation, living next door to his elderly parents where

16   he could assist in taking care of them with his

17   girlfriend, he also has through his girlfriend's family

18   employment opportunities that are available to him in

19   Waterville, New York.  Once the Court thinks that's

20   appropriate if the Court was to see fit to move him from

21   house arrest to say a curfew, he could have full time

22   employment as well.  And, of course, the Court knows

23   Pretrial Services out of the federal court in New York

24   could provide some mental health services as well.

25          So that, Your Honor, is the most concise

1    summations of arguments.  Jeffrey Sabol has lived his
2    entire life as a good man.  He is not someone who is going
3    to disappoint this Court or do anything to be a danger to
4    the community or a risk of flight.
5                THE COURT:  Mr. Norris, thank you very much.
6    Ms. Kukowski?
7                MS. KUKOWKSI:  Thank you, Your Honor.  I think
8    it's fair to say the defense and I just categorically
9    disagree about much of the evidence and what the evidence
10   shows.  I do want to start with there is one thing we do
11   agree with.  Mr. Norris stated that the defendant is
12   highly intelligent and methodical.  I have no reason to
13   doubt that and I would actually submit to the Court that
14   the evidence that was proffered in the government's
15   detention memo and what is even just frankly visible from
16   watching the videos of itself would support that and I
17   think you see his intelligence and his methodical approach
18   of things starting from the very beginning leading up to
19   the assaults.  The defense submitted that he was caught up
20   inappropriately in a moment and I think that's just not
21   consistent with the evidence that we have and I would
22   submit that he was methodical and prepared for that.
23                One does not wear a helmet, steel-toed boots,
24   carry a radio and carry zip ties in a backpack even if one
25   is an engineer to go to what one perceives just a peaceful

1    protest.  There was planning here and coordination with
2    folks that he was with, folks he intended on communicating
3    with with the radios.  I think the fact that the radios
4    may or may not have worked that day is kind of beside the
5    point.  The point is that he was preparing for this moment
6    and as he put it, he saw that there was a battle that was
7    occurring.  He was going in prepared to apparently fight
8    what he perceived to be Antifa and then as the events of
9    the day unfolded, he himself considered himself as a
10   patriot warrior that needed to respond to the front line.
11   A battle and a warrior inherently contemplates using force
12   and engaging in violence.  That's the very definition of
13   what a battle is and that's what he went in to do.
14           The Court has seen the videos and I can play
15   them again because if the Court is willing, there's just a
16   couple of segments that I do want to play to help
17   emphasize some of the points, Your Honor.
18           THE COURT:  I'm sorry.  I was on mute.  Sure.
19   You can go ahead and play them again, which raises another
20   question also.  What portion if any of the videos should
21   be uploaded somewhere?  I'm not suggesting the court's
22   website because my understanding is that if all the judges
23   with these cases start uploading videos, that's probably
24   going to impact the web services provided to the courts
25   throughout the country and it would just be overwhelming.

1    So you don't have to answer that now.  But at some point,
2    I need to know -- and I meant to ask Mr. Norris that as
3    well, whether he had objections to uploading videos that
4    he relies on or objections to videos that the government
5    relies on.  But you don't have to respond now, but I would
6    like to have your best thoughts.
7            I think that whatever the judges do, they should
8    be consistent and not overload the system.  It may well be
9    that none of the videos should be uploaded.  I just don't
10   know.  The videos are evidence.
11           I mean I recall in the past I think that some
12   years ago, I presided over the Ted Stevens case.  There
13   were a ton of videos in that case and I directed the
14   government to upload videos and other evidence on the
15   government's website and I felt comfortable about that
16   decision for about ten minutes.  Then I reversed it.
17           Again, I don't know what the correct answer is.
18   I mean we all have different experiences with the Web and
19   with the Internet.  But you can let me know what your best
20   thoughts are.  But no, go right ahead, counsel.  If you
21   wish to rely upon and show again the video that you rely
22   upon for cogent reasons, please proceed.
23           MS. KUKOWKSI:  Thank you, Your Honor.  So what I
24   am going to share on my screen first is actually not a
25   video, but it is going to be a photograph that was

1    disseminated across social media and it's very much what
2    kicked off this investigation.  Can the Court see the
3    photograph that's up now?  This was originally in our
4    detention memo.
5                THE COURT:  Yes, I can.  Yes, I can.  Thank you.
6                MS. KUKOWKSI:  So this was originally in the
7    detention memo as Government's Exhibit 4 and I'll note
8    that the defendant did identify himself in it.  So to
9    orient the Court as to what you see here, this is Officer
10   B.M. laying in a prone position down -- as he's being
11   dragged down by the steps.
12               As Mr. Norris indicated, this is an
13   investigation.  Mr. Sabol was among the first ever
14   arrested and it's a continuing investigation and several
15   additional co-defendants have been added to the case.  So
16   what the Court can see here as I circle Officer B.M. is
17   the defendant to the right with the helmet, the tan jacket
18   and teal backpack and Officer A.W.'s baton to the back of
19   Officer B.M.'s neck.  The Court can see also this first
20   co-defendant, Jeffrey Stager -- I'm sorry -- Peter Francis
21   Stager here holding an American flag with a jacket and
22   long hair, a third co-defendant, Co-Defendant Clayton
23   Mullins and then a U.S. co-defendant Jack Wade Whitton
24   here who was involved in pulling the defendant out as
25   well.  There's a fifth co-defendant who is not pictured

1    and would have been up against the archway at this point.

2            THE COURT:  And I'm sorry.  Can you circle whom

3    the government contends is Mr. Sabol?

4            MS. KUKOWKSI:  Certainly.  It's this individual

5    here, Your Honor.

6            THE COURT:  I see.  All right.  What appears to

7    be a brown jacket and a helmet?

8            MS. KUKOWKSI:  Brown jacket, helmet and a teal

9    backpack.

10           THE COURT:  Right.  And a baton and an extended

11   right hand it appears to be.

12           MS. KUKOWKSI:  Yes, Your Honor.

13           THE COURT:  All right.  Okay.

14           MS. KUKOWKSI:  So that's what began the

15   investigation.  What I want to show is --

16           THE COURT:  Why don't we have that marked as

17   Government's Exhibit Number 1 for identification just so

18   the record is clear?

19           MS. KUKOWKSI:  Certainly.  I don't know if just

20   for consistency what the filing, Your Honor.  In the court

21   filings, it was marked within our pleading as Exhibit 4.

22           THE COURT:  Let's leave it -- I don't want to

23   mess up things.  Let's just leave it as Exhibit Number 4,

24   Mark.

25           MS. KUKOWKSI:  I think that will help so that

1    the public can also --

2              THE COURT:  Yes.

3              MS. KUKOWKSI:  -- back to the pleadings.  So

4    what I want to show now, Your Honor, is Government's

5    Exhibit 2.  It's the video of the body worn camera, a clip

6    of the body worn camera from Officer A.W.  Court's

7    indulgence while I set this up here.

8              THE COURT:  Sure.

9              MS. KUKOWKSI:  And I'm going to start it just

10   for brevity sake since the court has had the clip at

11   approximately a 30-second marker here.

12             THE COURT:  That's fine.

13             MS. KUKOWKSI:  And what I want the Court to

14   watch here is how and when the defendant choose to disable

15   Officer A.W. and snatch his baton from him.  I think

16   defense referred it to a bit of a tug of war and that the

17   officer let go.  I think it's important to know that this

18   officer had been knocked to the ground and was being

19   assaulted by multiple individuals at this point.  And the

20   baton that he was tugging on to was his main mechanism for

21   self-defense in protecting himself as he was being

22   viciously assaulted and as his colleagues were unable to

23   come and help him because they, too, were being assaulted.

24   And the reason why I want to play this clip and harken

25   back to what I said at the very beginning where we

1    acknowledged the defendant's intelligence and his
2    methodical approach to things is this to me shows the
3    defendant's premeditation here.  He is choosing to arm
4    himself and he's choosing in that process not only to arm
5    himself, but to disarm another individual, an officer who
6    is standing there tasked with protecting the Capitol and
7    those inside of it.  So with that said, I'm going to
8    replay or restart the government's -- it's Government's
9    Exhibit 2.  Let me share my screen.  And I apologize.
10   This is just a few seconds ahead.
11             So for the record, I've got it paused at the
12   19-second mark and the Court can hear various expletives
13   and the Court can see -- at this point you see Officer
14   A.W.'s arm here in the bottom right hand corner.  He's
15   wearing a reflective jacket that distinguishes him from
16   several of his colleagues there and you see his baton in
17   his hand.  This individual that I'll submit to the Court
18   you can see on the bottom portion of the screen here is
19   one of the individuals that initially attacked Officer
20   A.W. and threw him or caused him to fall to the ground.
21             What I'm going to do because it does happen
22   quickly here is I'm going to so the Court can see this, I
23   am going to play it at a slightly slower speed setting.
24   About half speed.  And I'm going to restart for the record
25   at the 19-second mark.  And so I've got it paused here at

1    24 seconds.  I'll submit as you see once again Officer

2    A.W., you see his two outstretched arms in the reflective

3    M.P.D. jacket and you see the defendant, this tan jacket,

4    you see the very periphery of his backpack there and his

5    helmet and you see the defendant's hands on that officer's

6    baton.  I'll restart it at the 24-second mark.

7              So I've got it paused at the 29-second mark

8    here.  And so the Court sees the immediate aftermath of

9    Officer A.W. being stripped of his baton by the defendant.

10   He's rendered without any form of self-defense.  The Court

11   sees Mr. Sabol's co-defendant here, co-defendant Whitton

12   kicking out at the officer who is now on the ground and is

13   indeed without any means to protect him.  And as we

14   subsequently see in the video footage here, after

15   Defendant Sabol is involved and dragging Officer B.M. out

16   into the crowd, this officer, Officer A.W. is also dragged

17   out into the crowd.

18             So I'll restart it at 29-second mark and I'll

19   pause it at 38 seconds.  So at this point the defendant

20   has brought Officer B.M. out in the crowd and he's off

21   camera.  And then the Court has seen the entirety of this

22   video.  I don't think it's necessary to play.  For the

23   purposes of brevity here, Officer A.W. is then

24   subsequently dragged out from the crowd.

25             THE COURT:  No.  You take whatever time you

1   need, counsel.

2          MS. KUKOWKSI:  Well, I think given the briefness

3   of the video, I will return it to the normal speed though,

4   full speed here.  And so restarting at the 38-second mark.

5          (Video played.)

6          MS. KUKOWKSI:  So that's the end of Government's

7   Exhibit 2.  And what I would submit here is that again

8   this officer who during the course of this assault endured

9   a laceration to the back of his head that required staples

10  to close.  A key contributing factor to his injuries is

11  that him being pulled out in the crowd was the fact that

12  he was stripped of one of his very, very few means of

13  self-defense and to protect himself during the course of

14  this multi-layered violent assault.  So that's

15  Government's Exhibit 2.

16          What I want to show next is just a very brief

17  clip.  It was submitted to the Court after the filing.

18  It's Government's Exhibit 6 from a fellow officer --

19  Court's indulgence, let me just restart it -- from a

20  fellow officer who was standing behind Officer A.W. and it

21  shows the defendant's actions a little bit more clearly in

22  terms of how he went about snatching Officer A.W.'s baton.

23  So let me just share the screen again.  And I'll restart

24  this from the very beginning.  It's a short clip.

25          THE COURT:  And for the record this is exhibit

1  number?

2          MS. KUKOWKSI:  This will be Exhibit 6.

3          THE COURT:  Thank you.

4          MS. KUKOWKSI:  Restarting Exhibit 6 from the

5  beginning here.  I'm just going to back it up a couple of

6  frames.  And so what the Court sees here is the defendant

7  as he's approaching Officer A.W.  Officer A.W. is on the

8  ground here.  And I'm going to now play it at a slow speed

9  to help the Court.

10          (Video played.)

11          MS. KUKOWKSI:  And so what the Court saw there

12  was the tug of war between Officer A.W. on the ground and

13  the defendant who because of the amount of force he was

14  using to snatch that baton out of Officer A.W.'s hands

15  ends up once he actually does get the baton falling down

16  the stairs himself.

17          And I want to emphasize that.  He ended up

18  several flights or several steps away from the arch and

19  from where the focal point of the attacks and assaults

20  were.  I talked earlier about how the fact that he stole

21  the baton as part of his premeditation here.  He chose to

22  arm himself because as the Court can see, I don't think

23  zip ties would have been a sufficient weapon in this

24  scenario.  He chose to as he put it go to the front line

25  of the battle.  When he found himself without a weapon, he

1    decided to arm himself by taking that weapon and taking

2    that baton from an officer and then he's briefly -- what

3    the Court will see when the Court watches the next two

4    clips, the first is a publicly available video that's on

5    YouTube and then the second is from Officer C.M., another

6    officer who was standing in that front line.  The Court

7    sees the defendant stand on those steps and then choose to

8    re-engage and choose to run back up the stairs when

9    Officer B.M. is being assaulted and then participate in

10   dragging him back down and I would submit that shows his

11   deliberation.  Going back to what I said in the very

12   beginning, he's highly intelligent and he is methodical in

13   his approach and you can see that as these acts and these

14   assaults play out.

15            I'll stop sharing Government's Exhibit 6 and I'm

16   going to show Government's Exhibit 3.  This is a publicly

17   available clip that was posted onto YouTube.

18            Actually, before I start playing this video,

19   Your Honor, I'm just cognizant of what you said earlier

20   about your timing.  I do note it's 11:43.

21            THE COURT:  You know, again I'm not going to

22   deprive anyone of any time now.  So what's your

23   recommendation?

24            MS. KUKOWKSI:  If I recall briefly, Your Honor

25   said the Court was going to have to take a break at some

1    point.

2           THE COURT:  At 11:50.  I probably have some

3    flexibility.  Probably 11:55.

4           MS. KUKOWKSI:  Okay.

5           THE COURT:  I won't be gone for any more than

6    ten minutes.

7           MS. KUKOWKSI:  Okay.

8           THE COURT:  But I couldn't remove something else

9    on the calendar.  But go ahead and proceed as you would

10   like to counsel.  If you want to show it now -- I don't

11   know how long this takes.  But if you want to show it now,

12   that's fine.  If you want to wait, that's fine.

13          MS. KUKOWKSI:  Yes, Your Honor.  I'm going to go

14   ahead and show it now.  It should be able to be finished

15   by the time the Court does need to take a break.

16          THE COURT:  All right.

17          MS. KUKOWKSI:  So I'm going to start with what's

18   been marked as Government's Exhibit 3 which was a video

19   that was posted to YouTube and I'm going to start it from

20   the very beginning here.

21          THE COURT:  Let me stop for one second.  It's

22   shocking what these videos depict.  It's shocking.  That

23   this is a battle scene at the United States Capitol, the

24   heart of democracy in Washington, D.C.  I had to look at

25   these a couple of times before it really sunk in what I

 1    was watching and it's hard to describe.  It's hard to
 2    believe.  I mean I was born in this city, been here all my
 3    life.  And it's hard to believe that this type of conduct
 4    is taking place at the seat of our democracy.  Anyway, go
 5    ahead.  I'm sorry.  Every time I look at these videos, it
 6    just chokes me up.

 7              MS. KUKOWKSI:  And just for further context to
 8    the point, this is the archway that is used in this lower
 9    western terrace that we are talking about here is where
10    the presidential inauguration took place several weeks
11    later on January 20th.

12              So I've got for the record what's been marked as
13    Government's Exhibit 3 and it is paused at the four-second
14    mark.  So to help the Court orient itself, what you see
15    here is a co-defendant, co-defendant Whitton, who is about
16    to go over a railing that was set up there and then start
17    attacking Officer B.M. with a crutch.

18              THE COURT:  Now is this the -- not to make light
19    of the moment at all, but does this depict the entranceway
20    for Lady Gaga?  Is that -- I'm just trying to determine
21    what we are looking at here.

22              MS. KUKOWKSI:  Yes, Your Honor.

23              THE COURT:  She walked through there.  All
24    right.  I got it.  I see it now.  All right.

25              MS. KUKOWKSI:  And I am fairly certain.  I'm

1    basing that just upon my own recollection from watching --

2            THE COURT:  All right.

3            MS. KUKOWKSI:  -- the inauguration and watching

4    Lady Gaga's National Anthem.

5            THE COURT:  Right.

6            MR. NORRIS:  I think the parties would stipulate

7    to that, Your Honor.

8            THE COURT:  All right.  Okay.

9            MS. KUKOWKSI:  So I'm just going to back it up a

10   little bit here.  We start at the four-second mark.  I'll

11   start it from the beginning.  So I've got it paused at two

12   seconds.  And if the Court can see my cursor, I'm going to

13   highlight the defendant here.  You can see the teal

14   backpack, the tan jacket and the helmet.  And I'm going to

15   ask the Court to watch the defendant's movements.  He's

16   not always going to be visible because there is quite a

17   number of people there.  But you are going to see him rush

18   up towards the steps.  You'll see him appear to engage

19   with what we now know is Officer A.W. when he takes

20   Officer A.W.'s baton, fall back down the steps and then

21   re-engage again.  So re-starting at the two-second mark.

22           (Video played.)

23           MS. KUKOWKSI:  I've got it paused at the

24   five-second mark and here you see his co-defendant,

25   co-defendant Whitton going over the railing and you see

1   Defendant Sabol here with his hands on yet another railing

2   going up the steps at some point.

3          THE COURT:  Yes.  I see that.

4          MS. KUKOWKSI:  Restarting at the five-second

5   mark.

6          (Video played.)

7          MS. KUKOWKSI:  I got it paused at the ten-second

8   mark.  That's after he has then fallen down or the force

9   of his taking of Officer A.W.'s baton has led him to

10  stumble down the stairs.  And as I emphasized before, this

11  is all part of his deliberation.  You are going to watch

12  him make a decision to run up and join that battle and

13  take part in dragging Officer B.M. out of the archway.

14         So I'm going to restart it at the ten-second

15  mark.

16         (Video played.)

17         MS. KUKOWKSI:  I'm going to pause it here at 29

18  seconds.  For the record, I think it is -- I am not sure

19  if it's my computer connection or the system, but this

20  does appear to be buffering and playing a little bit

21  slower than at full speed here.  But it is paused at the

22  29-second mark and what you see here is the defendant has

23  succeeded in pulling Officer B.M. down the steps aided by

24  the baton they stole from Officer A.W. at this point.  You

25  see Defendant Mullins starting to grab onto Officer A.W.'s

1   legs and pull him out.  I'll restart it at the 29-second

2   mark.

3            THE COURT:  All right.

4            (Video played.)

5            MS. KUKOWKSI:  I'll stop it here at the

6   45-second mark.  At that point Officer A.W. had been

7   dragged down the steps as well.

