POLITICS

# 4 Stabbed, 33 Arrested After Trump Supporters, Counterprotesters Clash In D.C.

Case No. 1:21-cr-35-EGS

December 12, 2020 · 12:44 PM ET
JASON SLOTKIN
SUZANNE NUYEN
JAMES DOUBEK




[illegible]

**Updated at 2:04 p.m. ET Sunday**

[illegible]



Supporters of President Trump participate in the Million MAGA March to protest the outcome of the 2020 presidential election, in front of the U.S. Supreme Court on Dec. 12 in Washington, D.C.
Tyrone Turner/WAMU




President Trump broadcast his approval of Saturday's demonstration, tweeting, "Wow! Thousands of people forming in Washington (D.C.) for Stop the Steal. Didn't know about this, but I'll be seeing them! #MAGA."
Tyrone Turner/WAMU

On Saturday evening, Proud Boys and counterprotesters were facing off in scattered skirmishes downtown. Police tried to separate the two sides. Counterprotesters also clashed with police at times, DCist reported.

Article continues after sponsor message
New SUVs Under $30k
Dealers Cutting Prices On Leftover SUVs: Find Deals On These Models
CarsGenius
Open

A total of nine injured people were transported from D.C.'s downtown to hospitals after 7 p.m., the fire department said. Police said Sunday that 33 people were arrested between Saturday into Sunday morning, on charges including simple assault, possession of a prohibited weapon, assault on a police officer, crossing a police line, assault with a dangerous weapon and other charges.

Matt Blitz
@WhyBlitz
Replying to @WhyBlitz
About 30 mins ago, an intense skirmish happened when about 30 to 40 Proud Boys emerged from the alley and approached counter protestors from behind.



7:42 PM · Dec 12, 2020
17 5 Share this Tweet

Reporter Jenny Gathright of NPR member station WAMU observed members of the Proud Boys marching through Freedom Plaza earlier Saturday. Some of them were holding up white power symbols.

On Saturday morning, a White House spokesman confirmed that as the group gathered in D.C., one of its leaders, Enrique Tarrio, took a public tour of the White House. Tarrio posted about his visit to the right-wing social media app Parler. The White House says that Tarrio did not meet with the president, nor was he specifically invited. Tarrio said the visit "shows we've come a long way."



People march in support of Trump and in protest of the outcome of the 2020 presidential election, in Washington, D.C.
Tyrone Turner/WAMU




A Proud Boy member gestures as he marches in support of Trump. Thousands of protesters who don't accept that President-elect Joe Biden won the election were rallying.
Tyrone Turner/WAMU



[illegible]

[illegible]



[illegible]



[illegible]



[illegible]



[illegible]

[illegible]



[illegible]



[illegible]



[illegible]



[illegible]



[illegible]

[illegible]



[illegible]




Tyrone Turner/WAMU




[illegible]

[illegible]




Tyrone Turner/WAMU



Police scuffle with counterprotesters during a confrontation at Black Lives Matter Plaza.

Tyrone Turner/WAMU



A counterprotester gets treatment after an irritant was sprayed into his eyes by police.

Tyrone Turner/WAMU




Trump supporters argue with counterprotesters, expressing that Trump will have four more years as president.

Dee Dwyer for NPR




Proud Boys scream at counterprotesters near McPherson Square. Police separated the two groups.

Tyrone Turner/WAMU

On Friday, according to WAMU, Trump supporters and counterprotesters clashed at Black Lives Matter Plaza, which led to several arrests.

Hours after last month's rally, Trump supporters brawled with counterprotesters, with at least one person stabbed, two police officers injured and at least 20 arrests.

Demonstrators are gathering at a time when coronavirus cases have been surging in Washington, D.C., as in most of the United States. As in November, many participants in the pro-Trump gathering were seen without masks or face coverings.



Trump supporters stand with the Proud Boys near Lafayette Square.

Dee Dwyer for NPR



Members of the Proud Boys stand in front of Lafayette Square.

Dee Dwyer for NPR




Tyrone Turner/WAMU

million maga | 2020 election

 © 2021 npr