# RETAINER AGREEMENT

Attorney:   ALEX CIROCCO, ESQ.

Client:     Jeffrey Sabol

Case No. 1:21-cr-35-EGS

Case:     *United States of America v. Jeffrey Sabol*, Case 1:21-cr-00035 (EGS)

1. **NAMES AND ADDRESSES OF PARTIES ENTERING INTO THE AGREEMENT.**

THIS AGREEMENT IS FOR LEGAL SERVICES by and between the Law Offices of Alex Cirocco, LLC, ("Firm") by Alex Cirocco, Esq., owner and managing attorney, 600 Getty Ave., Suite 305, Clifton, NJ 07011, and Jeffrey Sabol ("Client"). This agreement constitutes a binding legal contract and every page should be reviewed carefully.

*THIS WAS GIVEN TO ME WITH THIS STAIN ON IT.*

2. **NATURE OF THE SERVICES TO BE RENDERED.**

   a. Client retains the Firm for the purpose of representing and defending you in the above referenced matter. The scope of which encompasses preparing motions, investigating, interviewing, reviewing documents, all filings, hiring experts, extensive motion practice, telephone conferences, and court appearances.

   b. This agreement DOES NOT apply to filing any documents part of other actions, proceedings, or applications and that, if such engagements were to be accepted by this firm in the future, **the firm's representation would have to be evidenced by execution of another and separate agreement between the parties**. Nor does this agreement apply to any other proceedings commenced by either party unless another and separate retainer is executed. However, this retainer agreement in no way obligates the firm to accept such engagement in the future.