


U.S. NEWS

# Government drops charges against all inauguration protesters

"The solidarity we showed as defendants won out," said one activist whose charges were previously dropped.



Case No. 1:21-cr-35-EGS

Police and demonstrators clash in downtown Washington, D.C. after a limo was set on fire following the inauguration of President Donald Trump on Jan. 20.  *Spencer Platt / Getty Images*

July 6, 2018, 7:46 PM EDT / Updated July 6, 2018, 7:46 PM EDT / Source: Associated Press

WASHINGTON — Federal prosecutors on Friday moved to drop charges against the last 39 people accused of participating in a violent protest on the day of President Donald Trump's inauguration.

The motion to dismiss charges by the U.S. attorney's office seemingly ends an 18-month saga that started with the Justice Department attempting to convict more than 190 people.

That effort saw the government facing off against an intensely coordinated grassroots political opposition network that made Washington the focus of a nationwide support campaign — offering free lodging for defendants, legal coordination and other support.

**Recommended**

 Family of man killed after police put knee to his neck sues

 College football player dies after collapsing during practice

Members of that activist network were declaring victory on Friday.

"This is huge news," said Dylan Petrohilos, a Washington-based activist who was one of the original defendants, but had his charges dropped earlier this year. "The solidarity we showed as defendants won out."

More than 200 people were arrested after the protest, during which several store windows were broken and a parked limo set ablaze. Two group trials ended in defeats for the U.S. Attorney's Office, which was hindered by the fact that most protesters were similar black clothing and covered their faces.



JAN. 2017: Violent Anti-Trump Protests Try to Steal Spotlight on Inauguration Day
JAN. 20, 2017 / 02:05

The first trial ended in acquittals for all six defendants. After that defeat, the government dropped charges against 129 defendants, including Petrohilos, saying prosecutors would focus on the defendants against whom they had the strongest evidence.

But a second trial for four people in May ended in acquittals on most charges and a hung jury on the rest.

Activists credited a unified defense strategy with prevailing. This strategy included persuading defendants – sometimes over the objections of their lawyers – not to accept plea bargains.

"Solidarity was what won the case," said Sam Menefee-Libey, a member of the DC Legal Posse activist collective. "I hope that organizers and people on the left study it."

**Breaking news emails**

Be the first to know about breaking news and other NBC News reports.

Enter your email      SIGN UP

THIS SITE IS PROTECTED BY RECAPTCHA PRIVACY POLICY | TERMS OF SERVICE

---

Taboola Feed



SPONSORED / SOKOLIN
**The Best Face Mask for Air Travel in 2021.**

SPONSORED
**This Only Looks Like A Regular Pocketknife - A Deejo Is Anything But That**

 

SPONSORED / SOKOLIN
**The Award-Winning Israeli Mask Everyone is Talking About in the US**

SPONSORED / CLEANMYMAC BY MACPAW
**Try This Trick to Get the Most out of macOS Monterey**

SPONSORED / FORGE OF EMPIRES
**If You Need To Kill Time On Your Computer, This Vintage Game Is A...**

SPONSORED / BEST SELLING GRILLS | SE...
**Traeger Blaze & American Grills On Sale**

  

SPONSORED / CLEANMYMAC BY MACPAW
**Everything You Need to Know about macOS Monterey**

SPONSORED / BLAST AUXILIARY PERSONAL FAN
**This New Device Cools Me Down Instantly Even When It's Scorching Hot**

 

SPONSORED / BECAUSE MARKET
**The Best Incontinence Pads of 2020**

SPONSORED / CONSUMER TECH
**See Everything from Miles Away Like You Are Standing Next to It**

SPONSORED / RAILCLIFFE
**1 In 2 Mac Users Are Unaware Of This Mac Trick**

SPONSORED / MOSQUITO PRO
**This Anti-Mosquito Bracelet Hits all Sales Records**

 

SPONSORED / HEAR.COM
**Seniors With Hearing Loss in New Jersey Regret Not Knowing This Sooner**

**Bumper Stickers Too Funny Not To Laugh At**

**More From NBC News**

 

NBC NEWS / VIDEO
**Nebraska flash-flood traps multiple in elevator as it fills with water**

NBC NEWS / VIDEO
**Watch: Bull moose charges individual in Colorado**

NBC NEWS / SHOP
**How to avoid foggy glasses while wearing a mask, according to experts**



SPONSORED / AIR CONDITIONING | SEARCH ADS
**Americans May Go Bananas Over the Cost of Ductless AC Units**

SPONSORED / MISSWA.COM
**4 Sisters Take The Same Picture For 40 Years. Don't Cry When You See The Last One!**

SPONSORED / HEAR.COM
**These Powerful German Hearing Aids Are Hard to Beat (See Why)**

SPONSORED / TALKTECHDAILY
**20+ weird and wonderful gadgets you'd never think to buy**

---

NBC NEWS / VIDEO
**Family mourns bride killed in crash after wedding**

NBC NEWS / VIDEO
**Multiple killed after single-engine plane crashes into Minnesota home**

NBC NEWS / VIDEO
**Brothers charged in shooting of Chicago police officers**

