How AI-powered communications and...
Sell Your Used Equipment | Tri Tower Asset Recovery
Cheapest mortgage deals

# Most Portland rioters have charges DISMISSED by US Attorney: 58 suspects of the 97 arrested have cases scrapped, while 32 more are left pending

- **Charges have been dismissed against 58 of 97 people arrested during the unrest last year that lasted for more than 100 days between May and October**
- **A further 32 cases are still pending but 'will also likely be dismissed'**
- **Several hundred others who were facing charges brought by the district attorney also had them dropped**
- **The majority were facing 'lesser charges' such as rioting and disorderly conduct**

By JAMES GORDON FOR DAILYMAIL.COM
PUBLISHED: 02:29 EDT, 4 May 2021 | UPDATED: 03:56 EDT, 4 May 2021

Share 473 shares 341 View comments

The majority of the people facing federal charges over last summer's protests in **Portland, Oregon** will not be prosecuted or spend any time at all behind bars, it has been revealed.

Although 97 people were arrested and had charges filed against them in connection to protests that took place between May and October of last year, 58 cases have either been dismissed completely or will be scrapped under deferred resolution agreements.

A further 32 cases are also pending with many also likely to be dismissed, **Fox News** reports.


Read More

Just seven people have entered guilty pleas, and just one is heading to prison having been caught red-handed setting fire to the city's Justice Center.

Edward Schinzing was caught on video setting fire to the building. He had his shirt off and, helpfully for police, had his name tattooed on his back.

Among those who have had charges dismissed are David Bouchard and Charles Comfort, who were both accused of attacking law enforcement officers.


**Charges have been dismissed against 58 of the 97 people arrested during the unrest last year that lasted for more than 100 days between May and October**


**Black Lives Matter protesters gather at the Mark O. Hatfield United States Courthouse in Portland, Oregon last year**


**Edward Schinzing, 33, had his name tattooed on his back while video captured him setting fire to the Justice Center building. The facility houses the Multnomah County jail and the Portland Police Bureau headquarters**



**Authorities were able to identify him through a comparison of his booking photo (left) and photos from the scene (right) in which a distinctive tattoo of his last name across his upper back was visible**

The decision not to prosecute many of the accused rioters federally echoes the decision made last year by Portland's newly elected district attorney who stipulated under a new policy, his office would not prosecute people who have been arrested since late May on non-violent misdemeanor charges.

The policy recognizes the outrage and frustration over a history of racial injustice that led to more than 100 nights of sustained, often violent protest in Portland as well as the more practical realities of the court system, which is running more than several months behind in processing cases because of COVID-19.

'The protesters are angry ... and deeply frustrated with what they perceive to be structural inequities in our basic social fabric. And this frustration can escalate to levels that violate the law,' Multnomah County District Attorney Mike Schmidt said.


**Edward Thomas Schinzing, 33, was among a group of protesters who broke into the Justice Center on May 29, 2020 (pictured) before vandalizing the space and setting fires**


**People gather to protest in front of the Mark O. Hatfield federal courthouse in downtown Portland in July 2020**


**There were more than 100 nights of rioting last summer which saw protesters tear gassed and fired upon with rubber bullets by the city's police force**

'This policy acknowledges that centuries of disparate treatment of our black and brown communities have left deep wounds and that the healing process will not be easy or quick.'

Portland Police Chief Chuck Lovell said people who commit violent acts or intentionally damage property will still be held accountable.

'Committing a crime is different from demonstrating,' Lovell said in a statement. 'The arrests we make often come after hours of damage to private property, disruption of public transit and traffic on public streets, thefts from small businesses, arson, burglary, attacks on members of the community, and attacks against police officers.'


**A protester flips off federal police atop the perimeter barricade of the Mark O. Hatfield federal courthouse, pictured last July**


**Portland was the epicenter of protests in 2020 with at least 200 nights of demonstrations, 30 nights of rioting and around 1,000 arrests. (File photo from July)**


**Protestors face off with federal police amidst tear gas outside the Mark O. Hatfield federal courthouse (File photo from July)**

Chad Wolf, the acting Secretary of Homeland Security under President Trump, slammed the decision to dismiss charges against alleged rioters.

'It's offensive to all the men and women who risked their lives in Portland for 90 to 120 days or even longer in some cases, being attacked night after night after night,' he told **Fox News**.

