Case 1:21-cr-00035-RC Document 106-14 Filed 08/23/21 Page 1 of 1



Accurate. Immediate. Essential. Subscribe today for news you need now.

Advertisement
Las Vegas Court Reporters
Member Of the NCRA Ethics First Program & Adheres To the NCRA Code Of Professional E
Ad Oasis Reporting Services

Crime

# Indiana man who bailed out on state charges with help from Portland Freedom Fund faces federal explosives charges

Case No. 1:21-cr-35-EGS

Updated Jun 01, 2021; Posted Jun 01, 2021



Malik Muhammad, 24, appeared in U.S. District Court in Portland Tuesday afternoon on allegations of civil disorder, carrying and using an explosive to commit a felony and possessing a firearm that's not registered to him. Portland Police Bureau

Advertisement
CRIMINAL LAW CASES
FREE LEGAL AID
COUNTY CRIMINAL RECORDS
TAKE AN AUTISM TEST
CHECK CRIMINAL RECORDS
FREE POLICE RECORD SEARCH
CHECK PAYMENT ONLINE
POLICE OFFICER SALARY

861 shares

By Maxine Bernstein | The Oregonian/OregonLive

An Indiana man accused of traveling to Portland last year to engage in violence and vandalism during protests, including the throwing of an explosive device towards police and smashing of windows at the Oregon Historical Society, faced federal charges in court Tuesday afternoon.

Malik Fard Muhammad, 24, was arrested and taken into custody on a U.S. Marshals hold Friday afternoon after he had been released from state custody last Wednesday when the Portland Freedom Fund posted 10%, or $212,500, of his state-ordered $ 2.1 million bail in a Multnomah County case stemming from the same alleged crimes, according to court and jail records.

Advertisement
300 Mbps Internet & TV $50/mo. 1 yr.
+ HBO Max™ included on us!
Shop now
Replay video
optimum.

He appeared in U.S. District Court in Portland on allegations of civil disorder through obstruction of law enforcement, carrying and using explosive materials to commit a federal felony, and possessing a firearm that's not registered to him. Muhammad remains in custody. A detention hearing was set over until Wednesday afternoon.

"Muhammad repeatedly and intentionally jeopardized the lives of law enforcement officers, destroyed public property, and encouraged others to commit violence," Assistant U.S. Attorney Adam E. Delph argued in a court filing.

In Multnomah County Circuit Court, a 28-count indictment was returned against Muhammad on March 22. The indictment includes two counts of attempted aggravated murder, two counts of attempted first-degree murder, four counts of riot, two counts of unlawful manufacture of an explosive device, unlawful possession of a firearm and possession of a loaded firearm in public.

Multnomah County Senior Deputy District Attorney Nathan Vasquez alleges that Muhammad traveled to Portland "for the specific purpose of engaging" in alleged property destruction and violence during Portland mass protests last fall and then returning to Indiana. He was arrested in Indiana in April on a Multnomah County arrest warrant, accused of four different alleged criminal incidents in Portland.

A federal complaint unsealed Tuesday says Muhammad first traveled to Portland from Indianapolis around the end of July, and then went to Louisville, Kentucky in mid-August with at least five others to do firearms and tactical training to support their "Anti-Government/Anti-Authority Violent Extremist" ideology, before returning to Portland by late August.

On Sept. 5, he's accused of handing out baseball bats to protesters at a large demonstration in East Portland, and bragging about it on social media, according to Portland Detective Meredith Hopper. A discarded bat recovered from police at the scene still had a price tag on it from a Goodwill store. The detective tracked the purchase of the bat and found video surveillance that showed Muhammad and a woman buying multiple bats the day before, Vasquez wrote in a court memo filed Friday in county court.

On Sept. 21, Muhammad is accused of throwing an incendiary device, which did not explode, at police officers outside the Penumbra Kelly Building, a Southeast Portland building that houses some Portland Police and Multnomah County Sheriff's Office operations.

