# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:21-cr-35-EGS |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFREY SABOL** | : | |

      **Defendant**

## NOTICE OF FILING FOR VIDEO EXHIBITS

Per the Bond motion defendant filed, and pursuant to LCrR 49(e)(1), undersigned counsel hereby provides notice of filing to the Court and Government of video exhibits in support of defendant's bond motion. All video exhibits will be provided to the Court and Government via email.

Dated: August 23, 2021

Respectfully submitted,

s/Alex Cirocco
Alex Cirocco, Esq.
Attorney for Jeffrey Sabol
DC Bar ID # NJ 037
Law Offices of Alex Cirocco, LLC
600 Getty Avenue, Suite 305
Clifton, NJ 07011
973-327-9995
alex@ciroccolaw.com