**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Case No. 1:21-cr-35-EGS** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **JEFFREY SABOL** | **:** | |
| **Defendant** | | |

### ORDER

This matter came before the Court on the defendant's motion for reconsideration of the Honorable Emmet G. Sullivan's decision to detain defendant Jeffrey Sabol pending trial.  Upon consideration of that motion, it is by the Court this _____ day of _____, 2021,

**ORDERED** defendant Jeffrey Sabol's motion for release from pretrial custody is **GRANTED**.  Defendant must abide by all conditions this Court has Ordered in its attached memorandum.

**Signed:** _____

Emmet G. Sullivan
United States District Judge