# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-35-EGS |
| JEFFREY P. SABOL, : | |
| PETTER FRANCIS STAGER, : | |
| MICHAEL JOHN LOPATIC, SR., : | |
| CLAYTON RAY MULLINS, : | |
| JACK WADE WHITTON, : | |
| LOGAN JAMES BARNHART, and : | |
| RONALD COLTON MCABEE, : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the Acting United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Matthew Moeder hereby enters his appearance in the above referenced matter.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   */s/ Matthew Moeder*
Matthew Moeder
Assistant United States Attorney
Missouri Bar #: 64036
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
(816) 426-4103
Matthew.Moeder@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 26th day of October 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Matthew Moeder*
MATTHEW MOEDER
Assistant United States Attorney