IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| JEFFREY SABOL, | : CRIMINAL NO. 21-CR-35 (EGS) |
| PETER FRANCIS STAGER, | : UNDER SEAL |
| MICHAEL JOHN LOPATIC, SR., | : |
| CLAYRON RAY MULLINS, | : |
| JACK WADE WHITTON, | : |
| LOGAN JAMES BARNHART, | :: |
| RONALD COLTON MCABEE, | : |
| MASON JOEL COURSON, and | : |
| JUSTIN JERSEY, | : |
| Defendants. | : |

## ORDER

This matter having come before the Court pursuant to the application of the United States to publicly docket a redacted version of the Third Superseding Indictment and the arrest warrant for Justin Jersey, the Court finds that the public's right of access to information about arrested and charged defendants justifies the request.

1

1.    IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that Clerk's office shall docket the attached redacted version of the Third Superseding Indictment and the executed arrest warrant for Justin Jersey, but not the unexecuted warrant for Mason Joel Courson.

Date: December 2, 2021

Zia M. Faruqui
2021.12.02
12:54:35
-05'00'

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE