IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CASE NO. 21-CR-00035 (EGS)** |
| **JEFFREY P. SABOL, et al,** | : | |
| Defendant. | : | |

### NOTICE OF FILING OF JOINT PROPOSED SCHEDULING ORDER

The United States of America, by and through its undersigned counsel, hereby submits the attached Joint Proposed Scheduling Order on behalf of itself and defendants Jeffrey P. Sabol, Michael John Lopatic, Clayton Ray Mullins, Jack Wade Whitton, Logan James Barnhart, Ronald Colton McAbee, and Justin Jersey.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Matthew Moeder*
Matthew Moeder
MO Bar No. 64036
Benet J. Kearney
NY Bar No. 4774048
Colleen D. Kukowski
DC Bar No. 1012458
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
(212) 637 2260 / (202) 252-2646 / (816) 426-4103
Benet.Kearney@usdoj.gov /
Colleen.Kukowski@usdoj.gov /
Matthew.Moeder@usdoj.gov

1

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System.

<u>*/s/ Matthew Moeder*</u>
Matthew Moeder
Assistant United States Attorney

Date: June 15, 2022