**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **No. 21-CR-00035 (EGS)** |
| | **:** | |
| **JEFFREY P. SABOL, et al,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**PROPOSED SCHEDULING ORDER**

Trial is set to commence in this matter on **December 5, 2022,** at 9:00 a.m.  Jury selection

will take place on **November 30, 2022,** at 9:00 a.m.  Jury selection and the trial will be conducted

in accordance with the Continuity of Operations Plan for COVID-19 in effect at the time, and in a

Courtroom to be set by further order of the Court.  The following deadlines shall govern pre-trial

proceedings:

1.  The Parties shall file any motions to dismiss the indictment and motions to suppress

    evidence by **September 16, 2022**.  Oppositions to such motions shall be filed by

    **September 30, 2022**.  Any reply shall be filed by **October 14, 2022.**

2.  The United States should endeavor to notify the Defendant of its intention to introduce

    any Rule 404(b) evidence on or before **October 7, 2022.**  The deadline for the United

    States to provide such notice shall be **November 9, 2022.**

3.  The Parties shall file any additional pre-trial motions (including motions *in limine*) on

    or before **September 30, 2022.**  Oppositions to such motions shall be filed by **October**

    **14, 2022.**  Any reply shall be filed by **October 21, 2022.**

4.  The United States should endeavor to make grand jury and Jenks Act disclosures as to

each witness it expects to call in its case-in-chief on or before **November 9, 2022.** Any

*Brady* material not already disclosed also must be disclosed by this date.

5. On or before **November 9, 2022,** counsel shall file a Joint Pretrial Statement that

contains the following:

    **a.** <u>A neutral statement of the case</u>.  The Parties shall include a neutral statement of

        the case for the Court to read to prospective jurors.

    **b.** <u>Proposed *voir dire* questions.</u>  The parties should indicate the *voir dire* questions

        on which they agree, and the *voir dire* questions on which they disagree with

        specific objections and relevant legal authority noted below each disputed

        question.

    **c.** <u>Proposed jury instructions.</u>  The parties shall submit a list of all standard jury

        instructions from the "Red Book" (Criminal Jury Instructions for D.C. (Barbara

        A. Bergman ed., May 2016 ed.)) that they wish to include in the final

        instructions.  The Parties need not submit the full text of any standard jury

        instruction but should provide the full text of (1) any modified standard jury

        instruction, with the proposed modification(s) redlined, and (2) any non-

        standard jury instruction they wish to have the Court include.  As to each non-

        standard jury instruction, the sponsoring party should cite legal authority for the

        proposed instruction, and the non-sponsoring party should state any objection

        to the instruction, including any proposed modifications.

    **d.** <u>List of witnesses.</u>  The Parties shall identify the witnesses that each side

        anticipates it may call in its case-in-chief.  Only upon leave of court and a

        showing of good cause will a party be permitted to withhold a witness's

identify.

    **e.** <u>Exhibit Lists.</u>  The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief.  The Parties need not list any exhibit that might be used for purposes of impeachment.  The Parties should confer with Courtroom Deputy Courtney Leslie about the format of the exhibit list.  The Parties should not provide a copy of the exhibits to the Court, but must exchange pre-marked exhibits.  The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference.  The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

    **f.** <u>Stipulations.</u>  The Parties shall submit a draft of all stipulations.

    **g.** <u>Proposed Verdict Form.</u>  The Parties shall include a draft verdict form, including any special interrogatories.  The draft verdict for should include a date and signature line for the jury foreperson.

6. On **November 9 2022,** the Parties shall transmit, in Word format, an electronic copy of all proposed *voir dire* questions, jury instructions, and verdict forms by email to the Courtroom Deputy

7. The Court will schedule hearings on any motions filed by the Parties as necessary.

8. Counsel shall appear on **October 19, 2022,** at 10:00 for a Pretrial Conference in a Courtroom to be set by further order of this Court.


_____, 2022

                                        _____
                                        EMMET G. SULLIVAN
                                        United States District Judge