UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>PETER STAGER )<br>Defendant. )<br>) | Criminal No. 1:21-cr-35-EGS-2 |

## CONSENT MOTION TO VACATE SCHEDULING ORDER AND TO SCHEDULE STATUS HEARING

Defendant, Peter Stager ("Mr. Stager"), by and through undersigned counsel, respectfully moves this Honorable Court to vacate the scheduling order in this matter and schedule a status hearing date in approximately 30 days.

In support of this Motion, counsel states the following:

1. Mr. Stager is before this Honorable Court charged by superseding indictment with one count of Obstruction of an Official Proceeding, in violation of 18 U.S.C. § 1512(c)(2), 2; one count of Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of 18 U.S.C. §§ 111(a)(1) and (b); and other related charges. *See* Superseding Indictment at ECF No. 23.

2. A jury trial is scheduled for November 30, 2022. Several pretrial matters are scheduled and due before the date of trial.

3. The government and counsel for Mr. Stager have discussed this matter at length and the parties are intending to proceed with a stipulated bench trial.

1

4. Accordingly, counsel for Mr. Stager requests that this Honorable Court vacate the trial date in this matter and its accompanying pretrial scheduling dates, and schedule a status hearing to address a stipulated trial.

5. Assistant United States Attorney Benet Kearney consents to this motion.

Wherefore, for the foregoing reasons and such other that this Honorable Court may deem just and proper, Peter Stager respectfully moves that this Honorable Court vacate the scheduling order and schedule a status hearing date in approximately 30 days.

Respectfully submitted,

\_\_\_\_/s/_____
David Benowitz
D.C. Bar No. 451557
Price Benowitz LLP
409 Seventh Street, NW
Suite 200
Washington, DC 20004
david@pricebenowitz.com
*Counsel for Peter Stager*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August 2022, I caused a true and correct copy of the foregoing Consent Motion to Vacate Scheduling Order And To Schedule A Status Hearing to be delivered via CM/ECF to the parties in this matter.

\_\_\_\_/s/_____
David Benowitz