**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

—————————————————————
                                                    )
**UNITED STATES**                        )
                                                    )
        **v.**                                     )        **Criminal No. 1:21-cr-35-EGS-2**
                                                    )
**PETER STAGER**                        )
                        **Defendant.**        )
                                                    )
—————————————————————)

**ORDER**

        This Court, having considered Defendant's Consent Motion to Vacate Scheduling Order

and to Schedule Status Hearing, it be and is hereby,

        **ORDERED**, that the Defendant's Motion is **GRANTED**, and it is hereby,

        **FURTHER ORDERED**, that the November 30, 2022 jury trial and all accompanying

pretrial scheduled dates are **VACATED**, and a status hearing is scheduled for the _____ day of

_____ 2022, at _____ a.m./p.m. in courtroom _____.


_____                                _____
**Date**                                                    **EMMET G. SULLIVAN**
                                                                **Senior United States District Judge**