UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>PETER STAGER,      )<br>        Defendant.   )<br>) | Criminal No. 1:21-cr-35-EGS-2 |

## ORDER

Upon consideration of Defendant's Motion for Leave to Late File Defendant's Speedy Trial Waiver it is hereby,

**ORDERED**, that Defendant's motion is **GRANTED.**

_____     _____
**DATE**           **EMMET G. SULLIVAN**
              **United States District Judge**