**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                                          ) | **Criminal No. 1:21-cr-35-EGS-2** |
| ) | |
| **PETER STAGER,**                  ) | |
|               **Defendant.**       ) | |
| ) | |

## DEFENDANT'S WAIVER OF SPEEDY TRIAL RIGHTS

I, Peter Stager, hereby state to the Court that I have been advised by my counsel of my right to a speedy trial and I have further been advised that my case is currently scheduled for a status hearing on October 18, 2022, which was originally set for October 7, 2022, but was rescheduled by the Court due to unforeseen circumstances.

I hereby consent to waiving my speedy trial right for the period of October 7, 2022 to October 18, 2022.


___/s/_____

Rammy Barbari
D.C. Bar No. 1032106
Price Benowitz LLP
409 Seventh Street, NW
Suite 200
Washington, DC 20004
david@pricebenowitz.com
*Counsel for Peter Stager*

Peter Stager

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2022, I caused a true and correct copy of the foregoing Defendant's Waiver of Speedy Trial Rights to be delivered via CM/ECF to Assistant United States Attorney, Benet Kearney, One Saint Andrew's Plaza New York, New York 10007.

_____/s/_____
Rammy Barbari