NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                              Criminal Number  1:21-cr-00035-EGS-2

PETER FRANCIS STAGER
        (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA         ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Amy C. Collins 1708316
(Attorney & Bar ID Number)
Price Benowitz LLP
(Firm Name)
409 7th Street, NW, Suite 200
(Street Address)
Washington, D.C. 20004
(City)          (State)          (Zip)
(202) 993-3888
(Telephone Number)