UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                        Case No. 21-cr-00035-RC-2

PETER STAGER

### WITHDRAWAL OF APPEARANCE

To the Clerk of the Court:

    Please remove my name as counsel in this case as Mr. Stager has retained counsel.

                                   Respectfully submitted,

                                   /s/ *Richard S. Stern*
                                   _____
                                   RICHARD S. STERN
                                   DC Bar No. 205377
                                   932 Hungerford Drive
                                   Suite 37A
                                   Rockville, MD 20850
                                   301-340-8000
                                   Email: rssjrg@rcn.com

### CERTIFICATE OF SERVICE

    I hereby electronically served all parties in this case on October 25, 2022.

                                   /s/ *Richard S. Stern*
                                   _____
                                   RICHARD S. STERN