IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:21-cr-00035-RC-5 |
| | ) | |
| v. | ) | |
| | ) | |
| JACK WADE WHITTON, | ) | The Honorable Rudolph Contreras |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO CANCEL STATUS CONFERENCE

And now, to-wit, comes the Defendant, Jack Whitton (hereinafter "Mr. Whitton"), by and through his counsel, Komron Jon Maknoon, and respectfully submits the within Defendant's Motion to Cancel Status Hearing. In support thereof, he avers as follows:

1. On or about August 4, 2021, Mr. Whitton was indicted on alleged violations of 18 U.S.C. §§ 111 (a)(1), 18 U.S.C. §§ 111(a)(1)(b), and (2), 18 U.S.C. §§ 231(a)(3), 18 U.S. C. §§ 1752(a)(1), 18 U.S.C. §§ 1752(a)(2), 18 U.S. C. §§ 1752(a)(4), and 40 U.S.C. § 5104(e)(2)(F) (*See* ECF Doc. No. 92).

2. On or about November 17, 2021, a superseding indictment was filed alleging the same violations (*See* ECF Doc. No. 145).

3. On December 12, 2022, undersigned counsel respectfully entered his appearance on behalf of Mr. Whitton (*See* ECF Doc. No. 259).

4. Currently scheduled and due is a status conference on December 20, 2022, at 1:00 pm.

1

5. In light of the aforementioned entry of appearance, undersigned counsel avers with good faith that the status conference is not necessary.

6. On December 19, 2022, Assistant United States Attorney Benet Kearney informed undersigned counsel that she consents to the relief sought within.

WHEREFORE, Mr. Whitton respectfully requests that this Honorable Court grant Defendant's Motion to Cancel Status Hearing.

Respectfully submitted,

*/s/ Komron Jon Maknoon*
Komron Jon Maknoon, Esquire
PA I.D. No. 90466

Maknoon & Associates, LLC
309 Smithfield St., 4th Floor
Pittsburgh, PA 15222
(412) 201-1802
(412) 774-8424 FAX