8            And finally, just to show the government's final

9   exhibit, which is marked as Exhibit 5-A.  This is Officer

10  C.M.'s body worn camera.  Officer C.M. was standing

11  directly behind Officer B.M. when Officer B.M. was first

12  assaulted with a crutch by Defendant Whitton and then

13  pulled out into the crowd by Defendant Whitton and then

14  joined in -- who was then joined in by Defendant Sabol and

15  you can very clearly see Defendant Sabol using the baton

16  up against the neck of -- and the back of Officer B.M. to

17  help drag him into the crowd in a prone position.  Court's

18  indulgence while I switch --

19           THE COURT:  Sure.

20           MS. KUKOWKSI:  I will start with Government's

21  Exhibit 5-A from the very beginning.

22           THE COURT:  All right.

23           MS. KUKOWKSI:  All right.  So for the record

24  I've got Exhibit 5-A paused at the 33-second mark.  What

25  you see here is Defendant Whitton with his hands on

1   Officer B.M.'s head.  Reorienting the Court, this

2   reflective jacket.  You see that this is Officer A.W. down

3   on the ground.  And what the Court sees just over the left

4   arm is the defendant, Defendant Sabol, and he is watching

5   what is happening.  And what the Court sees here are the

6   outstretched arms of law enforcement trying to bring their

7   colleague back to safety.  What the defendant then chooses

8   to do is to drag Officer B.M. down the stairs away from

9   safety and away from those colleagues who are trying

10  desperately to keep him back at the police line and

11  protect him while they are simultaneously trying to

12  protect the Capitol that is very much under siege at this

13  point.

14          I'll restart it at the 33-second mark.  Back it

15  up.  And so again here, Your Honor, at the 33-second mark

16  just a few frames further, we see the defendant watching.

17  And at this point I am going to put it back on slow motion

18  so that the Court can fully see how the defendant watches

19  and chooses to participate in this assault.

20          THE COURT:  All right.

21          (Video played.)

22          MS. KUKOWKSI:  I got it paused at the 39-second

23  mark.  The Court saw how the defendant wielded the baton

24  and dragging Officer B.M. out and down the stairs and at

25  this point, the officers here are just desperately trying

1    to protect and help Officer A.W. who the Court can see has

2    had his helmet knocked off.  He's been deprived of his

3    baton, his principal source of self-defense and protection

4    at this point by the defendant.

5          And I would submit to the Court if the Court

6    looks at Officer A.W.'s jacket here, the reflective yellow

7    jacket and you see red there and I'd submit to the Court

8    that I cannot at this point actually say that the jacket's

9    been tested or anything along those lines, but I would

10   submit that would be consistent with blood and that he did

11   indeed receive a laceration to the back of his head that

12   had to be closed with staples.

13         THE COURT:  All right.

14         MS. KUKOWKSI:  I'll restart it at the 39-second

15   mark.

16         (Video played.)

17         MS. KUKOWKSI:  So pausing it to one-minute

18   second.  So what you saw there was the defendant or a

19   co-defendant assaulting Officer C.M., knocking Officer

20   C.M.'s body worn camera to the ground.  And for the

21   record, paused at the one-minute mark.

22         THE COURT:  All right.

23         MS. KUKOWKSI:  And now I'm just going to back up

24   a few frames.  So as the body worn camera is tumbling to

25   the ground, the Court is going to see again a mark of red

1    there.  That's close nearby where Officer A.W.'s head is

2    and I'll let the Court draw inferences that it wants to

3    choose from that red mark that's on the white marble

4    there.  And that's the conclusion at the one-minute mark

5    here.  We can conclude with Government's Exhibit 5-A.

6            THE COURT:  Now that last scene, does that

7    depict Mr. Sabol as well as it appears that he's standing

8    with his hand extended or maybe I'm wrong.  I don't want

9    to be incorrect about that.

10           MS. KUKOWKSI:  No, Your Honor.  I don't

11   believe -- I will put this back up here for the Court.  At

12   this point, in Government's Exhibit 5-A, the time stamp at

13   the top is 16:27:58, 4:27 p.m.  I don't believe that the

14   Court sees the defendant in this frame here.  The

15   defendant has already dragged Officer B.M. down the steps.

16   This is that second wave of attacks against Officer A.W.

17   as he is about to be dragged down the stairs.

18           THE COURT:  I see.

19           MS. KUKOWKSI:  And then the attacks on Officer

20   C.M.

21           THE COURT:  Thank you.

22           MS. KUKOWKSI:  And so, Your Honor, I would

23   submit that those videos in many ways speak for itself and

24   alone provide ample reason as to why the defendant should

25   be detained.  But his actions subsequent to this also not

1    only give the Court reason to detain him for risk of

2    flight, but also I would even submit for obstruction of

3    justice.  By his own accounts, he left the scene, went

4    home and he microwaved his electronics.

5            Again going back to the defendant as a highly

6    intelligent and methodical man, this is destruction of

7    evidence here.  He flies to Boston in an attempt to go to

8    Switzerland.  Defense counsel portrays this as he had a

9    return trip planned.  But the defendant also acknowledged

10   to law enforcement when he spoke with them afterwards that

11   he was going to Switzerland because it's a country where

12   he couldn't be extradited and he could blend in and he

13   could ski for a few days.  That's not consistent with

14   someone who is preparing to accept responsibility.  That's

15   going to a country where you can't be brought back

16   regardless of whether or not a return ticket was

17   purchased.  I'd submit to the Court even further that

18   given his intelligence, purchasing a return ticket would

19   actually be part of a ruse and help fit with his narrative

20   that he was going there just to ski for a few days.

21           When he's unable to flee the country, he takes

22   another step and destroys more evidence in that he

23   disposes and disregards his phone.  He instructed other

24   individuals who he sent messages to that day to destroy or

25   to delete, sorry, specifically video files that he had

1    sent them.  This is a savvy individual who not only poses

2    a danger to the community and is a flight risk, but also

3    here has shown that he has the foresight to destroy

4    evidence that was related to the events and his criminal

5    conduct.

6           And I would submit for all these reasons, Your

7    Honor, the defendant should continue to be -- he is a

8    danger to the community.  He is a flight risk and he's

9    shown that he's obstructing these proceedings by choosing

10   to destroy evidence.

11          THE COURT:  All right.  Thank you, Ms. Kukowski.

12   It's -- according to my cell phone, it's 11:59.  I'm going

13   to have to take that hard break for 15 minutes.  And I'm

14   going to return.  I'm going to give Mr. Norris the time he

15   needs within which to respond as appropriate.

16          MR. NORRIS:  Thank you, Your Honor.

17          THE COURT:  So just bear with me, everyone.

18   Sorry about this.  But it was just something important I

19   couldn't move from the calendar.  I mightily tried to do

20   it, but I just couldn't do it.

21          So my best advice, Mark, unless you have a

22   better suggestion -- you probably do -- is just for people

23   just to remain where they are and mute the video and mute

24   the audio I guess.  That's what I'm going to do.  And I

25   will return at 12:15.  Thank you, everyone.  I apologize

1    for that.  Thank you.

2              MR. NORRIS:  12:15.  Thank you, Your Honor.

3              (Recess.)

4              THE COURT:  Mr. Norris, go right ahead.

5              MR. NORRIS:  Thank you, Your Honor.  And thank

6    you for the opportunity to respond.

7              THE COURT:  Sure.

8              MR. NORRIS:  Your Honor, government counsel says

9    that the videos speak for themselves and she then goes on

10   to talk to the Court about what's in my client's mind and

11   what his intentions are, that he was unarmed and he felt

12   like he needed a weapon and so he went and he took a

13   weapon intending to take it from an officer.  I'm going to

14   submit to the Court, Your Honor, that the videos do not

15   speak for themselves in quite the way that Ms. Kukowski is

16   saying that they do.

17             For example, the government showed the Court

18   Government's Exhibit Number 4, the still photograph that

19   the Court remembers it shows my client in the tan jacket,

20   the green backpack, teal backpack and in my client's right

21   hand is the police officer's baton.  The officer is down

22   on the steps.  And my client has the baton in his right

23   hand and his hand appears to be on the back of the

24   officer.  That photograph came from Syracuse, New York

25   newspaper that listed it as a still from an FBI video.  I

1    have been requesting such a video from the government and

2    scouring the Internet for that video and I have not been

3    able to locate it, Your Honor.  But I think it's crucially

4    important because without the video, the still photograph

5    does not give us context.  It's a snapshot.  It's not what

6    my client is doing with the baton.

7            The government uses things -- language saying he

8    uses the baton against the officer.  He's wielding the

9    baton.  He never hit the officer with the baton.  He never

10   poked or used the baton as a weapon against Officer A.W.

11   or against Officer B.M. or against anyone else.  There is

12   absolutely no video that shows him doing that because he

13   didn't do that, Your Honor.

14           And the government talks about how he violently

15   drags the officers down the steps away from safety.  It

16   does not show him dragging the officers down the steps.

17   Yes, it does show Mr. Sabol falling backwards down the

18   steps and going back up towards the officer.  But it's

19   hard to say whether or not he's dragging the officer down

20   or trying to lift the officer up as the officer and Mr.

21   Sabol go down the steps.  And that's a huge important

22   distinction, Your Honor, because I think the Court in

23   order to determine dangerousness really does need to think

24   about what's in Mr. Sabol's mind a little bit.  And

25   towards that end, there are two video clips that I'm going

1    to ask my assistant to hit play on for the Court to

2    review.  I'm just going to number them Video 1 and Video

3    2.

4               THE COURT:  All right.

5               MR. NORRIS:  Court's indulgence.

6               THE COURT:  Sure.

7               MR. NORRIS:  Now in this first video clip, Your

8    Honor, we'll do it with sound.  Yes.  Once, it starts

9    playing, you'll be able to hear Jeffrey Sabol say don't

10   hurt the cop.  And I have a civilian witness, a military

11   witness who will say he's known Mr. Sabol for 20 years and

12   recognizes his image and his voice.

13              (Video played.)

14              MR. NORRIS:  Your Honor, if I could narrate that

15   again, what I would say is that in that clip, Video Clip

16   1, I have a civilian witness who is a former army officer

17   who's known Jeffrey Sabol for 20 years review that video

18   and say he recognizes Jeffrey Sabol in the tan coat with

19   the teal backpack and the helmet on making the arm motions

20   almost like a referee saying don't hurt the cop, don't

21   hurt the cop.

22              So we have a witness at trial that will identify

23   both that video and Jeffrey Sabol as the one saying don't

24   hurt the cop and that's just moments before either Officer

25   A.W. or B.M. are injured.

1          And with my assistant's help, I would like to

2     play the second video clip for the Court.

3          THE COURT:  All right.

4          (Video played.)

5          MR. NORRIS:  Your Honor, this video clip I'm

6     playing without sound, but it shows Jeffrey Sabol in the

7     same group and it shows him making that similar type of

8     hand motion, I'm going to say like a referee, the

9     horizontal motion with his hands consistent with don't

10    hurt the police.  We'll play that one more time so the

11    Court can see it because it's a very short clip.

12         THE COURT:  I'm not sure I saw anything.

13         MR. NORRIS:  Okay.  Thank you.

14         (Video played.)

15         MR. NORRIS:  He's in the middle.  Thank you for

16    bearing with me.

17         THE COURT:  Sure.

18         MR. NORRIS:  He's in the middle of the screen

19    with the tan jacket and teal back pack on.

20         THE COURT:  I see him.

21         MR. NORRIS:  What you can see is a right hand

22    moving horizontally --

23         THE COURT:  Yes.

24         MR. NORRIS:  -- in like a safe at home type

25    of --

1          THE COURT:  Thank you.

2          MR. NORRIS:  Thank you, Your Honor.  Those are

3  two minor clips.  But they are clips that I think show the

4  intentions that Mr. Sabol had in his mind which was not to

5  harm any police officers.  Yes, he was there.  He was in

6  the crowd.  The crowd was violent.  But not every single

7  individual in the crowd had exactly the same intent in

8  order to hurt police officers.  And I think it's clear

9  that he was saying don't hurt the police both from his

10  actions and from his words.

11          And so, Your Honor, I think if the Court

12  considers that for his state of mind and the Court

13  realizes that there is no rebuttable presumption at play

14  here in this case, but even if there was, Jeffrey Sabol is

15  the rare individual that can overcome that rebuttable

16  presumption.

17          Yes, participating in the acts that day caused

18  him great shame and fear and paranoia and he acted

19  irrationally when he destroyed evidence.  He acted

20  irrationally when he tried to flee the country and yes, he

21  acted irrationally when he slit his wrists and his thighs

22  in an attempt to take his own life because he realized he

23  had brought sort of shame and dishonor on his family's

24  name, Your Honor.  He believed he was going to be charged

25  with sedition.  And this is someone who has always seen

1    himself as a person who believes in the United States and

2    this country and wants to do the right thing.

3              So right now in front of the Court is a

4    difficult decision based on dangerousness and risk of

5    flight.  And I'm going to submit to the Court, Your Honor,

6    that with 30 character letters, each one piling up

7    cumulatively on top of the reference of the letter before

8    it, people who've known him for years, his entire life,

9    his neighbors, people that knew him from work, people that

10   knew him as someone who would disarm munitions for the

11   military for a living, people that know him as a neighbor

12   who helps the elderly and helps young children, people who

13   know him as a volunteer with the Westernaires, Your Honor.

14             He needs the support of his family at this time.

15   We can take him out of Colorado where he was and place him

16   back home in New York in a home owned by his girlfriend

17   where she will be there, his elderly parents will be

18   nearby and he can feel worthwhile and youthful helping his

19   parents, taking care of himself, Your Honor, and not

20   engaging in any politics or any such issues.  This is not

21   someone who is going to repeat this behavior.  What he did

22   that day is not something that is going to occur under any

23   other possible circumstances than that day.  He's willing

24   to stay home and house arrest, be a good citizen and prove

25   to the Court, Your Honor, that he made a mistake and he

1    wants to accept responsibility and make amends for what

2    he's done.

3              THE COURT:  All right.  Thank you, Mr. Norris.

4    Let me just inquire.  You made reference earlier to a

5    senior probation officer in New York, someone you've known

6    for a period of time who has indicated his willingness to

7    supervise your client's activities if released to reside

8    in New York.  Is that correct?

9              MR. NORRIS:  Yes, sir.  Now I don't --

10             THE COURT:  I just want to be clear.  I don't

11   think that that was mentioned in your papers.  I may be

12   wrong.  But am I correct, it was not mentioned?

13             MR. NORRIS:  It was not in the pleadings.

14             THE COURT:  That's what I thought.

15             MR. NORRIS:  This is someone that I reached out

16   to and spoke with before the last hearing which the Court

17   remembers had to be rescheduled --

18             THE COURT:  Right.

19             MR. NORRIS:  -- and I don't want the Court under

20   the impression that I have a relationship with this

21   individual because I --

22             THE COURT:  No.  I understand.

23             MR. NORRIS:  But what I did was I called up to

24   the probation department at the Northern District of New

25   York which is the district that covers Oneida County, New

York.  And I spoke with a senior probation officer whose
name is Bill Parker and I have his direct office phone
number and I asked Mr. Parker, I said if I had a client in
federal court in Washington, D.C. and the federal judge
saw fit to release him with conditions such as electronic
home monitoring or GPS monitoring or house arrest, is that
something your office can supervise and he said yes, it is
something that we can supervise, that we would supervise,
that we do supervise and he says I'm the person, myself,
Mr. Parker, who would be responsible to go out and verify
the address and then supervise him under such conditions.
And so I have a name and direct number that I can share
both with the Court and with government counsel.

                THE COURT:  All right.  I just wanted to be
clear about that.  You know, we're so used to how things
are handled in Washington that we forget sometimes that
every other circuit in the country has a
probation/pretrial services division that's consolidated.
We don't have that.

                MR. NORRIS:  Yes.

                THE COURT:  We have a local -- so I just wanted
to be clear.  So it would be handled in the normal course
of events then.

                MR. NORRIS:  Yes, sir.  It would be by a
probation officer --

1          THE COURT:  Right.

2          MR. NORRIS:  -- acting in their capacity

3    supervising someone in a pretrial release status.

4          THE COURT:  No.  I understand.  That's the way

5    it normally is handled if we release people in other parts

6    of the country.

7          MR. NORRIS:  Yes.

8          THE COURT:  Because as you know, as we all know

9    and you know better than I do because of your prior

10   position many years ago with PDS.

11         MR. NORRIS:  Yes, sir.

12         THE COURT:  All right.  I just need to --

13   because I didn't recall that and I'm glad I asked that

14   question.  So that's something that's new that wasn't

15   referred to.  Thank you very much, Mr. Norris.

16         Ms. Kukowski, what about that last point?  I

17   mean it's not unusual what Mr. Norris said.  I mean if I

18   released Mr. Sabol or anyone else for that matter who is

19   residing in another part of the country, it would be the

20   probation/pretrial services agency that would supervise

21   the activities of the person released.  I assume your

22   argument is that's insufficient in light of the other

23   arguments you've made.  But I'll let you speak for

24   yourself.

25         MS. KUKOWKSI:  Yes, Your Honor.  And the ability

```
 1    to supervise someone there was contingent upon the judge

 2    seeing fit to release him.

 3              THE COURT:  Right.

 4              MS. KUKOWKSI:  It wasn't actually opining that

 5    he should be released and that's what I want to emphasize

 6    there.

 7              THE COURT:  Right.

 8              MS. KUKOWKSI:  I do want to clarify just two

 9    quick things based upon some statements that Mr. Norris

10    made.  First, Mr. Norris did ask me about the origins of

11    that still photograph.  There is no indication -- I

12    understand it may have been represented such as in media,

13    but there's no indication that's from a video that the FBI

14    has in its files.  I have watched countless videos.  I

15    have not seen anything that shows that still shot that's

16    Government's Exhibit 4.

17              And just to be clear so the record is clear,

18    we've provided the videos that we have, particularly the

19    body worn camera videos.  The Court has seen the clips.

20    But they haven't been provided in their entirety to

21    defense counsel.  So that defense counsel understands the

22    video that's provided there.

23              So just so the Court knows, we're not

24    purposefully by any stretch of the imagination depriving

25    defense of a video.  I just don't know where that photo
```

1    originates from.

2            THE COURT:  All right.  That would be a critical

3    issue at trial though, would it not, vis-a-vis

4    authenticity and should the Court address that issue now?

5            MS. KUKOWKSI:  Well, I think, Your Honor,

6    authenticity can be in terms of authenticating that still

7    shot to put it into evidence, one can be accomplished

8    through a number of means.  It can be accomplished through

9    an individual who took the photograph itself, but it could

10   also be accomplished from someone who is in the photograph

11   and says yes, that's me, I see myself there and that

12   photograph is an accurate and true depiction of the events

13   that happened.  I would submit that actually the defendant

14   has already done that --

15           THE COURT:  That's what I thought.  That's what

16   I thought.  All right.

17           MS. KUKOWKSI:  And then the other quick point I

18   do want to note is the two video clips that were shown by

19   defense counsel, those took place approximately an hour

20   earlier at around 3:15, 3:10 p.m. and occurred during the

21   context of two other officers being dragged out in the

22   crowd and Officer M.F. with Metropolitan Police Department

23   and then a Capitol police officer whose initials I cannot

24   currently recall.