'The prosecutors in that the U.S. Attorney's Office, the number of prosecutors, that support, even the courthouse system, isn't really set up to handle those sorts of numbers,' said Former federal prosecutor Alex Little.

Lisa Hay, the federal public defender in Oregon, has a slightly different take on the high number of cases being dismissed.

'I think the federal government went overboard in some of the ways they addressed these protests,' said Lisa Hay, a federal public defender in Oregon. 'What we're seeing now is many of the cases that were brought because of the federal government's overreach are now being dismissed.'

**Protesters set Police Union building on fire in Portland**


Watch the full video


**Portland endured more than 100 nights of rioting during last summer's protest over racial inequality and police brutality**

Last summer's protests dominated the news in Portland for months following the death of George Floyd, a black man who died after a white Minneapolis police officer held a knee to his neck for nearly nine minutes.

Protesters were angry after the Portland police used tear gas repeatedly in the early days of the protests.

Demonstrations have at times attracted up to 10,000 people for peaceful marches and rallies around the city. But some protesters have turned to violence that's been increasingly directed at the courthouse and other federal property with 27 riots declared in the space of four months.

Some protesters threw bricks, rocks and other projectiles at officers, with police responding by firing tear gas and rubber bullets to disperse crowds.

At the time, the Trump administration sent federal agents to quell the unrest but the deployment had the opposite effect, reinvigorating protesters who found a new rallying point in opposing the federal presence.

Mayor Ted Wheeler recently decried what he described as a segment of violent agitators who detract from the message of police accountability and should be subject to more severe punishment.


**A demonstrator waves a U.S. flag in front of federal agents after tear gas is deployed during a riot in Portland in July**

**Portland protestors loot businesses and light huge fires to stores**


Watch the full video

Ender Ridley

- Sofia Richie flaunts her flawless physique shopping for jewelry at XIV Karats Ltd in Beverly Hills.
- Supermodel Paulina Porizkova, 56, poses nude behind a sun hat as she opens up about difficulties of dating in her 50s after split from Aaron Sorkin: 'The pool of men is now a puddle'

ADVERTISEMENT
DailyMail.com

- Matt Damon plays third wheel on BFF Ben Affleck's romantic hand-in-hand stroll with Jennifer Lopez on beach in Malibu... days after his homophobic slur scandal
- Kylie Jenner is a makeup-free beauty while showing off her toned tummy in a bra ahead of 24th birthday ... after revealing her glam routine takes more than THREE hours
- Quentin Tarantino, 58, admits he REFUSES to give his mother, 75, a penny of his $120M fortune after she once mocked his writing ambitions as a child
- Tennis player Naomi Osaka returns to Instagram for the first time since shock Olympic defeat to share behind-the-scenes photos from her time in Tokyo - after admitting she buckled under pressure at the Games
- Jon Stewart and Pete Davidson team up to host star-studded comedy show benefiting 9/11 charities on 20th anniversary of terror attacks
- Million Dollar Listing Los Angeles promises sizzling drama and the arrival of Fredrik Eklund... as they handle the pandemic boom in new trailer: 'The market is hot right now'
- Eliza Dushku welcomes second son Gregory Bodan 'Bodie' with husband Peter Palandjian: 'Gratitude and joy!'
- Homeschool starts tomorrow! Chris Hemsworth picks up his children for the last time before Byron Bay is plunged into lockdown
- Elsa Pataky strips down to underwear and shows off her dance moves as she turns 45 during Sydney's lockdown
- 'What if everyone hated it and said I'd ruined Christmas?': Nicola Coughlan was worried about Bridgerton's December 25 release date on Netflix