Advertisement
1 NO ESSAY SCHOLARSHIPS
2 BEST DIVIDEND PAYING STOCK LIST
3 CHECK CRIMINAL RECORDS
4 NEW JERSEY STATE LAWS
5 BEST VITAMINS FOR MEMORY

Portland Officer Chris Burley, who was parked in the building's lot, saw a burning object flying towards his vehicle, according to Vasquez. Burley stepped out of a police vehicle and found a large yellow bottle similar to a beer growler that had a burnt rag stuffed in the mouth of the bottle with a large amount of flammable liquid, according to a court memo. FBI agents wearing plainclothes who were in the crowd gave police a description of the man who threw the bottle, according to Vasquez. The bottle also had a price tag on it from a Goodwill store, and Muhammed's Sept. 4 purchase at the store included two yellow beer growler bottles, Vasquez's memo said.

The Molotov cocktail landed on the upper parking lot of the Penumbra Kelly property, approximately 10 to 15 feet away from multiple law enforcement officers stationed in a sound [illegible]

[illegible]

monitoring, Trujillo said. "It wasn't until the next day federal agents again showed up at Malik's door to arrest him, despite the fact he had not violated any conditions of his release," she said.

Advertisement
1 NO ESSAY SCHOLARSHIPS
2 BEST DIVIDEND PAYING STOCK LIST
3 CHECK CRIMINAL RECORDS
4 NEW JERSEY STATE LAWS
5 BEST VITAMINS FOR MEMORY

Vasquez's memo on Friday seeking no bail for Muhammad is disappointing, considering Multnomah County District Attorney Mike Schmidt's "campaign promise to end cash bail," Trujillo said.

Muhammad was rearrested about 2:30 p.m. on Friday in Milwaukie and taken back to a Portland jail on a federal hold, according to jail records. Federal prosecutors are seeking his continued detention. The charge of carrying and using an explosive to obstruct law enforcement would bring a minimum mandatory sentence of 10 years if convicted.

-- Maxine Bernstein

Email at mbernstein@oregonian.com; 503-221-8212

Follow on Twitter @maxoregonian

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

Around the Web
Taboola Feed
Once A Crowded Airport, Now A Filming Location
Comedy | Sponsored
U.S. Surgeon: This Simple Trick Empties Almost…
Gundry MD | Sponsored
Lodi: Startup Is Changing the Way People Retire
This Princeton grad's startup raised $110 million to help you plan a …
SmartAsset | Sponsored
14 US Maps That Sum Up The USA
moneywise.com | Sponsored
7 Discounts Seniors Only Get If They Ask
The Wallet Watcher | Sponsored
Always Place A Ziploc Bag On Your Car Mirror When…
Beach Raider | Sponsored
The US States Americans Are Fleeing (And The Places They're Flocking To)
MoneyWise.com | Sponsored
A Stupid-Simple Way To Keep Your Gutters Clean
LeafFilter Partner | Sponsored
New Cadillac's Finally On Sale
All Things Auto | Search Ads | Sponsored
These Cars Are So Loaded It's Hard to Believe They're So Cheap
Luxury SUVs | Search Ads | Sponsored
Research The Best Alaska Cruise Ship
Yahoo Search | Sponsored
New Bed Frames Are Turning Heads And Finally On Sale
Best Selling Bed Frames | Se… | Sponsored
Dear Abby: How do I tactfully determine the length of my boyfriend's mom's upcomin…
OregonLive.com
Portland police no-show as rival factions brawl, right-wing militant aims replica assault…
OregonLive.com

ADVANCE LOCAL
Registration on or use of this site constitutes acceptance of our User Agreement, Privacy Policy and Cookie Statement, and Your California Privacy Rights (User Agreement updated 1/1/21. Privacy Policy and Cookie Statement updated 5/1/2021).
Cookies Settings
© 2021 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.
Community Rules apply to all content you upload or otherwise submit to this site.
Ad Choices