25           And the Court can see if the Court compares the

1   videos and the individuals are in the videos particularly

2   if the Court looks at the archway and sees what individual

3   is standing at the archway, that they are two distinct

4   time periods.  And based upon the review, I can proffer to

5   the Court of the government's evidence that we have seen a

6   video footage not just from this case, but from other

7   cases that occurred at the lower western terrace that day,

8   the defendant was present and captured in video footage

9   surrounding the assaults of Officer M.F. in particular.

10  He was not involved in it.  There's no allegations that he

11  was involved in that assault.  But he was present there

12  and that's what the Court saw there in those videos.

13         THE COURT:  Thank you very much.  All right.

14  This has been very -- I'm sorry.  I cut you off.

15         MS. KUKOWKSI:  No.  I apologize, Your Honor.  I

16  interrupted.  But one last thing I do want to comment on

17  because the opinion came down only recently.

18         THE COURT:  I read it.

19         MS. KUKOWKSI:  The Munchel --

20         THE COURT:  The Judge Lamberth opinion?

21         MS. KUKOWKSI:  This is the circuit court opinion

22  in Munchel, Your Honor --

23         THE COURT:  Yes.  Yes.

24         MS. KUKOWKSI:  -- that just came down a couple

25  of days ago.  And I will just note that here the defendant

1    is very distinguishable from the defendants in those cases

2    and the court specifically state in that case that in

3    their views those who actually assaulted police officers

4    broke through windows, doors and barricades and those who

5    aided conspired with planning -- planned and coordinated

6    such actions are in a different category of dangerousness

7    than those who cheered on the violence and entered the

8    Capitol after others cleared the way.

9           THE COURT:  I'm aware of that.  Is that the

10   Judge Wilkins' opinion?  Robert Wilkins --

11          MS. KUKOWKSI:  Yes, Your Honor.

12          THE COURT:  I've read it.  The media described

13   the opinion to be Chief Judge Howell's.  It's not.  It's

14   Judge Lamberth's.  I'm familiar with it, counsel.

15          I just have a couple of other questions.  What

16   about the discovery?  Is discovery completed?

17          MS. KUKOWKSI:  No, Your Honor.  A protective

18   order has been put in place and actually, I can submit to

19   the Court I was in the process of having discovery

20   conferences with the agents in this case.  We are

21   preparing an actual set of documents to send over to

22   counsel.  They're in the process of being redacted and

23   Bate stamped and all that.  The discovery that has been

24   provided thus far are the public videos that the

25   government has located regarding this incident as well as

1    the body worn camera footage and then I provided Mr.

2    Norris with copies of all the 302's regarding the

3    defendant's statements in this case.

4            THE COURT:  Great.  Thank you.  So let me

5    just -- again I like to be up front with everyone.  I'm

6    going to issue a written opinion.  I can tell you that.

7    It doesn't mean I'm going to drag this out.  I'm not.  I

8    mean this is a bond hearing and the Court will treat this

9    with priority.

10            But I do want to know the parties' positions

11   assuming a couple of scenarios.  One being that the

12   likelihood that the Court will detain Mr. Sabol, I need to

13   know what the position of Mr. Sabol is with respect to

14   speedy trial rights.

15            And I guess the other question is whether or not

16   the Court needs to require supplemental materials to the

17   motion.  Actually, it's not the government's motion.

18   Whether or not the Court should afford the government an

19   opportunity to address speedy trial in a written

20   submission.  And I just raise those for your responses.

21   Ms. Kukowski?

22            MS. KUKOWKSI:  Yes, Your Honor.  And I believe

23   speedy trial has already been tolled for some of his

24   co-defendants in this matter.

25            THE COURT:  Yes.  That's correct.

50

1           MS. KUKOWKSI:   And this is the first time that

2    the defendant is before Your Honor.   We would ask for it

3    to continue to be tolled while we attempt to pull together

4    all the discovery, not just from -- for this specific

5    case, but as the Court just got a glimpse of from related

6    cases.   For instance, in this matter there were -- there

7    is sustained violence and assault on officers that

8    happened at that lower western terrace archway from a

9    little after 2 p.m. to about 5 p.m. that day.   That

10   information while it may not be directly material to this

11   case, it's all information that should be provided to

12   defense counsel.   I'm in the process of compiling all that

13   and turning it over.

14           So that's part of the reason why I would say

15   that move in the interest of justice for the speedy trial

16   act to be tolled.   I've had preliminary discussions with

17   counsel about a formal tolling agreement that we would

18   submit in writing whether it be opposed or unopposed and

19   we'll continue discussions and file them for the Court now

20   that we have actually also a bulk of the defendants in

21   this case because for a period of time this case

22   specifically was in a little bit of limbo where there was

23   an initial indictment with three defendants and then

24   subsequently additional defendants have been joined in.

25   It's now only just recently been unsealed now that they've

```
1     all been arrested.
2              THE COURT:  All right.  I know we're all -- the
3     judges are all independent.  We're probably doing
4     different things vis-a-vis bases for excluding time from
5     the speedy trial clock calculations.  I think there may be
6     colleagues who have approached the complex nature of the
7     case and there are others and I'm one of the others who
8     has dealt with speedy trial by excluding time because it's
9     consistent with the fair administration of justice and the
10    voluminous discovery, not indefinitely, but for a finite
11    period of time.  We can't have a blanket rule and we
12    should not have a blanket rule --
13             MR. NORRIS:  Your Honor --
14             THE COURT:  Mr. Norris?
15             MR. NORRIS:  I apologize for interrupting, Your
16    Honor.
17             THE COURT:  No.  That's all right.
18             MR. NORRIS:  I do apologize.  I just want the
19    Court to be aware, my client at this point has been
20    detained for approximately 76 days before even having
21    today's hearing.  I don't believe he is ready to address
22    the speedy trial issue today.  I understand the concern
23    the Court has.  I'd be happy to put something in writing.
24             THE COURT:  All right.  Do you anticipate
25    filing -- well, let me just -- what does the government
```

1    anticipate filing then, a motion to exclude time, Ms.

2    Kukowski?

3              MS. KUKOWKSI:  Yes, Your Honor.

4              THE COURT:  All right.  Should that -- and again

5    I don't want to intentionally delay these proceedings at

6    all.  The Court does recognize that the bond motion has

7    tolled speedy trial clock and I'm not going to use that to

8    abuse Mr. Sabol's rights.  But it seems to me I've

9    indicated that my inclination is to deny the motion.  But

10   I haven't finally decided.  I've got two brilliant lawyers

11   on the line who've been helping me, you know, get my

12   thoughts together regarding the issue of detention.

13             So it may well be more appropriate to leave the

14   motion in place, give the government a short period of

15   time to file its motion to exclude time, give Mr. Norris

16   whatever time Mr. Norris wants to respond and then just

17   deal with the issue of detention as well as exclusion at

18   the same time.

19             And again I'm not going to drag this out, Mr.

20   Norris.  You know me.  I've been around for a long time.

21             MR. NORRIS:  Yes, sir.

22             THE COURT:  Probably longer than the combined

23   age of everyone else on the line here.  So that's one

24   thought I have.

25             And I defer to Ms. Kukowski.  How much time

```
1    would you need to prepare and file your motion, counsel?

2              MS. KUKOWKSI:  Court's indulgence while I just

3    look at a calendar, Your Honor.

4              THE COURT:  Sure.  Take your time.  I want to be

5    fair about it to everyone.  But I'm mindful that Mr. Sabol

6    is incarcerated, too.

7              MS. KUKOWKSI:  Would Tuesday of next week be

8    permissible, Your Honor?

9              THE COURT:  Oh, absolutely.  Sure, sure.  And,

10   Mr. Norris, for a response?

11             MR. NORRIS:  If I could have 48 hours after

12   that?

13             THE COURT:  You sure?

14             MR. NORRIS:  Yes, sir.

15             THE COURT:  Be kind to yourself now.  Okay.  So

16   that would be Thursday.  And then I'm probably going to

17   tighten it a little bit, Ms. Kukowski.  Can you file a

18   reply -- the Court finds replies in just about every case

19   very helpful.  Could you file a reply by that Friday?  And

20   I recognize this is not the only case you have.

21             MS. KUKOWKSI:  Yes.

22             THE COURT:  That Friday.  Let's say at 4:00.

23   How is that?

24             MS. KUKOWKSI:  Certainly.

25             THE COURT:  Okay.
```

```
 1              MR. NORRIS:  Thank you, Your Honor.
 2              THE COURT:  All right.  Sure.  You know, out of
 3    an abundance of caution, maybe the Court should at this
 4    point schedule another hearing because I want Mr. Sabol to
 5    know that we're on top of these issues.
 6              So, Mark, looking at --
 7              THE CLERK:  Judge Sullivan?
 8              THE COURT:  Yes.
 9              THE CLERK:  We have a hearing on May 5th at 2:30
10    p.m. with the co-defendants in this case.
11              THE COURT:  All right.  Well, maybe it's time
12    for all these cases to be joined, Ms. Kukowski.
13              MS. KUKOWKSI:  Your Honor, they are currently
14    joined through the superseding indictment.  I would agree.
15    I would like to have all the --
16              THE COURT:  I'm sorry.  When I meant "join" was
17    to have one hearing.  I don't think the other gentlemen
18    have appeared before me I don't believe.
19              MS. KUKOWKSI:  No, Your Honor.  They're in
20    various stages of transport.
21              THE COURT:  All right.  Okay.  That's a
22    laborious process for the marshals.  Hope springs eternal
23    that they will be here by that day.  But unless that's a
24    bad date, Mr. Norris, let's just have that -- let's just
25    schedule another status hearing for that day as well.
```

1          MR. NORRIS:  I'm available.  Yes, sir.

2          THE COURT:  All right.  Okay.  And what time is

3    that, Mark?  Thanks, Mark, for the information.

4          THE CLERK:  It's at 2:00 p.m., Your Honor.

5          THE COURT:  All right.  That's fine.  All right.

6    I think I've run out of questions to ask.

7          Here's what I want to do though.  If I was in

8    court now, I would probably take a short recess and speak

9    to the brilliant lawyers who are helping me, my law

10   clerks.  I'm going to step away from the computer and mute

11   out the video and audio and just ask that they give me a

12   call because I don't want to leave this proceeding and

13   then all of a sudden someone say why didn't you ask this

14   question and that invariably happens to all of us.  So I

15   believe -- I won't be 30 minutes.  I won't do that to you

16   again.  But I'm just going to ask them to give me a call.

17   They know how to reach me.  And it will be no more than

18   ten minutes, ten minutes at best.  I think we're about to

19   lose our time in the queue anyway, Mark, aren't we?

20         THE CLERK:  No, Your Honor.  The hearing that

21   was scheduled after us is actually canceled.

22         THE COURT:  Oh, okay.  All right.  But I'm not

23   going to take advantage of that and keep people waiting.

24   So I'm just going to mute out the video and the audio,

25   walk away and we'll talk again in ten minutes.  All right.

1    Thank you, everyone.  Did anyone else have anything else

2    to say before I take a very short recess?

3             MR. NORRIS:  Not at this time, Your Honor.  No.

4    Thank you.

5             THE COURT:  Ms. Kukowski?

6             MS. KUKOWKSI:  Nothing further from the

7    government.

8             (Recess.)

9             THE COURT:  I think this would be a good

10   opportunity, Ms. Kukowski, to get the views of the

11   attorneys for the remaining co-defendants vis-a-vis speedy

12   trial when you file your motion.  So I guess the motion

13   would have to be filed in those cases as well and that's

14   probably an issue I can resolve on the next hearing date.

15            I guess the other question I have and I think I

16   know the answer, but every time I say that, I think I'm

17   wrong.  But my understanding is that the filing of that

18   motion would toll speedy trial for all purposes because

19   it's filed in good faith.  Is that correct?

20            MS. KUKOWKSI:  Yes, Your Honor.

21            THE COURT:  That's what I thought.  All right.

22   So I'm going to go ahead and proceed.  I'm going to keep

23   Mr. Sabol detained.  Everyone will get a very lengthy

24   opinion shortly that hopefully will be of some benefit to

25   everyone as well as my colleagues who are wrestling with

```
1   all these cases and addresses the I'll call it the Judge
2   Wilkins' opinion as well.  So I've run out of questions
3   now.  Mr. Norris, anything further from you, sir?
4           MR. NORRIS:  No, Your Honor.
5           THE COURT:  All right.  And, Ms. Kukowski,
6   anything further?
7           MS. KUKOWKSI:  No, Your Honor.
8           THE COURT:  Okay.  All right.  This has been
9   very helpful.  Sorry to keep you waiting for that 30
10  minutes or so earlier.  I did the best I could, but I just
11  could not get it off the calendar.  I had to deal with it.
12  So we'll talk again then on -- and that date is May the
13  5th, Mark?  Is that correct?
14          THE CLERK:  That's correct, Your Honor.
15          THE COURT:  All right.  We'll talk again on May
16  the 5th then and everyone be safe and healthy.
17          And, Mr. Sabol, I don't know what's going on in
18  the Department of Corrections.  A couple of my colleagues
19  and I are speaking with the director of Department of
20  Corrections just trying to get some information, fact from
21  fiction about what's going on over there.  And maybe I'll
22  have some information to report at the next hearing.  I
23  just don't know.
24          THE DEFENDANT:  If I could ask --
25          THE COURT:  Let me just ask -- you know, I don't
```

1    want you to talk, Mr. Sabol, because that always drives

2    defense attorneys nuts because they don't know what their

3    client is going to say and Mr. Norris can't reach out to

4    you and say don't say anything.

5            So I'm going to direct the question to Mr.

6    Norris.  If you can just let me know either today or at

7    the next hearing whether what I'm saying is correct or

8    not, but my understanding is that all of the Capitol and

9    I'm going to call them the Capitol defendants as a group

10   are detained in separate housing facilities at the jail.

11   Is that right, Mr. Norris?  And if so, do you know the

12   reason for that?

13           MR. NORRIS:  Your Honor, they were detained in

14   several different units.  I don't know.  Are you saying

15   that they're all detained together in a segregated unit?

16           THE COURT:  I don't know that for a fact.

17           MR. NORRIS:  Okay.

18           THE COURT:  We hear things from different people

19   and that's why we're meeting, a couple of the judges, a

20   couple of my colleagues and I are meeting with Eric Glover

21   tomorrow and Michelle Williams just to figure out what the

22   facts are, what the fiction is because we're hearing all

23   sorts of stories.  But that was one.  That all of the

24   Capitol Hill defendants are in the same housing unit at

25   the jail.

1           MR. NORRIS:  I know several of them are.  I

2      don't have information about the totality of them.

3           THE COURT:  All right.  Okay.  I think Mr. Sabol

4      was nodding his head no.  So okay.  All right.  I just

5      wanted to know.  All right.  That's fine.  All right.

6      Anything else we need to talk about today, Mr. Norris?

7           MR. NORRIS:  No, Your Honor.

8           THE COURT:  Okay.  Ms. Kukowski, anything else?

9           MS. KUKOWKSI:  Nothing further, Your Honor.

10           THE COURT:  Okay.  Fine.  Everyone be safe and

11      healthy and we'll talk again soon.  All right.  Take care

12      and thank you again.  This has been very helpful.  Thank

13      you again.  Have a nice day.  Mr. Sabol, you take care of

14      yourself, sir.  We'll talk again very soon.  Bye-bye.

15           MR. NORRIS:  Take care.

16           (Proceedings concluded.)

17

18

19

20

21

22

23

24

25

1                       CERTIFICATE OF REPORTER

2

3            I, Lisa K. Bankins, an Official Court Reporter

4    for the United States District Court for the District of

5    Columbia, do hereby certify that I reported, by machine

6    shorthand, in my official capacity, the proceedings had

7    and testimony adduced upon the bond hearing in the case of

8    the United States of America versus Jeffrey Sabol,

9    Criminal Case 21-CV-00035, in said court on the 8th day of

10   April, 2021.

11

12           I further certify that the foregoing 60 pages

13   constitute the official transcript of said proceedings, as

14   taken from my machine shorthand notes, together with the

15   backup tape of said proceedings to the best of my ability.

16

17           In witness whereof, I have hereto subscribed my

18   name, this 13th day of April, 2021.

19

20

21                                Lisa K. Bankins

22                                Lisa K. Bankins
                                  Official Court Reporter
23

24

25

MR. NORRIS: [52]  2/10 2/20 2/22 4/1
4/17 4/24 5/11 5/17 5/25 7/5 10/1 10/3
29/6 36/16 37/2 37/5 37/8 39/5 39/7
39/14 40/5 40/13 40/15 40/18 40/21
40/24 41/2 43/9 43/13 43/15 43/19
43/23 44/20 44/24 45/2 45/7 45/11
52/13 52/15 52/18 53/21 54/11 54/14
55/1 56/1 57/3 58/4 59/13 59/17 60/1
60/7 60/15
MS. KUKOWKSI: [66]
THE CLERK: [7]  2/2 3/14 55/7 55/9
56/4 56/20 58/14
THE COURT: [117]
THE DEFENDANT: [2]  2/14 58/24

0
00035 [2]  1/3 61/9
035 [1]  2/3

1
11:00 [1]  1/6
11:43 [1]  26/20
11:50 [1]  27/2
11:55 [1]  27/3
11:59 [1]  36/12
12 [2]  3/8 4/10
12:15 [2]  36/25 37/2
13th [1]  61/18
15 [1]  36/13
15-minute [1]  3/9
16:27:58 [1]  34/13
19-second [2]  22/12 22/25

2
20 [3]  12/23 39/11 39/17
20001 [2]  1/16 1/19
2021 [3]  1/5 61/10 61/18
20530 [1]  1/12
20th [1]  28/11
21-035 [1]  2/3
21-CR-00035 [1]  1/3
21-CV-00035 [1]  61/9
22nd [1]  9/19
23 [1]  2/18
231 [1]  14/17
24 [1]  23/1
24-second [1]  23/6
25 [1]  10/20
250 [1]  1/15
29 [1]  30/17
29-second [4]  23/7 23/18 30/22 31/1
2:00 [1]  56/4
2:30 [1]  55/9

3
30 [3]  42/6 56/15 58/9
30 feet [1]  12/23
30-second [1]  21/11
302's [1]  50/2
33-second [3]  31/24 32/14 32/15
333 [1]  1/18
38 [1]  23/19
38-second [1]  24/4
39-second [2]  32/22 33/14
3:10 [1]  47/20
3:15 [1]  47/20

4
45-second [1]  31/6

48 [1]  54/11
4:00 [1]  54/22
4:27 [1]  34/13

5
5-A [5]  31/9 31/21 31/24 34/5 34/12
503 [1]  1/15
555 [1]  1/12
5th [3]  55/9 58/13 58/16