ADVERTISEMENT
DailyMail.com

- Director Richard Donner's cause of death revealed to be heart failure... a month after passing at the age of 91
- Britney Spears is DENIED request to have father axed from conservatorship immediately... and says she will be 'posting less' on Instagram after fans share concern
- Justin Theroux sports a thick mustache while pumping gas outside of New York... after his new series stopped shooting due to 'unprofessional behavior' on set
- Hilarie Burton 'felt like a prostitute' as she recalls breaking down into tears after filming steamy love scene on One Tree Hill: 'Am I a sex worker in a way?'
- Catherine Zeta-Jones is cast in Netflix's upcoming Wednesday Addams series as Morticia
- Moments that have shocked the Palace: From Diana's bombshell Panorama interview to the stunning fall out from Megxit - how Andrew's court battle is the latest heartache for the Queen
- Melissa McCarthy shows off her style in a fun floral jumpsuit as she shops for vintage clothing at the Rose Bowl Flea Market
- RHOA's Kenya Moore files for divorce from Marc Daly and wants sole custody of daughter Brooklyn... while he wants HALF of her $515K house
- Nicole Kidman reveals not being able to bring daughters to set with her has been 'one of the most painful' parts of working amid Covid-19 pandemic
- Ashley Benson, Victoria's Secret Angel Leomie Anderson and Fenty star Slick Woods party at glamorous launch of Thompson Hollywood

ADVERTISEMENT
DailyMail.com

- Socialite Caroline Vreeland puts on a VERY busty display as she performs at Thompson Hollywood hotel launch in LA
- Sarah Ferguson will fly a helicopter across Australia for a nature TV show called Duchess Down Under
- Minnie Driver reveals she has 'come to understand that grief is just another expression of love' as she speaks candidly about her mother's death during the pandemic
- Amelia Hamlin puts her abs on display as she poses in purple underwear while looking for a snack in her fridge only to settle on a bottle of water
- Nicole Scherzinger shows off her cleavage in a low-cut tank top as she leaves a personal training session... after being cast in Annie Live!
- Tiger Woods' attorneys sue his former mistress Rachel Uchitel for breaking $8 million NDA over her affair with him after she kept talking publicly about it
- Prince Andrew is SUED by Virginia Roberts in lawsuit claiming he sexually abused her at Jeffrey Epstein's Manhattan mansion and other locations when she was under 18
- What next for Prince Andrew? Queen's son does NOT have diplomatic immunity - but could he face calls for extradition to the US for a civil case as his brother Prince Charles did in 1978?
- 'Prince Andrew committed sexual assault and battery upon Plaintiff when she was 17 years old': The bombshell Giuffre v Duke of York court documents in full
- Lily Collins cuddles fiancé Charlie McDowell as she snaps 'au revoir' to the City Of Lights after wrapping season two of Emily In Paris

ADVERTISEMENT
DailyMail.com

- Bachelor stars Jade Roper and Tanner Tolbert offer fans a look at their newly purchased mini mansion: 'We can't wait to share everything with you'
- Bachelor contestant Bekah Martinez defends Coco Austin's decision to continue breastfeeding her five-year-old daughter Chanel: 'It's not weird'
- Jennifer Coolidge reveals she almost turned down role in White Lotus because she'd been 'gorging' on four pizzas a day and 'self-destructing' during the pandemic
- Kelly Clarkson REFUSES to pay for ex Brandon Blackstock's Montana ranch but will stump up 70% of kids' school fees... as bitter divorce drags on
- EXCLUSIVE Lily-Rose Depp, 22, and Austin Butler, 29, go public with new romance as they put on a VERY steamy display after dinner date in London
- Pregnant model Ashley Graham posts a

[illegible]

together as they post sweet snaps of their 'beautiful angel'

- Sarah Jessica Parker is seen in THAT controversial maxi dress thought to be from fast fashion brand Forever 21 while filming Sex And The City reboot
- Jeopardy! executive producer and host frontrunner Mike Richards addresses resurfaced sexual harassment lawsuits ... after it's revealed he is in 'deep negotiations' to replace Alex Trebek
- Bam Margera SUES Jackass team including Johnny Knoxville over firing... as he alleges 'inhumane treatment' and likens it to Britney Spears conservatorship case
- Aussie soccer star Sam Kerr confirms her relationship with American rival Kristie Mewis - after the pair were seen cuddling on the pitch in Tokyo
- Melanie Griffith is 64! Actress' daughters Dakota Johnson and Stella Banderas send balloons as close pal Kris Jenner wishes her happy birthday