6
60 [1]  61/12
6th [5]  8/17 12/2 13/5 14/2 15/10

7
76 [1]  52/20
78 [1]  14/8

8
82 [1]  14/8
8th [1]  61/9

A
a.m [1]  1/6
A.W [19]  21/6 21/15 22/20 23/2 23/9
23/16 23/23 24/20 25/7 25/7 25/12
29/19 30/24 31/6 32/2 33/1 34/16 38/10
39/25
A.W.'s [9]  19/18 22/14 24/22 25/14
29/20 30/9 30/25 33/6 34/1
ability [3]  4/21 45/25 61/15
able [3]  27/14 38/3 39/9
about [39]  2/23 3/9 3/23 5/9 5/21 6/9 8/6
9/2 10/3 11/23 11/25 12/2 16/9 18/15
18/16 22/24 24/22 25/20 26/20 28/9
28/15 34/9 34/17 36/18 37/10 38/14
38/24 44/15 45/16 46/10 49/16 51/9
51/17 54/5 54/18 56/18 58/14 60/2 60/6
absolutely [2]  38/12 54/9
abundance [1]  55/3
abuse [1]  53/8
accept [2]  35/14 43/1
accomplished [3]  47/7 47/8 47/10
according [1]  36/12
accounts [1]  35/3
accurate [1]  47/12
acknowledged [2]  22/1 35/9
across [1]  19/1
act [1]  51/16
acted [3]  41/18 41/19 41/21
acting [1]  45/2
actions [6]  7/23 15/11 24/21 34/25
41/10 49/6
activities [2]  43/7 45/21
acts [3]  14/4 26/13 41/17
actual [2]  6/18 49/21
actually [15]  7/6 11/10 16/13 18/24
25/15 26/18 33/8 35/19 46/4 47/13 49/3
49/18 50/17 51/20 56/21
acute [1]  15/6
added [1]  19/15
additional [2]  19/15 51/24
address [5]  14/17 44/11 47/4 50/19
52/21
addressed [1]  14/6
addresses [1]  58/1
adduced [1]  61/7
administration [1]  52/9
advantage [1]  56/23
advice [1]  36/21

affect [1]  8/18
affected [1]  8/16
affects [1]  7/23
afford [1]  50/18
after [9]  4/9 8/16 23/14 24/17 30/8 49/8
51/9 54/11 56/21
aftermath [1]  23/8
afterwards [2]  7/25 35/10
again [25]  3/21 17/15 17/19 18/17 18/21
23/1 24/7 24/23 26/21 29/21 32/15
33/25 35/5 39/15 50/5 53/4 53/19 56/16
56/25 58/12 58/15 60/11 60/12 60/13
60/14
against [27]  20/1 31/16 34/16 38/8 38/10
38/11 38/11
age [1]  53/23
agency [1]  45/20
agents [2]  13/11 49/20
ago [5]  5/8 11/2 18/12 45/10 48/25
agree [2]  16/11 55/14
agreement [1]  51/17
ahead [9]  10/2 17/19 18/20 22/10 27/9
27/14 28/5 37/4 57/22
aided [2]  30/23 49/5
airline [1]  9/4
all [78]
allegations [1]  48/10
almost [2]  13/19 39/20
alone [1]  34/24
along [1]  33/9
already [3]  34/15 47/14 50/23
also [14]  7/23 11/21 12/19 15/17 17/20
19/19 21/1 23/16 34/25 35/2 35/9 36/2
47/10 51/20
always [4]  3/21 29/16 41/25 59/1
am [7]  3/1 18/24 22/23 28/25 30/18
32/17 43/12
amends [1]  43/1
AMERICA [4]  1/3 2/3 8/11 61/8
American [1]  19/21
among [1]  19/13
amount [1]  25/13
ample [1]  34/24
anchors [1]  11/4
angry [1]  7/8
another [9]  12/4 17/19 22/5 26/5 30/1
35/22 45/19 55/4 55/25
answer [3]  18/1 18/17 57/16
Anthem [1]  29/4
anticipate [2]  52/24 53/1
Antifa [2]  11/18 17/8
any [20]  2/24 4/6 4/7 5/20 6/20 7/2 13/5
14/22 15/3 15/6 17/20 23/10 23/13
26/22 27/5 41/5 42/20 42/20 42/22
46/24
anyone [11]  4/13 6/25 7/1 7/1 7/15 7/22
11/9 26/22 38/11 45/18 57/1
anything [10]  16/3 33/9 40/12 46/15
57/1 58/3 58/6 59/4 60/6 60/8
anyway [2]  28/4 56/19
apart [1]  12/23
apologize [5]  22/9 36/25 48/15 52/15
52/18
apparently [1]  17/7
appear [2]  29/18 30/20
APPEARANCES [1]  1/10
appeared [1]  55/18
appears [5]  13/12 20/6 20/11 34/7 37/23
apply [1]  2/19
appreciate [1]  4/18

## A

approach [3]   16/17 22/2 26/13
approached [1]   52/6
approaching [1]   25/7
appropriate [3]   15/20 36/15 53/13
approximately [3]   21/11 47/19 52/20
April [1]   1/5 61/10 61/18
arch [1]   25/18
archway [6]   20/1 28/8 30/13 48/2 48/3
51/8
are [50]   2/13 2/18 4/11 5/4 5/10 7/14
9/13 9/15 10/22 10/23 12/8 12/15 12/16
14/8 14/24 15/18 18/10 18/20 28/9
28/21 29/17 30/11 32/5 32/9 32/11
32/25 36/23 37/11 38/25 39/25 41/2
41/3 44/16 48/1 48/3 49/6 49/20 49/24
52/3 52/7 55/13 56/9 57/25 58/19 59/10
59/14 59/20 59/22 59/24 60/1
aren't [1]   56/19
argument [1]   45/22
arguments [2]   16/1 45/23
arm [7]   22/3 22/4 22/14 25/22 26/1 32/4
39/19
armed [2]   6/21 6/21
arms [2]   23/2 32/6
army [1]   39/16
around [7]   3/8 4/9 4/9 10/16 10/17
47/20 53/20
arrest [6]   14/17 14/24 15/14 15/21
42/24 44/6
arrested [5]   6/3 9/17 10/6 19/14 52/1
as [75]
ask [13]   3/5 4/10 18/2 29/15 39/1 46/10
51/2 56/6 56/11 56/13 56/16 58/24
58/25
asked [2]   44/3 45/13
asking [1]   10/12
assault [6]   6/19 24/8 24/14 32/19 48/11
51/7
assaulted [6]   21/19 21/22 21/23 26/9
31/12 49/3
assaulting [1]   33/19
assaultive [1]   14/1
assaults [4]   16/19 25/19 26/14 48/9
assist [1]   15/16
assistant [1]   39/1
assistant's [1]   40/1
assume [1]   45/21
assuming [1]   50/11
attacked [1]   22/19
attacking [1]   28/17
attacks [3]   25/19 34/16 34/19
attempt [1]   35/7 41/22 51/3
Attorney [1]   2/11
Attorney's [1]   1/11
attorneys [2]   57/11 59/2
audio [4]   4/12 36/24 56/11 56/24
AUSA [1]   2/7
authenticating [1]   47/6
authenticity [2]   47/4 47/6
available [6]   14/14 14/24 15/18 26/4
26/17 56/1
Avenue [2]   1/18 14/18
avoid [1]   9/7
aware [2]   49/9 52/19
away [9]   6/22 9/22 11/2 25/18 32/8 32/9
38/15 56/10 56/25

## B

B.M [16]   19/10 19/16 23/15 23/20 26/9

28/17 30/13 30/23 31/11 31/11 31/16
32/8 32/24 34/11 35/11 35/25
B.M.'s [2]   19/19 32/1
back [25]   15/7 19/18 21/3 21/25 24/9
25/5 26/8 26/10 26/11 29/9 29/20 31/16
32/7 32/10 32/14 32/17 33/11 33/23
34/11 35/5 35/15 37/23 38/18 40/19
42/16
backpack [13]   11/22 11/23 11/24 12/11
12/13 16/24 19/18 20/9 23/4 29/14
37/20 37/20 39/19
backup [1]   61/15
backwards [1]   38/17
bad [6]   6/13 8/15 8/15 8/21 9/11 55/24
bag [1]   12/13
Bankins [4]   1/17 61/3 61/21 61/22
BANKRUPTCY [1]   1/1
barricades [1]   49/4
based [3]   42/4 46/9 48/4
bases [1]   52/4
basing [1]   29/1
Bate [1]   49/23
baton [32]   6/22 6/23 6/25 7/20 7/21 13/7
13/8 19/18 20/10 21/15 21/20 22/16
23/6 23/9 24/22 25/14 25/15 25/21 26/2
29/20 30/9 30/24 31/15 32/23 33/3
37/21 37/22 38/6 38/8 38/9 38/9 38/10
30/12
battle [6]   17/6 17/11 17/13 25/25 27/23
30/12
be [86]
bear [1]   36/17
bearing [1]   40/16
became [2]   6/21 10/25
because [41]   3/3 4/12 5/5 6/5 6/9 6/21
8/7 8/8 9/20 10/10 11/16 12/24 14/13
15/1 15/12 17/15 17/22 21/23 22/21
25/13 25/22 29/16 35/11 38/4 38/12
38/22 40/11 41/22 43/21 45/8 45/9
45/13 48/17 51/21 52/8 55/4 56/12
57/18 59/1 59/2 59/22
been [34]   2/21 6/3 6/16 8/6 10/3 13/13
13/24 15/10 19/15 20/1 21/18 25/23
27/18 28/2 28/12 31/6 33/2 33/9 38/1
38/2 46/12 46/20 48/14 49/18 49/23
50/23 51/24 51/25 52/1 52/19 53/11
53/20 58/8 60/12
before [14]   1/8 2/16 6/11 10/6 26/18
27/25 30/10 39/24 42/7 43/16 51/2
52/20 55/18 57/2
began [1]   20/14
beginning [8]   16/18 21/25 24/24 25/5
26/12 27/20 29/11 31/21
behalf [2]   2/11 5/20
behavior [1]   42/21
behind [2]   24/20 31/11
being [12]   2/18 8/6 19/10 21/18 21/21
21/23 23/9 24/11 26/9 47/21 49/22
50/11
believe [5]   5/8 15/5 28/22 28/3 34/11
34/13 50/22 52/21 55/18 56/15
believed [3]   9/7 9/12 41/24
believes [1]   42/1
benefit [1]   57/24
beside [1]   7/17
best [8]   4/16 5/23 18/6 18/19 36/21
56/18 58/10 61/15
better [6]   9/13 9/14 36/22 45/9
between [1]   25/12
bicycle [1]   11/15
bicycle-style [1]   11/15

big [3]   8/23 11/22 12/6
bill [1]   44/2
bit [7]   21/16 24/21 29/10 30/20 38/24
51/22 54/17
blanket [2]   52/11 52/12
blend [1]   35/12
blood [1]   33/10
body [7]   21/5 21/6 31/10 33/20 33/24
46/19 50/1
bond [5]   1/8 4/19 50/8 53/6 61/7
books [1]   5/10
boots [2]   11/16 16/23
born [1]   28/2
Boston [2]   9/5 35/7
both [5]   6/9 11/25 39/23 41/9 44/13
bottom [2]   22/14 22/18
bought [1]   9/17
box [1]   12/14
break [4]   4/9 26/25 27/15 36/13
breakout [1]   3/11
brevity [1]   21/10 23/23
brief [1]   24/16
briefly [2]   26/2 26/24
briefness [1]   24/2
brilliant [3]   10/21 53/10 56/9
bring [3]   8/22 11/13 32/6
broke [2]   13/24 49/4
brother [1]   11/2
brought [6]   11/21 12/24 13/4 23/20
35/15 41/23
brown [2]   20/7 20/8
buffering [1]   30/20
bulk [1]   51/20
bye [2]   60/14 60/14
Bye-bye [1]   60/14

## C

C.M [4]   26/5 31/10 33/19 34/20
C.M.'s [2]   31/10 33/20
cable [1]   12/12
calculations [1]   52/5
calendar [4]   27/9 36/19 54/3 58/11
call [4]   56/12 56/16 58/1 59/9
called [1]   43/23
came [6]   6/1 8/3 12/21 37/24 48/17
48/24
camera [8]   21/5 21/6 23/21 31/10 33/20
33/24 46/19 50/1
can [45]   5/3 7/7 9/23 9/25 14/6 17/14
17/19 18/19 19/2 19/5 19/5 19/16 19/19
20/2 21/1 22/12 22/13 22/18 22/22
25/22 26/13 29/12 29/13 31/15 32/18
33/1 34/5 40/11 40/21 41/15 42/15
42/18 44/7 44/8 44/12 47/6 47/7 47/8
47/25 48/4 49/18 50/6 54/17 57/14 59/6
can't [3]   35/15 52/11 59/3
canceled [1]   56/21
cannot [2]   33/8 47/23
capacity [2]   45/2 61/6
Capitol [10]   12/3 13/2 22/6 27/23 32/12
47/23 49/8 59/8 59/9 59/24
captured [1]   48/8
car [1]   12/13
care [5]   15/16 42/19 60/11 60/13 60/15
carries [1]   12/12
carry [3]   12/7 16/24 16/24
case [28]   1/3 2/2 2/24 2/25 2/25 5/1 5/4
6/1 8/23 13/11 18/12 18/13 19/15 41/14
48/6 49/2 49/20 50/3 51/5 51/11 51/21
51/25 52/7 54/18 54/20 55/10 61/7 61/9

## C

cases [9]  5/4 6/1 17/23 48/7 49/1 51/6 55/12 57/13 58/1
categorically [1]  16/8
category [1]  49/6
caught [2]  8/13 16/19
caused [2]  22/20 41/17
caution [1]  55/3
cell [2]  13/2 36/12
certain [2]  12/2 28/25
Certainly [3]  20/4 20/19 54/24
CERTIFICATE [1]  60/17
certify [1]  61/5 61/12
cetera [2]  4/6 4/7
character [4]  5/15 5/20 6/5 42/6
charged [3]  6/19 13/15 41/24
check [2]  3/14 3/16
cheered [1]  49/7
Chief [1]  49/13
children [1]  42/12
chokes [1]  28/6
choose [4]  21/14 26/7 26/8 34/3
chooses [2]  32/7 32/19
choosing [3]  22/3 22/4 36/9
chose [2]  25/21 25/24
circle [2]  19/16 20/2
circuit [2]  44/17 48/21
circumstances [1]  42/23
citizen [1]  42/24
citizens [1]  8/12
city [1]  28/2
civilian [2]  39/10 39/16
clarify [1]  46/8
clashing [1]  11/19
Clayton [1]  19/22
clear [7]  20/18 41/8 43/10 44/15 44/22 46/17 46/17
cleared [1]  49/8
clearly [5]  10/8 10/9 13/25 24/21 31/15
clerks [1]  56/10
client [9]  2/19 3/23 4/4 37/19 37/22 38/6 44/3 52/19 59/3
client's [3]  37/10 37/20 43/7
clients [1]  5/20
clip [12]  21/5 21/10 21/24 24/17 24/24 26/17 39/7 39/15 39/15 40/2 40/5 40/11
clips [8]  7/7 9/15 26/4 38/25 41/3 41/3 46/19 47/18
clock [2]  52/5 53/7
close [2]  24/10 34/1
closed [1]  33/12
closely [1]  13/10
co [18]  13/14 13/16 19/15 19/20 19/22 19/22 19/23 19/25 23/11 23/11 28/15 28/15 29/24 29/25 33/19 50/24 55/10 57/11
co-defendant [14]  13/14 13/16 19/20 19/22 19/22 19/23 19/25 23/11 23/11 28/15 28/15 29/24 29/25 33/19
co-defendants [4]  19/15 50/24 55/10 57/11
coat [1]  39/18
cogent [1]  18/22
cognitive [2]  8/20 10/9
cognizant [1]  26/19
colleague [1]  32/7
colleagues [7]  21/22 22/16 32/9 52/6 57/25 58/18 59/20
collectively [1]  12/1
COLLEEN [2]  1/11 2/8

Colorado [4]  9/4 12/22 14/15 42/15
COLUMBIA [1]  1/1
combined [1]  53/22
come [8]  6/15 6/20 11/6 11/7 11/8 11/9 15/7 21/23
comfortable [1]  18/15
coming [1]  7/24
comment [1]  48/16
committing [1]  14/4
communicate [1]  12/21
communicating [1]  17/2
community [5]  4/16 8/1 16/4 36/2 36/8
compares [1]  47/25
compiling [1]  51/12
completed [1]  49/16
completely [2]  2/23 15/10
complex [1]  52/6
computer [3]  12/13 30/19 56/10
con [1]  3/20
concern [1]  52/22
concise [1]  15/25
conclude [1]  34/5
concluded [1]  60/16
conclusion [2]  5/14 34/4
conditions [2]  44/5 44/11
conduct [7]  6/10 6/10 6/18 7/16 14/1 28/3 36/5
conferences [1]  49/20
conflict [1]  3/8
connect [1]  12/17
connection [1]  30/19
conservative [1]  10/23
considered [1]  17/9
considers [1]  41/12
consistency [1]  20/20
consistent [5]  16/21 18/8 33/10 35/13 40/9 52/9
consolidated [1]  44/18
conspired [1]  49/5
constitute [1]  61/13
Constitution [1]  1/18
contemplates [1]  17/11
contends [1]  20/3
context [3]  28/7 38/5 47/21
contingent [1]  46/1
continue [3]  36/7 51/3 51/19
continuing [1]  19/14
contributing [1]  24/10
coordinated [2]  13/5 49/5
coordination [1]  17/1
cop [6]  7/13 7/13 39/10 39/20 39/21 39/24
copies [1]  50/2
cops [1]  13/21
corner [1]  22/14
correct [8]  18/17 43/8 43/12 50/25 57/19 58/13 58/14 59/7
Corrections [3]  3/3 58/18 58/20
could [18]  9/16 10/6 11/7 11/18 12/8 12/21 15/16 15/21 15/24 35/12 35/13 39/14 47/9 54/11 54/19 58/10 58/11 58/11
couldn't [4]  27/8 35/12 36/19 36/20
counsel [18]  2/5 2/9 2/12 10/2 18/20 24/1 27/10 35/8 37/8 44/13 46/21 46/21 47/19 49/14 49/22 51/12 51/17 54/1
countless [1]  46/14
country [12]  8/25 14/23 15/5 17/25 35/11 35/15 35/21 41/20 42/2 44/17 45/6 45/19

County [2]  14/21 43/25
couple [9]  7/16 25/5 27/25 48/24 49/15 50/11 58/18 59/19 59/20
course [4]  15/22 24/8 24/13 44/22
court [117]
court's [6]  17/21 21/6 24/19 31/17 39/5 54/2
courts [2]  1/1 17/24
covers [1]  43/25
CR [1]  1/3
criminal [8]  2/2 5/6 5/6 6/10 6/18 7/16 36/4 61/9
crisis [1]  15/6
critical [1]  47/2
crowd [12]  8/9 23/16 23/17 23/20 23/24 24/11 31/13 31/17 41/6 41/6 41/7 47/22
crucially [1]  38/3
crutch [2]  28/17 31/12
crux [1]  5/18
cumulatively [1]  42/7
curfew [1]  15/21
currently [2]  47/24 55/13
cursor [1]  29/12
cut [1]  48/14
CV [1]  61/9