ADVERTISEMENT
DailyMail.com

- 'Sweet like candy': Simone Biles snaps selfies in a bikini and treats herself to a cocktail as she unwinds at home in Texas after troubled Olympics
- Nick Cannon DEFENDS having seven children with four different women and says he doesn't 'subscribe' to monogamy: 'It ain't my decision'
- Chrissy Teigen reveals she has therapy twice a week amid bullying scandal - as she shares chic snaps from Barack Obama's 60th birthday bash
- The fun is over! Selling Sunset star Chrishell Stause, 40, and new 'boss beau' Jason Oppenheim, 44, return to LA after loved-up vacation in Europe
- US women's soccer star Kristie Mewis confirms relationship with Australian player Sam Kerr by sharing a kissing photo - days after sparking romance rumors on Olympic field
- Kim Basinger, 67, best known for the Eighties sex drama 9 1/2 Weeks, is seen for the first time since ex-husband Alec Baldwin, 63, welcomed his SEVENTH child
- Little Mix star Leigh-Anne Pinnock shows off sizzling figure in a bathtub as she poses for pre-pregnancy throwback snaps for her swimwear brand
- BravoCon 2021 CANCELLED: Network announces event has been postponed to 2022 'out of an abundance of caution' amid COVID-19 concerns
- 'You've changed my life': Ellen DeGeneres celebrates two decades of her talk show in the farewell season teaser... after THAT toxic workplace scandal
- Jodie Comer cuts an elegant figure in black plunging jumpsuit as she attends the UK premiere of her latest film Free Guy

ADVERTISEMENT
DailyMail.com

- Charlize Theron carries daughter August, 5, on her shoulders as she enjoys a family outing in Greece after celebrating her 46th birthday
- Kaley Cuoco and SNL vet Pete Davidson have fun at New Jersey's Six Flags amusement park as they film their romantic comedy Meet Cute
- When in Greece! Olivia Culpo shows off her breathtakingly beautiful body in a red bikini as she takes in the view of Greece with her 'great peeps'
- 'Cheeky season 2': Cara Delevingne flaunts her pert posterior in nude underwear as she teases the second season of Carnival Row
- Kit Harington and wife Rose Leslie take baby son for a stroll after actor told how he contemplated suicide amid 'traumatic' addiction battle
- Julianne Hough's ex Brooks Laich and Icelandic athlete Katrin Tanja Davíðsdottir go Instagram official in Hawaii
- James Corden 'forced to isolate for a week after new series Mammals is shut down due to COVID outbreak'
- Liev Schreiber, 53, holds on to his dog as he takes girlfriend Taylor Neisen, 28, and child Sasha, 14, on a bicycle ride in the Hamptons
- 'I'm sorry Maggie': Pretty Little Liars actress Lucy Hale apologizes to her sister for getting matching sun tattoo removed
- John Travolta reveals Nancy Reagan told him it was Princess Diana's 'fantasy' to dance with him at White House Ball in 1985

ADVERTISEMENT

DailyMail.com

- Cassie Randolph passionately kisses newly minted Brighton Rein... his music vid... going Instagram... with their rom...
- Tyler Cameron... girlfriend Can... 'call it quits a... months' and u... each other on...
- 'Most beauti... the world' Thy... Blondeau, 20,... the PDA with Ben Attal as t... out for lunch... Tropez
- Jon Gosseli... girlfriend Coll... Conrad revea... been diagnos... breast cancer... been doing m... self-breast ex...
- Lottie Moss... leggy display... plunging leop... mini dress an... combat boots... going public... Vamps Tristan...
- Tiger King's... reveals his pr... cancer may h... to pelvis and... in prison as h... US justice sys...

- Lucy Hale is chic in short shorts and Dior slides as she steps out on a solo shopping trip in Los Angeles
Lucy Hale was super chic as she stepped out on a solo shopping trip on Sunday morning.

ANYTIME, ANYWHERE, MailOnline ON YOUR IPHONE
TRY IT FOR FREE FOR 60 DAYS ▸

ADVERTISEMENT

DailyMail.com

NEWZIT LIVE TOP STORIES

TOP STORIES | SHOWBIZ | SPORT | NEW YORK

The Biden Blowout Is Just Beginning — National F... See more versions
Marjorie Taylor Greene suspended from Twitter for a week after... — The Indep... See more versions
Jessica Maiolo removed from Team USA Paintball after 'fat-... — BREAKING See more versions
Former fed prosecutor recalls Cuomo efforts to thwart... — Fox News See more versions
Prince Andrew Lawsuit Over Jeffrey Epstein Is 'Game Over' f... — Newswee... See more versions
As U.S. Leaves Afghanistan, History Suggests It May Struggl... — PAYWALL The New... See more versions
Miami declares 8-story building unsafe, residents forced to vaca... — CNN · 2hr See more versions
No injuries or suspect at Tennessee high school after call... — CNN · 1hr See more versions
Dixie Fire Map, Update as 16,000 Homes Threatened by Growing... — Newswee... See more versions
Trump rips McConnell as 'overrated' ahead of infrastructu...
Click here to view more ›