## D

D.C [10]  1/4 1/12 1/16 1/19 6/15 8/3 11/7 11/7 27/24 44/4
D.O.C [1]  3/12
danger [3]  16/3 36/2 36/8
dangerousness [6]  5/3 6/8 14/5 38/23 42/4 49/6
date [3]  55/24 57/14 58/12
day [20]  2/19 7/24 8/8 8/14 9/8 13/2 14/3 17/4 17/9 35/24 41/17 42/22 42/23 48/7 51/9 55/23 55/25 60/13 61/9 61/18
days [4]  35/13 35/20 48/25 52/20
de [1]  4/22
deal [2]  53/17 58/11
dealt [1]  52/8
December [1]  11/7
decided [2]  26/1 53/10
decision [4]  9/20 18/16 30/12 42/4
decisions [3]  6/13 8/15 8/15
defendant [55]  1/6 1/14 13/14 13/16 16/11 19/8 19/17 19/20 19/22 19/22 19/23 19/24 19/25 21/14 23/3 23/9 23/11 23/11 23/15 23/19 25/6 25/13 26/7 28/15 28/15 29/13 29/24 29/25 30/1 30/22 30/25 31/12 31/13 31/14 31/15 31/25 32/4 32/4 32/7 32/16 32/18 32/23 33/4 33/18 33/19 34/14 34/15 34/24 35/5 35/9 36/7 47/13 48/8 48/25 51/2
defendant's [6]  22/1 22/3 23/5 24/21 29/15 50/3
defendants [10]  19/15 49/1 50/24 51/20 51/23 51/24 55/10 57/11 59/9 59/24
defense [14]  16/8 16/19 21/16 21/21 23/10 24/13 33/3 35/8 46/21 46/21 46/25 47/19 51/12 59/2
defer [1]  53/25
definition [1]  17/12
delay [1]  53/5
delete [1]  35/25
deliberation [2]  26/11 30/11
democracy [3]  11/10 27/24 28/4
deny [1]  53/9
department [4]  3/2 43/24 47/22 58/18

**D**

department... [1] 58/19
depict [3] 27/22 28/19 34/7
depiction [1] 47/12
deprive [1] 26/22
deprived [1] 33/2
depriving [1] 46/24
describe [1] 28/1
described [1] 49/12
desperately [2] 32/10 32/25
destroy [3] 35/24 36/3 36/10
destroyed [1] 41/19
destroys [1] 35/22
destruction [1] 35/6
detain [3] 4/4 35/1 50/12
detained [8] 3/23 6/3 34/25 52/20 57/23 59/10 59/13 59/15
detention [6] 5/1 16/15 19/4 19/7 53/12 53/17
determination [1] 4/20
determine [2] 28/20 38/23
did [23] 6/20 6/24 7/15 7/20 7/21 8/16 9/3 9/5 10/12 11/8 11/13 11/13 12/10 12/19 13/8 13/9 19/8 33/10 42/21 43/23 46/10 57/1 58/10
didn't [13] 6/2 6/25 7/1 7/1 7/1 7/21 11/9 12/22 12/22 13/5 38/13 45/13 56/13
different [8] 6/5 7/4 13/12 18/18 49/6 52/4 59/14 59/18
difficult [1] 42/4
diffuses [1] 10/18
diminimous [1] 5/6
direct [3] 44/2 44/12 59/5
directed [1] 18/13
directly [2] 31/11 51/10
director [2] 3/2 58/19
disable [1] 21/14
disagree [1] 16/9
disappoint [1] 16/3
disarm [2] 22/5 42/10
disarmed [1] 6/21
discovery [6] 49/16 49/16 49/19 49/23 51/4 52/10
discussions [2] 51/16 51/19
dishonor [1] 41/23
disposes [1] 35/23
disregards [1] 35/23
disseminated [1] 19/1
dissonance [2] 8/20 10/9
distinct [1] 48/3
distinction [1] 38/22
distinguishable [1] 49/1
distinguishes [1] 22/15
district [10] 1/1 1/1 1/9 1/18 11/14 14/19 43/24 43/25 61/4 61/4
diverted [1] 5/7
division [1] 44/18
do [44] 3/7 3/10 3/11 3/13 4/12 4/21 7/1 7/5 7/20 7/21 9/17 13/21 14/23 14/25 16/3 16/10 16/10 17/13 17/16 18/7 22/21 26/20 32/8 36/19 36/20 36/22 36/24 37/14 37/16 38/13 39/8 42/2 44/9 45/9 46/8 47/18 48/16 50/10 52/18 52/24 56/7 56/15 59/11 61/5
document [1] 15/3
documents [1] 49/21
does [20] 2/19 2/20 4/4 5/5 8/2 10/14 12/17 16/23 22/21 25/15 27/15 28/19 30/20 34/6 38/5 38/16 38/17 38/23 52/25 53/6

**E**

doesn't [1] 50/7
doing [6] 7/10 9/9 13/15 35/6 38/12 52/3
don't [52] 3/9 3/11 3/17 3/25 4/7 4/12 4/14 4/15 7/3 7/12 7/13 7/13 13/21 13/23 15/5 18/1 18/5 18/9 18/17 20/16 20/19 20/22 23/22 25/22 27/10 34/8 34/10 34/13 39/9 39/20 39/20 39/23 40/9 41/9 43/9 43/10 43/19 44/19 46/25 52/21 53/5 55/17 55/18 56/12 58/17 58/23 58/25 59/2 59/4 59/14 59/16 60/2
done [5] 7/19 8/21 10/19 43/2 47/14
door [4] 9/24 9/24 14/10 15/15
doors [1] 49/4
double [3] 3/14 3/16 12/6
double-sided [1] 12/6
doubt [1] 16/13
down [26] 2/18 9/9 13/14 13/17 19/10 19/11 25/15 26/10 29/20 30/8 30/10 30/23 31/7 32/2 32/8 32/24 34/15 34/17 37/21 38/15 38/16 38/17 38/19 38/21 48/17 48/24
drag [4] 31/17 32/8 50/7 53/19
dragged [7] 19/11 23/16 23/24 31/7 34/13 34/17 47/21
dragging [6] 23/15 26/10 30/13 32/24 38/16 38/19
drags [1] 38/15
draw [1] 34/2
drives [1] 59/1
duplicate [1] 15/2
during [3] 24/8 24/13 47/20

**E**

each [3] 3/19 12/23 42/6
ear [1] 12/20
earlier [5] 25/20 26/19 43/4 47/20 58/10
efforts [1] 5/23
either [4] 2/25 12/23 39/24 59/6
elderly [3] 15/15 42/12 42/17
eldest [1] 11/2
election [1] 8/6
electronic [2] 14/23 44/5
electronics [1] 35/4
else [10] 3/4 3/12 27/8 38/11 45/18 53/23 57/1 57/1 60/6 60/8
elsewhere [1] 8/24
EMMET [1] 1/8
emphasize [3] 17/17 25/17 46/5
emphasized [1] 30/10
employment [2] 15/18 15/22
end [2] 24/6 38/25
ended [1] 25/17
ends [1] 25/15
endured [1] 24/8
energy [1] 10/16
enforcement [3] 12/7 32/6 35/10
engage [3] 26/8 29/18 29/21
engaging [2] 17/12 42/20
engineer [3] 12/11 12/17 16/25
enough [1] 11/6
entered [1] 49/7
entire [2] 16/2 42/8
entirety [2] 23/21 46/20
entranceway [1] 28/19
environment [1] 10/22
Eric [1] 59/20
escape [2] 9/6 10/4
ESQUIRE [2] 1/11 1/14
essentially [1] 5/14
et [2] 4/6 4/6

**F**

eternal [1] 55/22
even [6] 6/15 15/6 24/3 35/2 35/17 41/14 52/20
event [1] 4/4
events [5] 10/24 17/8 36/4 44/23 47/12
ever [2] 12/16 19/13
every [5] 28/5 41/6 44/17 54/18 57/16
everyone [13] 3/11 3/18 4/10 36/17 36/25 50/5 53/23 54/5 57/1 57/23 57/25 58/16 60/10
everything [3] 3/4 3/7 3/21
everywhere [1] 12/12
evidence [13] 16/9 16/9 16/14 16/21 18/10 18/14 35/7 35/22 36/4 36/10 41/19 47/7 48/5
evil [1] 8/12
exactly [1] 41/7
exaggerated [1] 13/1
example [1] 37/17
exclude [2] 53/1 53/15
excluding [2] 52/4 52/8
exclusion [1] 53/17
exclusions [1] 4/6
exhibit [24] 19/7 20/17 20/21 20/23 21/5 22/9 24/7 24/15 24/18 24/25 25/2 25/4 26/15 26/16 27/18 28/13 31/9 31/9 31/21 31/24 34/5 34/12 37/18 46/16
exist [1] 9/12
experiences [2] 6/5 18/18
expert [1] 10/15
explain [1] 6/14
explains [1] 11/6
expletives [1] 22/12
explosive [1] 10/17
explosives [1] 10/19
extended [2] 20/10 34/8
extradited [1] 35/12
extremely [1] 7/22

**F**

facilities [1] 59/10
fact [9] 3/4 5/2 8/18 8/25 17/3 24/11 25/20 58/20 59/16
factor [2] 12/9 24/10
facts [2] 13/11 59/22
fair [5] 3/18 3/23 16/8 52/9 54/5
fairly [1] 28/25
faith [1] 57/19
fall [2] 22/20 29/20
fallen [1] 30/8
falling [2] 25/15 38/17
familiar [1] 49/14
family [4] 8/23 14/7 15/17 42/14
family's [1] 41/23
far [1] 49/24
father [1] 14/9
FBI [4] 9/15 15/2 37/25 46/13
FCRR [1] 1/17
fear [1] 41/18
federal [6] 5/21 14/22 15/14 15/23 44/4 44/4
feel [1] 42/18
feet [1] 12/23
fellow [2] 24/18 24/20
felt [2] 18/15 37/11
few [8] 4/7 11/1 22/10 24/12 32/16 33/24 35/13 35/20
fiction [3] 3/5 58/21 59/22
fifth [1] 19/25
fight [3] 11/19 11/20 17/7

**F**

figure [2]  12/6 59/21
figured [1]  3/6
file [6]  51/19 53/15 54/1 54/17 54/19 57/12
filed [3]  3/25 57/13 57/19
files [2]  35/25 46/14
filing [5]  20/20 24/17 52/25 53/1 57/17
filings [1]  20/21
final [1]  31/8
finally [2]  31/8 53/10
find [1]  10/6
finds [1]  54/18
fine [6]  21/12 27/12 27/12 56/5 60/5 60/10
finished [1]  27/14
finite [1]  52/10
first [11]  4/19 8/18 14/12 18/24 19/13 19/19 26/4 31/11 39/7 46/10 51/1
fit [5]  14/16 15/20 35/19 44/5 46/2
five [3]  5/8 29/24 30/4
five-second [2]  29/24 30/4
fix [1]  8/13
flag [1]  19/21
flee [3]  8/25 35/21 41/20
flexibility [1]  27/3
flies [1]  35/7
flight [7]  6/9 15/4 16/4 35/2 36/2 36/8 42/5
flights [1]  25/18
focal [1]  25/19
focus [2]  6/8 7/9
focused [1]  5/18
folks [2]  17/2 17/2
footage [4]  23/14 48/6 48/8 50/1
force [3]  17/11 25/13 30/8
foregoing [1]  61/12
foresight [1]  36/3
forget [1]  24/16
form [1]  23/10
formal [1]  51/17
former [2]  13/19 39/16
forward [1]  11/10
found [2]  9/14 25/25
four [2]  28/13 29/10
four-second [2]  28/13 29/10
Fourth [1]  1/12
frame [1]  34/14
frames [3]  25/6 32/16 33/24
Francis [1]  19/20
frankly [1]  16/15
frenzy [1]  8/8
fresh [1]  4/24
Friday [2]  54/19 54/22
front [6]  3/22 17/10 25/24 26/6 42/3 50/5
full [3]  15/21 24/4 30/21
fully [1]  32/18
further [9]  15/6 28/7 32/16 35/17 57/6 58/3 58/6 60/9 61/12

**G**

Gaga [1]  28/20
Gaga's [1]  29/4
gentleman [1]  10/21
gentlemen [1]  55/17
get [12]  3/3 5/24 9/21 10/12 11/8 12/25 25/15 53/11 57/10 57/23 58/11 58/20
girlfriend [4]  14/11 14/13 15/17 42/16
girlfriend's [1]  15/17

give [11]  3/19 4/7 4/15 10/5 35/1 36/14 38/5 53/14 55/11 56/11 56/16
given [3]  2/21 24/2 35/18
glad [1]  45/13
glimpse [1]  51/5
Glover [1]  59/20
glowing [1]  5/12
go [19]  6/23 8/13 9/4 9/16 10/2 16/25 17/19 18/20 21/17 25/24 27/9 27/13 28/4 28/16 35/7 37/4 38/21 44/10 57/22
goes [4]  10/15 10/16 12/12 37/9
going [80]
gone [2]  6/17 27/5
good [14]  2/7 2/9 2/10 2/12 8/1 8/2 8/4 8/20 9/8 10/10 16/2 42/24 57/9 57/19
got [17]  3/4 5/12 6/24 8/13 9/20 22/11 22/25 23/7 28/12 28/24 29/11 29/23 30/7 31/24 32/22 51/5 53/10
government [19]  1/11 2/5 5/3 11/20 11/22 18/4 18/14 20/3 37/8 37/17 38/1 38/7 38/14 44/13 49/25 50/18 52/25 53/14 57/7
government's [23]  8/24 16/14 18/15 19/7 20/17 21/4 22/8 22/8 24/6 24/15 24/18 26/15 26/16 27/18 28/13 31/8 31/20 34/5 34/12 37/18 46/16 48/5 50/17
GPS [2]  14/23 44/6
grab [1]  30/25
grabbed [1]  6/23
great [3]  3/21 41/18 50/4
green [1]  37/20
ground [9]  7/12 21/18 22/20 23/12 25/8 25/12 32/3 33/20 33/25
group [6]  7/14 7/14 14/2 14/2 40/7 59/9
guess [4]  36/24 50/15 57/12 57/15
Guiliani [1]  8/10
guy [2]  10/18 12/4

**H**

had [32]  6/3 8/6 8/20 11/5 11/23 11/23 12/5 12/11 12/20 13/7 15/2 15/3 15/10 15/12 15/14 18/3 21/10 21/18 27/24 31/6 33/2 33/12 35/8 35/25 41/4 41/7 41/23 43/17 44/3 51/16 58/11 61/6
hair [1]  19/22
half [1]  35/24
hand [9]  20/11 22/14 22/17 34/8 37/21 37/23 37/23 40/8 40/21
handcuffs [1]  12/8
handled [3]  44/16 44/22 45/5
hands [6]  7/10 23/5 25/14 30/1 31/25 40/9
happen [1]  22/21
happened [5]  8/8 8/12 13/12 47/13 51/8
happening [1]  32/5
happens [1]  56/14
happy [1]  52/23
hard [6]  4/9 28/1 28/1 28/3 36/13 38/19
harken [1]  21/24
harm [2]  7/15 41/5
harming [1]  15/5
has [42]  2/21 2/22 3/12 4/21 5/7 5/18 8/12 8/24 15/1 15/7 15/7 16/1 17/14 21/10 23/20 23/21 30/8 30/9 30/22 33/11 34/15 36/3 36/3 37/22 41/25 43/6 44/17 46/14 46/19 47/14 48/14 49/18 49/23 49/25 50/23 52/8 52/19 52/23 53/6 58/8 60/12
hate [1]  13/19

have [76]
haven't [3] 46/20 53/10
having [4]  7/25 12/3 49/19 52/20
he [197]
he's [36]  5/12 6/18 7/10 8/21 8/21 10/18 10/19 10/20 10/20 10/21 14/3 15/4 15/7 15/8 15/9 19/10 22/4 22/14 23/10 23/20 25/7 26/2 26/12 29/15 33/2 34/7 35/21 36/8 36/9 38/8 38/19 39/11 40/15 40/18 42/23 43/2
head [5]  24/9 32/1 33/11 34/1 60/4
health [1]  15/24
healthy [2]  58/16 60/11
hear [5]  9/23 9/25 22/12 39/9 59/18
heard [5]  2/22 2/24 6/2 12/24 13/1
hearing [16]  1/8 2/17 3/15 43/16 50/8 52/21 55/4 55/9 55/17 55/25 56/20 57/14 58/22 59/7 59/22 61/7
heart [1]  27/24
heavily [1]  8/16
held [1]  6/23
Hello [1]  2/14
helmet [9]  11/15 16/23 19/17 20/7 20/8 23/5 29/14 33/2 39/19
help [10]  9/8 17/16 20/25 21/23 25/9 28/14 31/17 33/1 35/19 40/1
helped [1]  10/7
helpful [3]  54/19 58/9 60/12
helping [3]  42/18 53/11 56/9
helps [2]  42/12 42/12
her [1]  14/14
here [53]  5/19 9/24 17/1 19/9 19/16 19/21 19/24 20/5 21/7 21/11 21/14 22/3 22/14 22/18 22/22 22/25 23/8 23/11 23/14 23/23 24/4 24/7 25/5 25/6 25/8 25/21 27/20 28/2 28/9 28/15 28/21 29/10 29/13 29/24 30/1 30/17 30/21 30/22 31/5 31/25 32/5 32/15 32/25 33/6 34/5 34/11 34/14 35/7 36/3 41/14 48/25 53/23 55/23
Here's [1]  56/7
hereby [1]  61/5
hereto [1]  61/17
highlight [1]  29/13
highly [6]  5/9 10/20 10/20 16/12 26/12 35/5
Hill [1]  59/24
him [51]  5/10 5/13 5/15 6/5 6/12 8/15 9/11 9/13 10/5 10/7 11/3 11/13 11/22 12/12 14/15 14/17 15/14 15/18 15/20 21/15 21/23 22/15 22/20 22/20 23/13 24/11 26/10 29/17 29/18 30/9 30/12 31/1 31/17 32/10 32/11 35/1 38/12 38/16 40/7 40/20 41/18 42/8 42/9 42/10 42/11 42/13 42/15 42/15 44/5 44/11 46/2
himself [18]  8/2 8/10 9/10 10/23 15/5 17/9 17/9 19/8 21/21 22/4 22/5 24/13 25/16 25/22 25/25 26/1 42/1 42/19
his [100]
hit [3]  7/1 38/9 39/1
holding [1]  19/21
home [14]  9/4 12/18 14/9 14/10 14/12 14/14 14/15 14/24 35/4 40/24 42/16 42/16 42/24 44/6
honest [1]  8/3
Honor [85]
HONORABLE [1]  1/8
Hope [1]  55/22
hopefully [1]  57/24

**H**

horizontal [1] 40/9
horizontally [1] 40/22
hour [2] 3/15 47/19
hours [3] 2/18 3/18 54/11
house [6] 14/17 14/24 15/14 15/21
42/24 44/6
housing [2] 59/10 59/24
how [15] 2/13 10/12 11/23 14/12 21/14
24/22 25/20 27/11 32/18 32/23 38/14
44/15 53/25 54/23 56/17
Howell's [1] 49/13
huge [2] 14/2 38/21
hundreds [1] 14/2
hurt [15] 6/25 7/12 7/13 7/13 7/15 7/22
13/9 13/21 39/10 39/20 39/21 39/24
40/10 41/8 41/9
hurting [1] 11/9