## DON'T MISS

- Pete Davidson rents an entire Staten Island theater to treat fans to a free screening of The Suicide Squad
- Harrison Ford, 79, enjoys holiday with wife, Calista Flockhart, 56, as couple make rare appearance together in Croatia after being forced to take filming break from Indiana Jones 5
- Modern Family star Julie Bowen helped rescue hiker who had fainted and broken her nose at Utah's Arches National Park
- Emily Ratajkowski's celebrates her baby Sylvester Apollo turning five months old with sweet snaps
- Kathy Griffin says laughter is the best medicine as she opens up about ongoing recovery from surgery following cancer diagnosis
- Hugh Jackman's latest biopsy result comes back 'inconclusive' after actor was treated for skin cancer six times in the past
- Molly Ringwald pens moving memorial to late father Bob Ringwald after jazz musician's death at 80: 'I consider myself very lucky to have had in my life as long as I did'
- Crystal Kung Minkoff defends RHOBH costar Erika Jayne after she is accused of lacking 'empathy' for Tom Girardi's victims: 'She might be a victim too'
- Michael B. Jordan rocks a vintage Tina Turner t-shirt and masks up while running some errands in West Hollywood
- EXCLUSIVE Joel Kinnaman is seen with girlfriend Kelly Gale for the first time since obtaining a restraining order against model Gabriella Magnusson
- DaBaby DELETES his apology for 'hurtful and triggering comments' about HIV/AIDS... after multiple festivals dropped him for the homophobic remarks
- Caitlyn Jenner SPOILS Big Brother VIP as she confirms she's 'glad to be back' in California - just days after entering the Sydney compound
- David Hasselhoff's daughter Hayley, 28, sets pulses racing as she flaunts her enviable curves in a plunging black bikini in Mallorca
- Vanessa Bryant and BFF Ciara crack up laughing while trying to lip sync a Kevin Hart stand up routine about best friends
- Sophia Bush pays tribute to her late Chicago P.D. costar Markie Post... after the Night Court star dies at age 70 after years-long cancer battle
- Rita Ora smolders as she goes bra-free beneath dressing gown in ultra-glam new series of photos
- 'He's not a choirboy': Captain America writers crush fan theories the Marvel hero is 'a virgin'
- Jane Withers dead at 95: Child star of the Hollywood Golden Age passes away after roles in Bright Eyes, Giant, and The Hunchback of Notre Dame
- EXCLUSIVE Sandra Lee shares a passionate kiss with new beau Ben Youcef in Saint-Tropez as her 'love gov' ex Andrew Cuomo STILL refuses to resign
- David Beckham and son Romeo sit together in Inter Miami stands as sports icon kindly throws autographed shirt to fan before kick off
- Christine Quinn wows in an aquamarine string bikini as she practices yoga poses on a paddle board while her husband Christian Richard watches on
- Charlize Theron looks incredible in a figure-hugging black swimsuit as she enjoys a boat trip with her daughters during sun-kissed holiday in Greece
- Billie Lourd stuns in a crimson dress as she takes in the beauty of Positano during getaway with fiance Austin Rydell and their son Kingston
- Kate Moss' daughter Lila Grace, 18, channels her supermodel mother as she struts along in a nude satin mini-dress in Ibiza
- Guests including Chrissy Teigen and her husband John Legend leave Barack Obama's 60th birthday EARLY because of 's*** show' traffic in Martha's Vineyard
- Cindy Crawford waves the American flag as she celebrates the Olympic athletes after the 2020 Summer Games: 'Congrats to all the athletes!'
- Sean Penn holds hands with his actress daughter Dylan at a special screening of their new film Flag Day... after critics savaged it at Cannes
- Camila Cabello is every inch the trendy traveler in button down dress and plaid top as she jets into NYC after trip to Mallorca with Shawn Mendes
- Dua Lipa sets pulses racing in a ruffle-sleeved blue bikini as she showcases her toned body on a sunlounger in Ibiza
- The Suicide Squad tops the weekend box office with a $25.6 million debut... but falls short of expectations amid Delta variant fears
- 'Special night in NYC': David Beckham, 46, and Victoria, 47, order 'the best' grub in the city with kids Harper, 10, Cruz, 16, and Brooklyn, 22
- Meghan's estranged brother Thomas Markle Jr enters Australian Big Brother house - and immediately brands her 'shallow' and says he warned Prince Harry she would 'ruin his life'
- Maskless Obama hits the dancefloor at celeb-filled 'scaled back' Martha's Vineyard 60th birthday bash attended by hundreds that has been labeled 'hypocrisy at its finest' amid nation's Delta surge
- Chloe Sevigny cuts a heavenly figure in white puff sleeve top and matching tiered skirt as she hails a taxi in NYC
- Nina Dobrev puts taut bikini body on display for Instagram at the beach... after showing off endless pins in Daisy Dukes on Los Angeles stroll
- Caitlyn Jenner RETURNS to California just days after entering the Big Brother VIP compound in Australia amid run for governor
- Night Court actress Markie Post passes away at age 70 after nearly four-year battle with cancer
- 'I went through horrible stuff': Game of Thrones' Kit Harington reveals how he contemplated suicide amid 'traumatic' battle with alcoholism and depression
- 'I love you with all my heart': Princess Beatrice's husband Edoardo Mapelli Mozzi gushes over the pregnant royal as he wishes her a happy birthday as she turns 33
- Lynyrd Skynyrd cancels upcoming concerts after guitarist Rickey Medlocke tests positive for COVID
- Ben Affleck wears a big smile while paying a friendly visit to ex Jennifer Garner's home in Brentwood to see his kids... after his yacht getaway with JLo
- Chrissy Teigen gets glammed up for Obama's big 60th birthday bash and channels Marilyn Monroe as she sings Happy Birthday coming down stairs
- Dua Lipa puts on a leggy display in lace-up kitten heels as she steps out with beau Anwar Hadid in Ibiza
- Alicia Keys displays her incredible frame in blue crop-top and shorts as she enjoys idyllic yacht holiday in Corsica with her sons
- Elsa Hosk looks chic as she steps out with baby daughter Tuulikki and partner Tom Daly for stroll in California
- Dua Lipa sizzles in a VERY affordable bikini from an Aussie fashion