**I**

I'd [5] 3/5 11/24 33/7 35/17 52/23
I'll [18] 8/2 19/7 22/17 23/1 23/6 23/18
23/18 24/23 26/15 29/10 31/1 31/5
32/14 33/14 34/2 45/23 58/1 58/21
I'm [74]
I've [18] 2/22 3/7 3/21 4/25 22/11 22/25
23/7 28/12 29/11 29/23 31/24 49/12
51/16 53/8 53/10 53/20 56/6 58/2
identification [1] 20/17
identify [3] 2/4 19/8 39/22
image [1] 39/12
imagination [1] 46/24
immediate [1] 23/8
impact [1] 17/24
impacted [1] 8/15
important [9] 6/7 7/19 7/22 11/12 11/21
21/17 36/18 38/4 38/21
impression [1] 43/20
inappropriate [2] 15/11 15/12
inappropriately [2] 8/13 16/20
inauguration [2] 28/10 29/3
incarcerated [1] 54/6
incident [3] 5/16 6/20 49/25
inclination [1] 3/22 53/9
incorrect [1] 34/9
incredibly [1] 14/3
indeed [2] 23/13 33/11
indefinitely [1] 52/10
independent [1] 52/3
indicated [3] 19/12 43/6 53/9
indication [2] 46/11 46/13
indictment [2] 51/23 55/14
individual [12] 12/4 12/5 13/13 20/4 22/5
22/17 36/1 41/7 41/15 43/21 47/9 48/2
individually [1] 12/1
individuals [4] 21/19 22/19 35/24 48/1
indulgence [5] 21/7 24/19 31/18 39/5
54/2
inferences [1] 34/2
information [9] 2/17 3/3 3/24 51/10
51/11 56/3 58/20 58/22 60/2
inherently [1] 17/11
initial [1] 51/23
initially [1] 22/19
initials [1] 47/23
injure [1] 13/9
injured [2] 9/9 39/25
injuries [1] 24/10
inquire [1] 43/4
inside [1] 22/7

installations [2] 10/15 10/17
instance [1] 51/6
instructed [1] 35/23
insufficient [1] 45/22
intelligence [3] 16/17 22/1 35/18
intelligent [4] 10/20 16/12 26/12 35/6
intended [1] 17/2
intending [1] 37/13
intent [3] 11/9 11/10 41/7
intentionally [1] 53/5
intentions [2] 37/11 41/4
interest [1] 49/13
interfered [1] 13/25
Internet [2] 18/19 38/2
interrupted [1] 48/16
interrupting [1] 52/15
invariably [1] 56/14
investigation [4] 19/2 19/13 19/14 20/15
involved [6] 5/15 11/8 19/24 23/15
48/10 48/11
irrationally [3] 41/19 41/20 41/21
is [175]
issue [9] 4/3 4/6 47/3 47/4 50/6 52/22
53/12 53/17 57/14
issues [4] 42/20 55/5
it [117]
it's [44] 3/21 4/8 4/9 5/10 7/19 11/12
11/21 12/13 16/8 19/1 19/14 20/4 21/5
21/17 22/8 23/22 24/18 24/24 26/20
27/21 27/22 28/1 28/1 28/3 30/19 35/11
36/12 36/12 38/3 38/5 38/5 38/18 40/11
41/8 45/17 49/13 49/13 50/17 51/11
51/25 52/8 55/11 56/4 57/19
its [2] 46/14 53/15
itself [4] 16/16 28/14 34/23 47/9

**J**

Jack [1] 19/23
jacket [13] 19/17 19/21 20/7 20/8 22/15
23/3 23/3 29/14 32/2 33/6 33/7 37/19
40/19
jacket's [1] 33/8
jail [3] 2/18 59/10 59/25
January [8] 8/17 11/7 12/2 13/5 14/2
15/7 15/10 28/11
January 20th [1] 28/11
January 6th [4] 12/2 13/5 14/2 15/10
Jeff [1] 6/2
JEFFREY [16] 1/5 2/3 2/11 7/25 12/10
12/10 13/18 16/11 19/20 39/9 39/17
39/18 39/23 40/6 41/14 61/8
John [1] 2/11
join [2] 30/12 55/16
joined [5] 31/14 31/14 51/24 55/12
55/14
Jon [1] 1/14 1/14
judge [11] 1/9 8/3 14/22 44/4 46/1 48/20
49/10 49/13 49/14 55/7 58/1
judge's [1] 4/20
judges [4] 17/22 18/7 52/3 59/19
jurisdiction [1] 14/20
just [82]
justice [3] 35/3 51/15 52/9

**K**

keep [6] 3/22 12/14 32/10 56/23 57/22
58/9
key [1] 24/10
kicked [1] 19/2
kicking [1] 19/2

kind [3] 11/3 37/4 54/15
knew [2] 42/9 42/10
knocked [2] 21/18 33/2
knocking [1] 33/19
know [52] 3/3 3/6 3/12 3/25 4/10 4/11
5/10 5/21 6/2 7/11 9/14 11/15 11/16
11/17 12/25 13/14 13/15 18/2 18/10
18/17 18/19 20/19 21/17 26/21 27/11
29/19 42/11 42/13 44/15 45/8 45/8 45/9
46/25 50/10 50/13 52/2 53/11 53/20
55/2 55/5 56/17 57/16 58/17 58/23
58/25 59/2 59/6 59/11 59/14 59/16 60/1
60/5
known [5] 5/13 39/11 39/17 42/8 43/5
knows [3] 4/20 15/22 46/23
KUKOWSKI [14] 1/11 2/8 16/6 36/11
37/15 45/16 50/21 53/2 53/25 54/17
55/12 57/5 58/5 60/8
Kukowski, [1] 57/10
Kukowski, to [1] 57/10

**L**

laborious [1] 55/22
laceration [2] 24/9 33/11
Lady [2] 28/20 29/4
Lamberth [1] 48/20
Lamberth's [1] 49/14
language [1] 38/7
last [4] 34/6 43/16 45/16 48/16
later [1] 28/11
law [6] 1/14 12/7 13/24 32/6 35/10 56/9
lawyers [2] 53/10 56/9
layered [1] 24/14
laying [1] 19/10
leading [1] 16/18
leave [5] 12/18 20/22 20/23 53/13 56/12
leaving [1] 15/4
led [1] 30/9
left [3] 11/18 32/3 35/3
legs [1] 31/1
lengthy [1] 57/23
less [1] 7/16
let [18] 2/17 3/14 3/16 6/23 7/3 18/19
21/17 22/9 24/19 24/23 27/21 34/2 43/4
45/23 50/4 52/25 58/25 59/6
let's [6] 9/2 20/22 20/23 54/22 55/24
55/24
letter [2] 12/6 42/7
letters [4] 5/20 5/24 6/4 42/6
level [1] 8/19
lied [2] 8/6 15/10
life [11] 6/4 8/1 8/14 8/19 11/1 11/4
15/13 16/2 28/3 41/22 42/8
lift [1] 38/20
light [4] 9/11 9/13 28/18 45/22
like [17] 3/4 5/4 5/10 7/11 8/9 10/13
11/24 12/20 18/6 27/10 37/12 39/20
40/1 40/8 40/24 50/5 55/15
likelihood [1] 50/12
limbo [1] 51/22
limit [1] 3/15
line [7] 2/4 17/10 25/24 26/6 32/10
53/11 53/23
lines [1] 33/9
Lisa [4] 1/17 61/3 61/21 61/22
listed [1] 37/25
listening [1] 11/4
literally [2] 7/16 12/17
little [8] 12/11 24/21 29/10 30/20 38/24
51/9 51/22 54/17

## L

lived [2]  7/25 16/1
living [3]  10/14 15/15 42/11
local [1]  44/21
locate [1]  38/3
located [1]  49/25
locates [1]  10/18
lock [2]  9/24 9/24
locked [1]  2/18
long [3]  19/22 27/11 53/20
longer [2]  15/1 53/22
look [5]  4/8 9/14 27/24 28/5 54/3
looked [1]  4/25
looking [2]  28/21 55/6
looks [6]  6/8 7/6 13/10 14/5 33/6 48/2
lose [3]  3/10 4/13 56/19
lost [1]  11/3
lot [2]  7/8 10/22
lot's [1]  10/3
lower [3]  28/8 48/7 51/8

## M

M.F [2]  47/22 48/9
M.P.D [1]  23/3
machine [2]  61/5 61/14
made [12]  6/13 8/14 8/21 10/3 11/22
  13/23 15/8 15/9 43/24 45/23 46/10
magistrate [1]  4/20
main [1]  21/20
make [4]  6/2 28/18 30/12 43/1
making [2]  39/19 40/7
man [1]  16/2 35/6
many [5]  5/4 5/14 6/1 34/23 45/10
marble [1]  34/3
marches [1]  12/25
mark [34]  3/10 3/13 20/24 22/12 22/25
  23/6 23/7 23/18 24/4 28/14 29/10 29/21
  29/24 30/5 30/8 30/15 30/22 31/2 31/6
  31/24 32/14 32/15 32/23 33/15 33/21
  33/25 34/3 34/4 34/21 55/6 56/3 56/3
  56/19 58/13
marked [5]  20/16 20/21 27/18 28/12
  31/9
marker [1]  21/11
marshals [1]  55/22
material [1]  51/10
materials [1]  50/16
matter [7]  5/7 5/18 6/12 9/19 45/18
  50/24 51/6
may [14]  4/10 4/12 13/13 17/4 17/4 18/8
  43/11 46/12 51/10 52/5 53/13 55/9
  58/12 58/15
May 5th [1]  55/9
May the [1]  58/12
maybe [5]  3/24 34/8 55/3 55/11 58/21
me [32]  2/17 3/14 3/16 3/20 4/15 6/1 7/3
  12/9 18/19 22/2 22/9 24/19 24/23 27/21
  28/6 36/17 40/16 43/4 46/10 47/11 50/4
  52/25 53/8 53/11 53/20 55/18 56/9
  56/11 56/16 56/17 58/25 59/6
mean [8]  11/25 18/11 18/18 28/2 45/17
  45/17 50/7 50/9
means [3]  23/13 24/12 47/8
meant [2]  18/2 55/16
mechanical [1]  1/21
mechanism [1]  21/20
media [5]  8/24 12/22 19/1 46/12 49/12
meeting [3]  3/1 59/19 59/20
members [2]  11/20 14/8
memo [3]  16/15 19/4 19/7

mental [2]  10/10 15/24
mentioned [2]  43/17 43/12
mess [1]  20/23
messages [1]  35/24
met [1]  14/12
methodical [7]  10/21 16/12 16/17 16/22
  22/2 26/12 35/6
Metropolitan [1]  47/22
Michelle [2]  14/11 59/21
microwaved [1]  35/4
middle [2]  40/15 40/18
might [3]  7/11 10/12 12/4
mightily [1]  36/19
military [4]  10/15 10/23 39/10 42/11
million [1]  13/2
mind [6]  9/7 10/5 37/10 38/24 41/4
  41/12
minded [1]  8/1
mindful [1]  54/5
mindset [2]  15/9 15/12
mining [1]  10/16
minor [2]  3/8 41/3
minute [5]  3/9 9/2 33/17 33/21 34/4
minutes [11]  3/8 4/7 4/10 18/16 27/6
  36/13 56/15 56/18 56/18 56/25 58/10
misdemeanor [1]  5/7
misguided [1]  8/5
mistake [2]  8/21 42/25
mistakes [3]  13/24 15/8 15/9
mob [1]  7/8
moment [4]  8/14 16/20 17/5 28/19
moments [1]  39/24
monitoring [3]  14/24 44/6 44/6
more [10]  3/3 5/8 11/4 12/23 24/21 27/5
  35/22 40/10 53/13 56/17
morning [5]  2/7 2/9 2/10 2/12 2/13
most [4]  5/6 13/20 14/4 15/25
mother [2]  14/9 14/14
motion [16]  3/25 4/14 32/17 40/8 40/9
  50/17 50/17 53/1 53/6 53/9 53/14 53/15
  54/1 52/12 57/12 57/18
motions [1]  39/19
motivated [1]  11/6
move [3]  15/20 36/19 51/15
movements [1]  29/15
moving [1]  40/22
Mr [39]  2/12 2/23 5/22 16/5 16/11 18/2
  37/4 38/17 38/20 38/24 39/11 41/4 43/3
  45/15 45/17 45/18 46/9 46/10 50/1
  50/12 50/13 52/14 53/15 53/16 53/19
  54/5 54/10 55/4 55/24 57/23 58/3 58/17
  59/1 59/3 59/5 59/11 60/3 60/6 60/7
Mr. [21]  2/11 2/19 3/23 4/5 4/15 5/5
  6/11 6/24 7/10 14/11 14/12 15/1 19/12
  19/13 20/3 23/11 34/7 36/14 44/3 44/10
  53/8
Mr. Jeffrey [1]  14/11
Mr. Norris [6]  2/19 3/23 4/5 4/15 19/12
Mr. Parker [2]  44/3 44/10
Mr. Sabol [9]  5/5 6/11 6/24 7/10 14/12
  15/1 19/13 20/3 34/7
Mr. Sabol's [3]  14/11 23/11 53/8
Ms [13]  16/6 36/11 37/15 45/16 50/21
  53/1 53/25 54/17 55/12 57/5 57/10 58/5
  60/8
much [8]  3/6 16/5 16/9 19/1 32/12 45/15
  48/13 53/25
Mullins [1]  19/23 30/25
multi [1]  24/14

multi-layered [1]  24/14
multiple [9]  24/5
Munchel [2]  48/19 48/22
munitions [1]  42/10
mute [6]  4/11 17/18 36/23 36/23 56/10
  56/24
my [30]  3/22 4/8 5/20 12/15 17/22 18/24
  22/9 28/2 29/1 29/12 30/19 36/12 36/21
  37/10 37/19 37/20 37/22 38/6 39/1 40/1
  52/19 53/9 53/11 56/9 57/17 57/25
  58/18 59/8 59/20 61/6 61/14 61/15
  61/17
myself [2]  44/9 47/11

## N

name [4]  41/24 44/2 44/12 61/18
narrate [1]  39/14
narrative [1]  35/19
National [1]  29/4
nature [1]  52/6
nearby [2]  34/1 42/18
necessary [1]  23/22
neck [2]  19/19 31/16
need [12]  3/17 9/23 9/24 12/16 18/2
  24/1 27/15 38/23 45/12 50/12 54/1 60/6
needed [2]  17/10 37/12
needs [3]  36/15 42/14 50/16
neighbor [1]  42/11
neighbors [2]  14/13 42/9
never [5]  5/19 9/20 15/2 38/9 38/9
new [16]  3/24 4/20 14/10 14/11 14/18
  14/20 14/21 15/19 15/23 37/24 42/16
  43/5 43/8 43/24 43/25 45/14
news [1]  9/10
newspaper [1]  37/25
next [8]  14/10 15/15 24/16 26/3 54/7
  57/14 58/22 59/7
nice [1]  60/13
nine [2]  7/17 14/13
no [30]  1/3 5/2 7/5 7/12 9/19 10/8 13/6
  15/1 16/12 18/20 23/25 34/10 38/12
  41/13 43/22 45/4 46/11 46/13 48/10
  48/15 49/17 52/17 55/19 56/17 56/20
  57/3 58/4 58/7 60/4 60/7
nodding [1]  60/4
none [1]  18/9
normal [2]  24/3 44/22
normally [1]  45/5
Norris [30]  1/14 1/14 2/11 2/19 3/23 4/5
  4/15 16/5 16/11 18/2 19/12 36/14 37/4
  43/3 45/15 45/17 46/9 46/10 50/2 52/14
  53/15 53/16 53/20 54/10 55/24 58/3
  59/3 59/6 59/11 60/6
Northern [1]  14/19 43/24
not [85]
note [4]  19/7 26/20 47/18 48/25
notereading [1]  1/21
notes [1]  61/14
nothing [3]  13/6 57/6 60/9
Notwithstanding [1]  5/23
novo [1]  4/22
now [35]  4/9 6/13 7/7 9/19 10/8 11/1
  12/19 13/14 15/1 15/6 18/1 18/5 19/3
  21/4 23/12 25/8 26/22 27/10 27/11
  27/14 28/18 28/24 29/19 33/23 34/6
  39/7 42/3 43/9 47/4 51/19 51/25 51/25
  54/15 56/8 58/3
number [11]  4/18 5/5 20/17 20/23 25/1
  29/17 37/18 39/2 44/3 44/12 47/8
numbers [1]  12/25

**N**

nuts [1] 59/2
NW [3] 1/12 1/15 1/18
nylon [1] 12/6

**O**

objections [2] 18/3 18/4
obstructing [1] 36/9
obstruction [1] 35/2
occur [1] 42/22
occurred [3] 14/1 47/20 48/7
occurring [1]
off [7] 4/19 8/18 19/2 23/20 33/2 48/14
58/11
office [4] 1/11 14/23 44/2 44/7
officer [87]
officer's [2] 23/5 37/21
officers [12] 7/18 9/8 13/16 13/25 32/25
38/15 38/16 41/5 41/8 47/21 49/3 51/7
Offices [1] 1/14
official [4] 61/3 61/6 61/13 61/22
Oh [2] 54/9 56/22
okay [19] 2/14 3/14 12/8 20/13 27/4
27/7 29/8 40/13 54/15 54/25 55/21 56/2
56/22 58/8 59/17 60/3 60/4 60/8 60/10
old [1] 14/8
once [4] 15/19 23/1 25/15 39/8
one [27] 2/16 5/5 5/7 8/14 11/3 13/7
14/4 16/10 16/23 16/24 16/25 22/19
24/12 27/21 33/17 33/21 34/4 39/23
40/10 42/6 47/7 48/16 50/11 52/7 53/23
55/17 59/23
one-minute [3] 33/17 33/21 34/4
Oneida [2] 14/21 43/25
only [7] 7/24 22/4 35/1 36/1 48/17 51/25
54/20
opining [1] 46/4
opinion [8] 48/17 48/20 48/21 49/10
49/13 50/6 57/24 58/2
opportunities [1] 15/18
opportunity [6] 3/19 4/2 4/18 37/6 50/19
57/10
opposed [1] 51/18
opposite [1] 7/10
order [4] 11/19 38/23 41/8 49/18
ordnance [2] 10/15 10/18
orient [2] 19/9 28/14
originally [2] 19/3 19/6
originates [1] 47/1
origins [1] 46/10
Osborne [1] 14/17
other [20] 2/23 4/3 5/4 10/19 13/7 13/15
13/20 18/14 35/23 42/23 44/17 45/5
45/22 47/17 47/21 48/6 49/15 50/15
55/17 57/15
others [3] 49/8 52/7 52/7
our [6] 3/10 3/12 19/3 20/21 28/4 56/19
out [32] 5/8 5/15 9/12 10/7 14/19 15/23
19/24 23/12 23/15 23/17 23/20 23/24
24/11 25/14 26/14 30/13 31/1 31/13
32/24 42/15 43/15 44/10 47/21 50/7
53/19 55/2 56/6 56/11 56/24 58/2 59/3
59/21
outside [1] 2/25
outstretched [2] 23/2 32/6
over [10] 4/24 6/12 15/4 18/12 28/16
29/25 32/3 49/21 51/13 58/21
overcome [1] 41/15
overload [1] 18/8
oversell [1] 13/23

overwhelming [1] 17/25
own [4] 8/19 29/4 45/3 41/22
owned [1] 42/16
owns [1] 14/12