▸ Ariana Grande shares a romantic kiss with her husband Dalton Gomez in a throwback photo from their wedding to celebrate his 26th birthday

▸ Call that scaled back? Preparations continue for Obama's birthday bash as John Legend, Chrissy Teigen, Dwyane Wade and Gabrielle Union arrive on Martha's Vineyard

▸ Elon Musk's girlfriend Grimes, 33, says it's 'time to start dressing slutty now that I'm old'... as she posts suggestive snaps with her skirt pulled up

EXCLUSIVE Real Housewives of Potomac's Ashley Darby reveals the truth behind Wendy Osefo's second season transformation from preachy professor to sex kitten

▸ Margot Robbie fears she has reached the height of her Hollywood career and it's 'all downhill from here'
Star says worries keep her up at night

▸ The Emmys will be a very limited affair next month 'out of an abundance of caution'... after Governor's Ball events are cancelled 'due to ongoing concerns' amid COVID-19 pandemic

▸ 'My love forever grows for you': Pierce Brosnan pens a gushing tribute and shares stunning throwback snaps to mark 20 years of marriage to wife Keely Shaye

▸ Inside the $2million mansion bought by Kate's big brother! James Middleton snaps up rustic farmhouse with French fiancée

▸ Nicki Minaj's husband Kenneth Petty accepts plea bargain for failure to register as sex offender over 1995 conviction of attempted rape

▸ Lucy Hale shows off fit figure in blue tie-dyed top and black biker shorts while going for a solo hike in Los Angeles

▸ Steven Spielberg directs Seth Rogen along with costar Gabriel LaBelle on set of his new semi-autobiographical film The Fabelmans in LA

▸ Josh Duggar's pregnant wife Anna has 'pretty much moved in' to home where he is under house arrest ahead of child porn trial

▸ RHOSLC star Mary Cosby charged with 'sheltering a runaway'... but she pleads not guilty and her rep insists it was all a 'misunderstanding'

▸ Actor comedian Tony Baker's 21-year-old son is among three people killed when their car is hit by two street racers and torn in half in Los Angeles