**P**

p.m [6] 34/13 47/20 51/9 51/9 55/10
56/4
pack [1] 40/19
pages [1] 61/12
papers [1] 43/11
parallel [1] 7/12
paranoia [1] 41/18
parents [4] 14/8 15/15 42/17 42/19
Parker [3] 44/2 44/3 44/10
part [10] 6/16 6/16 8/23 11/22 25/21
30/11 30/13 35/19 45/19 51/14
participate [2] 26/9 32/19
participating [1] 41/17
particular [1] 48/9
particularly [3] 10/24 46/18 48/1
parties [2] 2/4 29/6
parties' [1] 50/10
parts [1] 45/5
passed [1] 11/2 15/7
passport [2] 15/1 15/2
past [2] 11/5 18/11
patriot [1] 17/10
pause [2] 23/19 30/17
paused [11] 22/11 22/25 23/7 28/13
29/11 29/23 30/7 30/21 31/24 32/22
33/21
pausing [1] 33/17
PDS [1] 45/10
peaceful [1] 16/25
pending [1] 3/7
people [27] 3/22 5/9 5/13 6/2 6/3 8/9
10/19 10/22 11/17 11/18 12/2 12/16
12/21 13/2 13/20 14/2 14/3 29/17 36/22
42/8 42/9 42/9 42/11 42/12 42/5 56/23
59/18
perceived [1] 17/8
perceives [1] 16/25
period [4] 43/6 51/21 52/11 53/14
periodically [1] 4/8
periods [1] 48/4
periphery [1] 23/4
permanently [1] 9/6
permissible [2] 5/1 54/8
person [6] 8/1 8/20 8/21 42/1 44/9 45/21
Peter [1] 19/20
phone [3] 35/23 36/12 44/2
phones [1] 13/3
photo [1] 46/25
photograph [9] 18/25 19/3 37/18 37/24
38/4 46/11 47/9 47/10 47/12
photographs [1] 12/5
pickup [1] 12/15
pictured [1] 19/25
piling [1] 42/6
place [9] 3/10 3/12 6/11 28/4 28/10
42/15 47/19 49/18 53/14
places [1] 13/12
plane [2] 9/20 9/21
planned [2] 35/9 49/5
planning [2] 17/1 49/5
plastic [1] 12/6
play [13] 7/7 17/14 17/16 17/19 21/24
22/23 23/22 25/8 26/14 39/1 40/2 40/10
41/13

played [11] 24/5 25/10 29/22 30/6 30/16
31/4 32/7 33/16 39/13 40/4 40/14
player [1] 13/19
playing [4] 26/18 30/20 39/9 40/6
pleading [1] 20/21
pleadings [2] 21/3 43/13
please [3] 2/4 2/6 18/22
plug [1] 12/20
point [24] 11/1 17/5 17/5 18/1 20/1
21/19 22/13 23/19 25/19 27/1 28/8 30/2
30/24 31/6 32/13 32/17 32/25 33/4 33/8
34/12 45/16 47/17 52/19 55/4
points [1] 17/17
poke [1] 7/1
poked [1] 38/10
police [16] 6/19 6/21 6/22 7/15 7/18
11/19 13/13 32/10 37/21 40/10 41/5
41/8 41/9 47/22 47/23 49/3
political [1] 10/24
politicized [1] 10/25
politics [2] 11/5 42/20
portion [2] 17/20 22/18
portrays [1] 35/8
poses [1] 36/1
position [6] 7/11 10/13 19/10 31/17
45/10 50/13
positions [1] 50/10
possible [1] 42/23
posted [2] 26/17 27/19
preliminary [1] 51/16
premeditation [2] 22/3 25/21
prepare [1] 54/1
prepared [2] 16/22 17/7
preparing [3] 17/5 35/14 49/21
present [2] 48/8 48/11
presentation [1] 8/25
presided [1] 18/12
President [2] 8/10 8/11
presidential [1] 28/10
presumption [3] 5/2 41/13 41/16
pretrial [5] 14/22 15/23 44/18 45/3 45/20
previously [1] 5/21
principal [1] 33/3
prior [1] 45/9
priority [1] 50/9
pro [1] 3/20
probably [9] 17/23 27/2 27/3 36/22 52/3
53/22 54/16 56/8 57/14
probation [8] 14/19 15/15 43/5 43/24
44/1 44/18 44/25 45/20
probation/pretrial [2] 44/18 45/20
proceed [3] 18/22 27/9 57/22
proceeding [1] 56/12
proceedings [7] 1/21 36/9 53/5 60/16
61/6 61/13 61/15
process [5] 22/4 49/19 49/22 51/12
55/22
produced [1] 1/21
proffer [1] 48/4
proffered [1] 16/14
prone [2] 19/10 31/17
proposing [1] 14/6
prosecution [3] 9/6 9/7 10/5
protect [6] 10/19 23/13 24/13 32/11
32/12 33/1
protecting [2] 21/21 22/6
protection [1] 33/3
protective [1] 49/17
protest [1] 17/1
protests [1] 11/18

**P**

prove [1] 42/24
provide [2] 15/24 34/24
provided [7] 17/24 46/18 46/20 46/22
49/24 50/1 51/11
public [2] 21/1 49/24
publicly [2] 26/4 26/16
pull [2] 31/1 51/3
pulled [3] 13/16 24/11 31/13
pulling [2] 19/24 30/23
purchased [2] 9/3 35/17
purchasing [1] 35/18
purposefully [1] 46/24
purposes [2] 23/23 57/18
put [10] 3/12 3/15 9/10 17/6 25/24 32/17
34/11 47/7 49/18 52/23

**Q**

qualify [1] 13/11
quality [1] 5/19
quantity [1] 5/19
question [2] 2/16 3/5 17/20 45/14 50/15
56/14 57/15 59/5
questions [3] 49/15 56/6 58/2
queue [2] 3/10 56/19
quick [2] 46/9 47/17
quickly [1] 22/22
quite [2] 29/16 37/15

**R**

radio [4] 12/19 12/20 12/20 16/24
radios [5] 11/24 12/22 13/4 17/3 17/3
railing [3] 28/16 29/25 30/1
raise [1] 50/20
raises [1] 17/19
rally [3] 6/16 6/17 11/8
rare [1] 41/15
Rather [1] 14/15
RDR [1] 1/17
re [3] 26/8 29/21 29/21
re-engage [2] 26/8 29/21
re-starting [1] 29/21
reach [2] 56/17 59/3
reached [3] 5/14 11/1 43/15
read [5] 3/7 3/21 12/2 48/18 49/12
reading [1] 5/10
ready [1] 52/21
realize [2] 7/19 11/13
realized [2] 8/22 41/22
realizes [3] 8/5 8/21 41/13
really [8] 6/11 8/14 10/5 12/9 13/11 15/7
27/25 38/23
reason [9] 2/21 9/5 12/23 16/12 21/24
34/24 35/1 51/14 59/12
reasons [10] 2/24 3/20 4/16 4/19 5/5 8/3
8/4 11/14 18/22 36/6
rebuttable [3] 5/2 41/13 41/15
recall [4] 18/11 26/24 45/13 47/24
receive [1] 33/11
recent [1] 10/24
recently [2] 48/17 51/25
recess [5] 3/9 37/3 56/8 57/2 57/8
recognize [2] 53/6 54/20
recognizes [2] 39/12 39/18
recollection [1] 29/1
recommendation [1] 26/23
recommendations [1] 5/13
record [11] 2/5 5/6 20/18 22/11 22/24
24/25 28/12 30/18 31/23 33/21 46/17
recorded [1] 1/21
records [1] 5/7
red [5] 35/7 35/25 34/3
redacted [1] 49/22
referee [3] 7/11 39/20 40/8
reference [2] 42/7 43/4
referred [3] 12/3 21/16 45/15
reflective [4] 22/15 23/2 32/2 33/6
regarding [3] 49/25 50/2 53/12
regardless [1] 35/16
related [2] 36/4 51/5
relationship [1] 43/20
release [8] 3/20 4/16 14/17 14/22 44/5
45/3 45/5 46/2
released [4] 43/7 45/18 45/21 46/5
relies [2] 18/4 18/5
rely [3] 5/3 18/21 18/21
remain [1] 36/23
remaining [1] 57/11
remember [1] 12/25
remembers [2] 37/19 43/17
remove [1] 27/8
removes [1] 10/19
rendered [1] 23/10
Reorienting [1] 32/1
repeat [1] 42/21
replay [1] 22/8
replies [1] 54/18
reply [2] 54/18 54/19
report [1] 58/22
reported [1] 61/5
Reporter [4] 1/17 61/1 61/3 61/22
represented [1] 46/12
request [1] 6/2
requesting [1] 38/1
require [1] 50/16
required [2] 5/2 24/9
rescheduled [1] 43/17
research [1] 9/17
reside [1] 43/7
residents [1] 2/18
residing [1] 45/19
resolve [1] 57/14
respect [1] 50/13
respectively [1] 14/9
respond [5] 17/10 18/5 36/15 37/6 53/16
response [1] 54/10
responses [1] 50/20
responsibility [2] 35/14 43/1
responsible [1] 44/10
rest [1] 7/23
restart [10] 22/8 22/24 23/6 23/18 24/19
24/23 30/14 31/1 32/14 33/14
restarting [3] 24/4 25/4 30/4
restrain [1] 12/16
return [3] 9/17 24/3 35/9 35/16 35/18
36/14 36/25
returned [1] 9/18
reversed [1] 18/16
review [5] 4/19 4/21 39/2 39/17 48/4
right [66]
rights [2] 50/14 53/8
risk [6] 6/9 15/4 15/5 16/4 35/1 36/2
36/8 42/4
RMR [1] 1/17
Robert [1] 49/10
Roger [1] 8/10
room [1] 3/11
Rudy [1] 8/10
rugby [1] 13/19
rule [2] 52/11 52/12
rumors [1] 2/22
run [4] 26/8 30/12 56/8 58/2
ruse [1] 35/19
rush [1] 29/17

**S**

SABOL [45] 1/5 2/3 2/11 2/12 2/23 5/5
6/11 6/24 7/10 7/25 12/10 12/10 13/18
14/12 15/1 16/1 19/13 20/3 23/15 30/1
31/14 31/15 32/4 34/7 38/17 38/21 39/9
39/11 39/17 39/18 39/23 40/6 41/4
41/14 45/18 50/12 50/13 54/5 55/4
57/23 58/17 59/1 60/3 60/13 61/8
Sabol's [4] 14/11 23/11 38/24 53/8
safe [3] 40/24 58/16 60/10
safety [3] 32/7 32/9 38/15
said [12] 8/9 21/25 22/7 26/11 26/19
26/25 44/3 44/7 45/17 61/9 61/13 61/15
sake [1] 21/10
same [5] 12/14 40/7 41/7 53/18 59/24
savvy [1] 36/1
saw [7] 17/6 25/11 32/23 33/18 40/12
44/5 48/12
say [20] 2/17 13/12 13/21 15/21 16/8
33/8 38/19 39/9 39/11 39/15 39/18 40/8
51/14 54/22 56/13 57/2 57/16 59/3 59/4
59/4
saying [8] 7/12 37/16 38/7 39/20 39/23
41/9 59/7 59/14
says [1] 37/8 44/9 47/11
scary [2] 12/8 12/9
scenario [2] 7/4 25/24
scenarios [1] 50/11
scene [3] 27/23 34/6 35/3
schedule [2] 55/4 55/25
scheduled [1] 56/21
scouring [1] 38/2
screen [6] 9/23 18/24 22/9 22/18 24/23
40/18
scrum [1] 13/20
seat [1] 28/4
second [29] 7/3 9/23 21/11 22/12 22/25
23/6 23/7 23/18 24/4 26/5 27/21 28/13
29/10 29/21 29/24 30/4 30/7 30/14
30/22 31/1 31/6 31/24 32/14 32/15
32/22 33/14 33/18 34/16 40/2
seconds [8] 6/12 7/17 7/17 22/10 23/1
23/19 29/12 30/18
sedition [1] 41/25
see [47] 3/14 15/20 16/17 19/2 19/9
19/16 19/19 20/6 22/13 22/13 22/16
22/18 22/22 23/1 23/22 23/3 23/4 23/5
23/14 25/22 26/3 26/13 28/14 28/24
29/12 29/13 29/17 29/18 29/24 29/25
30/3 30/22 30/25 31/15 31/25 32/2
32/16 32/18 33/1 33/7 33/25 34/18
40/11 40/20 40/21 47/11 47/25
seeing [2] 9/10 46/2
seem [1] 13/11
seems [1] 53/8
seen [7] 5/19 17/14 23/21 41/25 46/15
46/19 48/5
sees [9] 14/16 23/8 23/11 25/6 26/7
32/3 32/5 34/14 48/2
segments [1] 17/16
segregated [1] 59/15
self [2] 21/21 23/10 24/13 33/3
self-defense [4] 21/21 23/10 24/13 33/3
send [2] 3/11 49/21
senior [4] 14/19 43/5 44/1

## S

sent [2] 35/24 36/1
separate [2] 3/4 59/10
serious [1] 14/3
services [5] 15/23 15/24 17/24 44/18
45/20
set [3] 21/7 28/16 49/21
setting [1] 22/23
Seven [1] 7/17
several [7] 19/14 22/16 25/18 25/18
28/10 59/14 60/1
Shack [1] 12/20
shame [3] 8/22 41/18 41/23
shaped [1] 12/7
share [4] 18/24 22/9 24/23 44/12
sharing [1] 26/15
she [3] 28/23 37/9 42/17
shocking [2] 27/22 27/22
short [5] 24/24 40/11 53/14 56/8 57/2
shorthand [2] 61/6 61/14
shortly [1] 57/24
shot [2] 46/15 47/7
should [14] 7/18 17/20 18/7 18/9 27/14
34/24 36/7 46/5 47/4 50/18 51/11 52/12
53/4 55/3
shouldn't [4] 6/15 6/16 6/17 13/24
show [15] 7/4 7/7 9/13 18/7 20/15 21/4
24/16 26/16 27/10 27/11 27/14 31/8
38/16 38/17 41/3
showed [1] 37/17
shown [4] 9/15 36/3 36/9 47/18
shows [11] 7/9 8/19 16/10 22/2 24/21
26/10 37/19 38/12 40/6 40/7 46/15
side [1] 3/19
sided [1] 12/6
siege [1] 32/12
similar [1] 40/7
simply [1] 6/1
simultaneously [1] 32/11
since [3] 3/24 8/5 21/10
single [1] 41/6
sir [12] 2/13 2/14 2/14 10/1 43/9 44/24
45/11 53/21 54/14 56/1 58/3 60/14
sit [1] 9/16
ski [2] 35/13 35/20
slightly [1] 22/23
slit [1] 41/21
slow [2] 25/8 32/17
slower [2] 22/23 30/21
snapshot [1] 38/5
snatch [2] 21/15 25/14
snatching [1] 24/22
so [87]
social [1] 19/1
some [18] 3/24 5/12 6/13 8/14 9/13
11/14 15/24 17/17 18/1 18/11 26/25
27/2 30/2 46/9 50/23 57/24 58/20 58/22
someone [17] 3/12 8/2 10/10 10/13 12/3
14/21 16/2 35/14 41/25 42/10 42/21
43/5 43/15 45/3 46/1 47/10 56/13
something [9] 8/12 9/3 27/8 36/18 42/22
44/7 44/8 45/14 52/23
sometimes [1] 44/16
somewhere [2] 9/16 17/21
soon [2] 60/11 60/14
sorry [9] 17/18 19/20 20/2 28/5 35/25
36/18 48/14 55/16 58/9
sort [3] 10/11 15/6 41/23
sorts [2] 2/17 59/23
sound [2] 39/8 40/6

source [1] 33/3
speak [5] 34/25 37/9 37/15 45/23 56/6
speaking [1] 58/19
specific [2] 2/24 51/4
specifically [3] 35/25 49/2 51/22
speed [6] 22/23 22/24 24/3 24/4 25/8
30/21
speedy [11] 4/6 50/14 50/19 50/23
51/15 52/5 52/8 52/22 53/7 57/11 57/18
spoke [3] 35/10 43/16 44/1
spoken [3] 5/9 14/7 14/18
springs [1] 55/22
stable [1] 10/13
stage [2] 15/6 15/13
Stager [2] 19/20 19/21
stages [1] 55/20
stairs [6] 25/16 26/8 30/10 32/8 32/24
34/17
stamp [1] 34/12
stamped [1] 49/23
stand [1] 26/7
standing [6] 22/6 24/20 26/6 31/10 34/7
48/3
staples [2] 24/9 33/12
start [12] 2/5 2/16 16/10 17/23 21/9
26/18 27/17 27/19 28/16 29/10 29/11
31/20
started [1] 11/4
starting [4] 4/24 16/18 29/21 30/25
starts [1] 39/8
state [4] 4/21 10/10 41/12 49/2
stated [1] 16/11
statement [1] 13/10
statements [2] 46/9 50/3
STATES [14] 1/1 1/3 1/9 1/11 1/18 2/3
2/8 8/11 9/6 9/19 27/23 42/1 61/4 61/8
status [2] 45/3 55/25
statutes [1] 4/25
stay [2] 4/11 42/24
steal [2] 8/7 10/25
steel [1] 16/23
steel-toed [1] 16/23
stenography [1] 1/21
step [2] 35/22 56/10
steps [18] 6/17 9/9 13/14 13/17 19/11
25/18 26/7 29/18 29/20 30/2 30/23 31/7
34/15 37/22 38/15 38/16 38/18 38/21
Stevens [1] 18/12
still [6] 37/18 37/25 38/4 46/11 46/15
47/6
stipulate [1] 29/6
stole [2] 25/20 30/24
stolen [1] 8/6
Stone [1] 8/10
stop [4] 7/3 26/15 27/21 31/5
stopping [3] 8/7 10/25 11/10
stories [1] 59/23
Street [1] 1/12 1/15
stretch [1] 46/24
stripped [2] 23/9 24/12
struggling [2] 7/14 7/18
stumble [1] 30/10
style [2] 11/15 14/24
submission [1] 50/23
submit [18] 16/13 16/22 22/17 23/1 24/7
26/10 33/5 33/7 33/10 34/23 35/2 35/17
36/6 37/14 42/5 47/13 49/18 51/18
submitted [2] 16/19 24/17
subscribed [1] 61/17
subsequent [1] 34/25

subsequently [3] 23/14 23/24 51/24
succeed [1] 50/23
succinctly [1] 3/19
such [7] 15/3 38/1 42/20 44/5 44/11
46/12 49/6
sudden [1] 56/13
sufficient [1] 25/23
suggest [1] 14/16
suggesting [1] 17/21
suggestion [1] 36/22
Suite [1] 1/15
SULLIVAN [2] 1/8 55/7
summarize [1] 4/15
summations [1] 16/1
sunk [1] 27/25
superseding [1] 55/14
supervise [9] 14/20 43/7 44/7 44/8 44/8
44/9 44/11 45/20 46/1
supervised [1] 15/14
supervising [1] 45/3
supplemental [1] 50/16
support [2] 16/16 42/14
sure [17] 3/13 4/3 5/24 10/2 17/18 21/8
31/18 31/19 37/7 39/6 40/12 40/17 54/4
54/9 54/9 54/13 55/2
surrounding [1] 48/9
sustained [1] 51/7
switch [1] 31/18
Switzerland [6] 9/1 9/5 9/18 10/4 35/8
35/11
Syracuse [1] 37/24
system [2] 18/8 30/19