▸ DJ Paul Johnson dies of COVID-19 at age of 50: Iconic Chicago house music producer had been hospitalized for weeks

▸ Megyn Kelly slams Family Guy creator Seth MacFarlane for tweeting he wished his show was not on Fox despite making millions from the network

▸ R. Kelly's lawyer asks judge to provide new clothes because his client has gained weight - and reveals disgraced star is $2million in debt

▸ Jamie Spears opposes being removed as Britney's conservator in court documents claiming she is so 'mentally sick', her current conservator considered putting her under a psychiatric hold

▸ EDEN CONFIDENTIAL: Sarah Ferguson is back in the royal fold with an invite to stay at Balmoral... and she'll be there with ex-husband, Prince Andrew

▸ 'They are a good match': Sandra Lee, 55, is dating younger beau Ben Youcef, 42, after split with embattled New York Governor Andrew Cuomo

▸ Sarah Jessica Parker reunites with Chris Noth for romantic on-set snap from Sex And The City revival... after insiders claim major character will be killed off in first episode

▸ Katharine McPhee, 37, cradles baby boy Rennie in her arms as she and husband David Foster, 71, enjoy a family lunch at Honor Bar in Montecito

▸ Rihanna wears VERY ripped shorts as she steps out with beau A$AP Rocky who puts a hand on her bottom... after being named a billionaire

▸ Backstreet Boys' Brian Littrell urges Britney Spears to be more 'cautious' about what she posts on Instagram amid new claims she is still unwell

▸ Beyonce puts on a VERY sizzling display and bares her behind in cowboy chaps for new Ivy Park teaser
Less than a month away from turning 40!

▸ Taylor Swift confirms Red (Taylor's Version) 30-song track list that includes re-recordings of hits like I Knew You Were Trouble and a 10-minute version of All Too Well

▸ My 600lb Life star Gina Krasley dies at age 30 just weeks after revealing she was suffering from a mystery illness that had left her completely immobile

▸ RHOBH producers are 'prepared to turn over' behind-the-scenes footage of Erika Jayne if 'asked by the courts' amid ex Tom Girardi's embezzlement scandal

EXCLUSIVE How baby Maddox won Angelina Jolie's heart with his big smile in an orphanage in Cambodia and escaped a life on the streets

▸ Kathy Griffin is enthusiastically greeted by her four dogs as she comes home from the hospital after undergoing lung cancer surgery

▸ Good Trouble star Beau Mirchoff is engaged to his girlfriend Jenny Meinen after proposing in front of the Eiffel Tower: 'The love of my life said oui!'

▸ Mark Ronson will marry Meryl Streep's daughter Grace Gummer in New York this WEEKEND
British music producer is set to have a VERY famous mother-in-law

▸ The Bachelor's Cassie Randolph goes Instagram official with beau Brighton Reinhardt... after stalking drama with ex Colton Underwood

▸ Orlando Bloom cradles his soon-to-be 1-year-old daughter Daisy Dove as he and fiancée Katy Perry board luxury boat during Capri holiday

▸ Stepping out of Lady Kitty's shadow! Twins Lady Eliza and Lady Amelia, 29, have gone from a low-key life in South Africa to bursting onto the London social scene

▸ New Bond baddie Rami Malek polishes up his tennis skills with good friend Robert Pattinson in Los Angeles

▸ 'Cousin Love': Ashlee and Jessica Simpson show their daughters wearing matching flower girl dresses at a friend's wedding
Star siblings

▸ 'The most wonderful day': Spice Girl Geri Horner reveals she spent her 49th birthday surrounded by family and enjoyed horseback ride

▸ Jake Gyllenhaal shares he finds 'bathing to be less necessary' as he is interested in a 'world of not bathing'
Candid confessions

▸ Minka Kelly, 41, joins already star-studded cast of HBO show Euphoria for season two
She'll play a 'jaded, drugged out suburban housewife'

▸ 'It's been a wild ride!' Meghan McCain is joined by mom Cindy as she tapes her FINAL episode of The View
Spent four years hitting headlines as the show's conservative co-host

▸ Hayden Panettiere shines at her first public event in more than TWO YEARS after recently reuniting with her violent ex Brian Hickerson

cleavage-baring cut-out silver dress as she leaves The Masked Singer filming

'Never a dull moment with you!' Heidi Klum, 48, packs on the PDA with husband Tom Kaulitz, 32, on yacht in Capri