## T

take [17] 3/9 8/19 23/25 26/25 27/15
30/13 36/13 37/13 41/22 42/15 54/4
56/8 56/23 57/2 60/11 60/13 60/15
taken [1] 61/14
takes [3] 27/11 29/19 35/21
taking [7] 7/20 15/16 26/1 26/1 28/4
30/9 42/19
talk [11] 6/9 9/2 11/24 37/10 56/25
58/12 58/15 59/1 60/6 60/11 60/14
talked [1] 25/20
talking [1] 28/9
talks [1] 38/14
tan [6] 19/17 23/3 29/14 37/19 39/18
40/19
tape [1] 61/15
tasked [1] 22/6
teal [6] 19/18 20/8 29/13 37/20 39/19
40/19
Ted [1] 18/12
tell [2] 3/20 50/6
telling [1] 8/11
ten [11] 3/8 4/9 4/9 7/17 18/16 27/6 30/7
30/14 56/18 56/18 56/25
ten-second [2] 30/7 30/14
term [1] 13/19
terms [1] 9/8 15/4 15/8 24/22 47/6
terrace [3] 28/9 48/7 51/8
tested [1] 33/9
testimony [1] 61/7
than [32] 5/8 7/16 9/14 11/5 12/23 13/7
14/15 27/5 30/21 42/23 45/9 49/7 53/22
56/17
thank [32] 2/15 3/1 3/6 4/2 4/17 10/1
16/5 16/7 18/23 19/5 25/3 34/21 36/11
36/16 36/25 37/1 37/2 37/5 37/5 40/13
40/15 41/1 41/2 43/3 45/15 48/13 50/4

**T**

thank... [5]  55/1 57/1 57/4 60/12 60/12
Thanks [1]  56/3
that [316]
that's [54]  3/7 5/25 5/25 7/22 12/9 14/12 15/19 16/20 17/12 17/13 17/23 19/3 20/14 21/12 24/6 24/14 26/4 27/12 27/12 30/8 34/1 34/3 34/4 35/13 35/14 36/24 38/21 39/24 43/14 44/18 45/4 45/14 45/14 45/22 46/5 46/13 46/15 46/22 47/11 47/15 47/15 48/12 50/25 51/14 52/17 53/23 55/21 55/23 56/5 57/13 57/21 58/14 59/19 60/5
their [7]  3/20 14/10 32/6 45/2 46/20 49/3 59/2
them [12]  13/5 15/16 17/15 17/19 35/10 36/1 39/2 51/19 56/16 59/9 60/1 60/2
themselves [2]  37/9 37/15
then [32]  3/12 11/21 17/8 18/16 19/23 23/21 23/23 26/2 26/5 26/7 26/9 28/16 29/20 30/8 31/12 31/13 31/14 32/7 34/19 37/9 44/11 44/23 47/17 47/23 50/1 51/23 53/1 53/16 54/16 56/13 58/12 58/16
there [52]  3/24 4/1 5/2 5/4 9/12 9/12 9/13 10/22 11/17 12/24 13/1 13/6 13/6 13/14 13/18 13/25 14/6 17/1 17/6 18/12 22/6 22/16 23/4 25/11 28/16 28/23 29/16 29/17 33/7 33/18 34/1 34/4 35/20 38/11 38/25 41/5 41/13 41/14 42/17 46/1 46/6 46/11 46/22 47/11 48/11 48/12 51/6 51/6 51/22 52/5 52/7 58/21
there's [7]  7/8 10/17 13/16 17/15 19/25 46/13 48/10
these [17]  6/3 6/4 12/25 13/4 13/20 17/23 26/13 26/13 27/22 27/25 28/5 36/6 36/9 53/5 55/5 55/12 58/1
they [34]  6/1 7/5 7/14 8/16 8/18 10/11 12/8 12/15 12/16 12/24 12/24 13/1 13/3 13/4 13/12 14/9 14/13 14/21 14/24 18/7 21/23 30/24 32/11 36/23 37/16 41/3 46/20 48/3 55/13 55/23 56/11 56/17 59/2 59/13
they're [3]  49/22 55/19 59/15
they've [1]  51/25
thighs [1]  41/21
thing [5]  14/10 42/2 48/16
things [15]  2/23 7/8 8/7 8/9 8/22 11/25 12/17 16/18 20/23 22/2 38/7 44/15 46/9 52/4 59/18
think [45]  3/15 3/17 3/21 4/1 5/17 6/7 7/19 7/22 7/23 8/19 11/1 11/5 11/12 14/6 15/13 16/7 16/17 16/20 17/3 18/7 18/11 20/25 21/15 21/17 23/22 24/2 25/22 29/6 30/18 38/3 38/22 38/23 41/3 41/8 41/11 43/11 47/5 52/5 55/17 56/6 56/18 57/9 57/15 57/16 60/3
thinking [2]  10/8 10/9
thinks [2]  8/1 15/19
third [1]  19/22
this [132]
those [25]  5/24 6/10 6/17 8/7 8/15 11/25 12/1 12/5 12/10 12/18 12/24 22/7 26/7 32/9 33/9 34/23 41/2 47/19 48/12 49/1 49/3 49/4 49/7 50/20 57/13
though [3]  24/3 47/3 56/7
thought [7]  3/5 8/4 43/14 47/15 47/16 53/24 57/21
thoughts [3]  18/6 18/20 53/12

three [1]  51/23
threw [1]  26/20
through [7]  9/4 15/17 28/23 47/8 47/8 49/4 55/14
throughout [1]  17/25
Thursday [1]  54/16
thus [1]  49/24
ticket [4]  9/4 9/18 35/16 35/18
tie [1]  12/4
ties [8]  11/23 12/3 12/7 12/12 12/14 13/6 16/24 25/23
tighten [1]  54/17
time [31]  8/4 10/5 15/21 23/25 26/22 27/15 28/5 34/12 36/14 40/10 42/14 43/6 48/4 51/1 51/21 52/4 52/8 52/11 53/1 53/15 53/15 53/16 53/18 53/20 53/25 54/4 55/11 56/2 56/19 57/3 57/16
times [1]  27/25
timing [1]  26/20
today [4]  6/10 52/22 59/6 60/6
today's [1]  52/21
toed [1]  16/23
together [6]  13/4 13/4 51/3 53/12 59/15 61/14
told [1]  11/17
toll [1]  57/18
tolled [4]  50/23 51/3 51/16 53/7
tolling [1]  51/17
tomorrow [2]  3/2 59/21
ton [1]  18/13
too [2]  21/23 54/6
took [8]  6/11 6/22 13/8 15/11 28/10 37/12 47/9 47/19
tool [1]  12/14
top [3]  34/13 42/7 55/5
totality [1]  60/2
totally [1]  5/15
towards [3]  29/18 38/18 38/25
transcript [3]  1/8 1/21 61/13
transport [1]  55/20
trauma [1]  10/11
traumatic [1]  11/3
traveling [1]  13/3
treat [1]  50/8
trial [13]  4/6 39/22 47/3 50/14 50/19 50/23 51/15 52/5 52/8 52/22 53/7 57/12 57/18
tried [4]  8/19 8/25 36/19 41/20
trip [2]  9/18 35/9
tripped [1]  9/9
truck [1]  12/15
true [3]  5/25 5/25 47/12
trying [9]  9/8 13/21 28/20 32/6 32/9 32/11 32/25 38/20 58/20
Tuesday [1]  54/7
tug [3]  6/24 21/16 25/12
tugging [2]  13/13 21/20
tumbling [1]  33/24
turn [1]  15/3
turning [1]  51/13
two [19]  3/15 3/18 5/10 7/6 11/24 12/17 12/19 12/21 23/23 26/3 29/11 29/21 38/25 41/3 46/8 47/18 47/21 48/3 53/10
two-hour [1]  3/15
two-second [1]  29/21
two-way [2]  11/24 12/19
type [9]  5/16 7/11 12/7 12/14 12/19 12/20 28/3 40/7 40/24
types [1]  8/7

**U**

U.S [1]  19/23
unable [2]  21/22 35/21
unarmed [1]  37/11
under [4]  32/12 42/22 43/19 44/11 45/4 46/12 52/22
understand [7]  6/13 8/23 11/16 43/22 45/4 46/12 52/22
understanding [3]  17/22 57/17 59/8
understands [4]  6/14 15/8 15/9 46/21
unfolded [1]  17/9
unit [2]  59/15 59/24
UNITED [14]  1/1 1/3 1/9 1/11 1/18 2/3 2/8 8/11 9/6 9/18 27/23 42/1 61/4 61/8
units [1]  59/14
unless [2]  36/21 55/23
unopposed [1]  51/18
unrelated [1]  2/23
unsealed [1]  51/25
until [1]  10/24
unusual [1]  45/17
up [30]  3/22 6/17 8/13 10/24 13/18 16/18 16/19 19/3 20/1 20/23 21/7 25/5 25/15 25/17 26/8 28/6 28/16 29/9 29/18 30/2 30/12 31/16 32/15 33/23 34/11 38/18 38/20 42/6 43/23 50/5
upload [1]  18/14
uploaded [2]  17/21 18/9
uploading [2]  17/23 18/3
upon [8]  5/3 18/21 18/22 29/1 46/1 46/9 48/4 61/7
us [4]  12/1 38/5 56/14 56/21
use [6]  6/24 7/21 12/8 13/5 13/8 13/19 53/7
used [5]  12/15 12/16 28/8 38/10 44/15
uses [2]  38/7 38/8
using [3]  17/11 25/14 31/15

**V**

various [2]  22/12 55/20
verify [1]  44/10
versus [2]  2/3 61/8
very [31]  3/6 3/19 5/9 5/12 11/3 16/5 16/18 17/12 19/1 21/25 23/4 24/12 24/12 24/16 24/24 26/11 27/20 31/15 31/21 32/12 40/11 45/15 48/13 48/14 49/1 54/19 57/2 57/23 58/9 60/12 60/14
viciously [1]  21/22
video [47]  4/12 7/9 10/6 18/21 18/25 21/5 23/14 23/22 24/3 24/5 25/10 26/4 26/18 27/18 29/22 30/6 30/16 31/4 32/21 33/16 35/25 36/23 37/25 38/1 38/2 38/4 38/12 38/25 39/2 39/2 39/7 39/13 39/15 39/17 39/23 40/2 40/4 40/5 40/14 46/13 46/22 46/25 47/18 48/6 48/8 56/11 56/24
videos [29]  7/4 7/6 7/7 9/10 9/12 9/14 13/16 16/16 17/14 17/20 17/23 18/3 18/4 18/9 18/10 18/13 18/14 27/22 28/5 34/23 37/9 37/14 46/14 46/18 46/19 48/1 48/1 48/12 49/24
views [2]  49/3 57/10
violence [3]  17/12 49/7 51/7
violent [6]  7/8 7/14 11/18 14/4 24/14 41/6
violently [1]  38/14
vis [6]  47/3 47/3 52/4 52/4 57/11 57/11
visible [2]  16/15 29/16
voice [1]  39/12
voluminous [1]  52/10
volunteer [1]  42/13

**W**

Wade [1]  19/23
wait [1]  27/12
waiting [2]  56/23 58/9
walk [2]  9/22 56/25
walked [1]  28/23
walks [1]  6/4
want [34]  3/10 3/11 3/18 3/23 4/12 7/9
13/23 16/10 17/16 20/15 20/22 21/4
21/13 21/24 24/16 25/17 27/10 27/11
27/12 34/8 43/10 43/19 46/5 46/8 47/18
48/16 50/10 52/18 53/5 54/4 55/4 56/7
56/12 59/1
wanted [4]  9/16 44/14 44/21 60/5
wants [4]  34/2 42/2 43/1 53/16
war [3]  6/24 21/16 25/12
warrior [2]  17/10 17/11
was [112]
Washington [8]  1/4 1/12 1/16 1/19 11/7
27/24 44/4 44/16
wasn't [2]  45/14 46/4
watch [4]  4/8 21/14 29/15 30/11
watched [1]  46/14
watches [2]  26/3 32/18
watching [6]  16/16 28/1 29/1 29/3 32/4
32/16
Waterville [4]  14/10 14/11 14/18 15/19
Waufle [1]  14/12
wave [1]  34/16
waving [1]  7/10
way [8]  4/7 11/24 12/19 13/5 13/25
37/15 45/4 49/8
ways [1]  34/23
we [46]  2/16 3/4 3/10 4/18 7/6 7/7 7/9
13/14 13/15 14/5 15/5 16/10 16/21
18/18 20/16 21/25 23/13 28/9 28/21
29/10 29/19 32/16 34/5 39/22 42/15
44/8 44/8 44/9 44/16 44/19 44/21 45/5
45/8 46/18 48/5 49/20 51/2 51/3 51/17
51/20 52/11 52/11 55/9 56/19 59/18
60/6
we'll [10]  2/5 3/17 39/8 40/10 51/19
56/25 58/12 58/15 60/11 60/14
we're [11]  2/17 4/24 6/9 44/15 46/23
52/2 52/3 55/5 56/18 59/19 59/22
we've [2]  9/14 46/18
weapon [9]  6/25 7/21 13/9 25/23 25/25
26/1 37/12 37/13 38/10
weapons [2]  6/20 13/7
wear [1]  16/23
wearing [3]  11/15 11/16 22/15
web [2]  17/24 18/18
website [2]  17/22 18/15
week [2]  7/24 54/7
weeks [1]  28/10
well [22]  5/11 5/25 6/15 8/18 15/22
15/24 18/3 18/8 19/25 24/2 31/7 34/7
47/5 49/25 52/25 53/13 53/17 55/11
55/25 57/13 57/25 58/2
went [4]  17/13 24/22 35/3 37/12
were [15]  8/4 8/9 9/9 10/11 13/3 14/13
14/21 15/11 18/13 21/22 21/23 25/20
47/18 51/6 59/13
western [3]  28/9 48/7 51/8
Westernaires [1]  42/13
what [80]
what's [9]  3/15 6/7 26/22 27/17 28/12
37/10 38/24 58/17 58/21
whatever [3]  18/7 23/25 53/16
when [17]  6/8 11/2 11/25 12/1 21/14

25/25 26/3 26/8 29/19 31/11 35/10
37/20 41/18 41/20 41/21 55/18 57/12
where [17]  4/11 9/16 10/17 10/22 10/24
15/15 21/25 25/19 28/9 34/1 35/1
35/15 36/23 42/15 42/17 46/25 51/22
whereof [1]  61/17
whether [7]  18/3 35/16 38/19 50/15
50/18 51/18 59/7
which [13]  6/11 7/18 8/19 13/7 14/7
14/20 17/19 27/18 31/9 36/15 41/4
43/16 43/25
while [7]  5/1 21/7 31/18 32/11 51/3
51/10 54/2
white [2]  12/6 34/3
Whitton [7]  19/23 23/11 28/15 29/25
31/12 31/13 31/25
who [45]  5/13 6/6 8/1 8/2 8/21 9/9 10/10
10/13 13/15 16/2 19/24 19/25 22/5
22/22 24/8 24/20 25/13 26/6 28/15
31/14 32/9 33/1 35/14 35/24 36/1 39/11
39/16 41/25 42/1 42/10 42/12 42/12
42/21 43/6 44/10 45/18 47/9 47/10 49/3
49/4 49/7 52/6 52/7 56/9 57/25
who's [1]  39/17
who've [2]  42/8 53/11
whom [1]  20/2
whose [2]  44/1 47/23
why [11]  4/7 4/14 4/15 11/6 11/14 20/16
21/24 34/24 51/14 56/13 59/19
wielded [1]  32/23
wielding [1]  38/8
Wilkins [1]  49/10
Wilkins' [2]  49/10 58/2
will [20]  2/4 4/5 20/25 24/3 25/2 26/3
31/20 34/11 36/25 39/11 39/22 42/17
42/17 48/25 50/8 50/12 55/23 56/17
57/23 57/24
Williams [1]  59/21
willing [4]  14/23 15/3 17/15 42/23
willingness [1]  43/6
windows [1]  49/4
wire [2]  12/11 12/14
wish [1]  18/21
within [2]  20/21 36/15
without [6]  12/18 23/10 23/13 25/25
38/4 40/6
witness [5]  39/10 39/11 39/16 39/22
61/17
won't [3]  27/5 56/15 56/15
words [1]  41/10
work [3]  12/22 12/22 42/9
worked [1]  17/4
working [1]  13/3
works [1]  10/21
world [3]  8/2 10/16 10/17
worn [7]  21/5 21/6 31/10 33/20 33/24
46/19 50/1
worthwhile [1]  42/18
would [47]  3/6 9/12 14/20 14/23 15/3
16/13 16/16 16/21 17/25 18/5 20/1 24/7
25/23 26/10 27/9 29/6 33/5 33/9 33/10
34/22 35/3 35/18 36/6 39/15 40/1 42/10
44/8 44/10 44/22 44/24 45/19 45/20
47/2 47/3 47/13 51/2 51/14 51/17 54/1
54/7 54/16 55/14 55/15 56/8 57/9 57/13
57/18
wouldn't [1]  13/3
wounded [1]  9/9
wrestle [1]  4/5
wrestling [1]  57/25

wrists [1]  41/21
writing [2]  51/18 52/23
written [2]  50/6 50/19
wrong [5]  8/5 15/10 34/8 43/12 57/17
wrote [1]  6/3

**Y**

years [11]  5/8 5/13 10/20 11/2 14/8
14/13 18/12 39/11 39/17 42/8 45/10
yellow [1]  33/6
yes [40]  2/20 4/2 5/11 7/13 9/3 10/1
11/14 19/5 19/5 20/12 21/2 27/13 28/22
30/3 38/17 39/8 40/23 41/5 41/17 41/20
43/9 44/7 44/20 44/24 45/7 45/11 45/25
47/11 48/23 48/23 49/11 50/22 50/25
53/3 53/21 54/14 54/21 55/8 56/1 57/20
yet [1]  30/1
York [14]  4/21 14/10 14/11 14/18 14/20
14/21 15/19 15/23 37/24 42/16 43/5
43/8 43/25 44/1
you [130]
you'll [2]  29/18 39/9
you've [2]  43/5 45/23
young [1]  42/12
your [105]
yourself [5]  4/11 14/22 45/24 54/15
60/14
yourselves [1]  2/4
youthful [1]  42/18
YouTube [3]  26/5 26/17 27/19

**Z**

zip [7]  11/23 12/3 12/4 12/7 13/6 16/24
25/23