Is this a new Love, Actually? Thomas Brodie-Sangster, 31, puts on a giddy display while holding hands with Pistols co-star Talulah Riley in London

Tinashe turns heads in a bright yellow ensemble after celebrating the launch of her new album at Craig's in West Hollywood

Red hot! Carmen Electra, 49, steals the show in an eye-catching gown at Marcel Remus' charity night in Mallorca
Former Baywatch star

Clint Eastwood, 91, returns to the big screen for the first time in three years in the first trailer for his new movie Cry Macho
Hollywood icon

Channing Tatum and Jenna Dewan absorb $75K loss on sale of $5.9M Beverly Hills mansion they formerly shared

Pirelli Calendar 2022: Rita Ora poses naked in the bath - wearing nothing but heels - for artistic black and white photograph shot by Bryan Adams

Vanessa Hudgens goes braless beneath a sizzling sheer gown as she snaps selfies and dances the night away during Capri getaway

Kanye West 'ascends into heaven' as he premieres Donda for SECOND TIME at stadium in Atlanta... as he is supported by estranged wife Kim

EXCLUSIVE Caitlyn Jenner and Thomas Markle Jr. enter the Australian Big Brother VIP house in Sydney ahead of appearance on show

Inside Winnie Harlow's birthday bash: Model celebrates turning 27 with star-studded guest list including Lil Wayne and Trey Songz in Los Angeles

EXCLUSIVE Real Housewives of Potomac's Ashley Darby says her husband Michael's Australian family STILL haven't met their two boys due to coronavirus travel restrictions

Sofia Richie models flowing beige trousers as she steps out for a spot of retail therapy in Beverly Hills

Kanye West's children get in some playtime as they attend SECOND Donda listening party in Atlanta with mom Kim Kardashian

Christine Quinn showcases her post-partum figure in a red bikini top as she cradles son Christian, two months, in sweet snaps during Sicily break

Kaia Gerber flashes her abs in cropped blue shirt as she grabs an iced coffee in LA before heading to work on the set of American Horror Story

Rachel Bilson reveals she was approached to star in The Hills: New Beginnings before her The O.C. co-star Mischa Barton was cast

Nicki Minaj refutes Jessie J's claim as she says she never asked to be on hit collab Bang Bang with Ariana Grande

Pink is a dream in tangerine maxi dress with gold platform heels as she treats her kids to dinner at Soho House in Malibu

REVEALED: History of sexual harassment and discrimination lawsuits against Jeopardy! host frontrunner Mike Richards and show Executive Producer who is the frontrunner to replace Alex Trebek

NEWZIT LIVE TOP STORIES

TOP STORIES | SHOWBIZ | SPORT | NEW YORK


The Biden Blowout Is Just Beginning
NR National F — See more versions


Marjorie Taylor Greene suspended from Twitter for a week after…
The Indep — See more versions



Jessica Maiolo removed from Team USA Paintball after 'fat-…
BREAKING — See more versions


Former fed prosecutor recalls Cuomo efforts to thwart…
Fox News — See more versions


Prince Andrew Lawsuit Over Jeffrey Epstein Is 'Game Over' f…
Newswee — See more versions



As U.S. Leaves Afghanistan, History Suggests It May Struggl…
The New — See more versions


Miami declares 8-story building unsafe, residents forced to vaca…
CNN · 2hr — See more versions



No injuries or suspect at Tennessee high school after call…
CNN · 1hr — See more versions


Dixie Fire Map, Update as 16,000 Homes Threatened by Growing…
Newswee — See more versions


Trump rips McConnell as 'overrated' ahead of infrastructu…

Click here to view more ›

ADVERTISEMENT

DailyMail.com

FROM THE MAKERS OF CANDY CRUSH

Farm Heroes Saga, the #4 Game on iTunes. Play it now!




more

Back to top

Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Shop | DailyMailTV

Sitemap | Archive | Video Archive | Topics Index | Mobile Apps | Screensaver | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | Mail on Sunday | This is Money
Metro | Jobsite | Mail Travel | Zoopla.co.uk | Prime Location

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

dmg media

Contact us How to complain Leadership Team Advertise with us Contributors Work with Us Terms Do not sell my info CA Privacy Notice Privacy policy & cookies