IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:21-cr-00035-RC-5 |
| | ) | |
| v. | ) | |
| | ) | |
| JACK WADE WHITTON, | ) | The Honorable Rudolph Contreras |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this ___ day of _____ 2022, upon full consideration of Defendant's Motion to Cancel Status Hearing, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

BY THE COURT:


_____, J.
Rudolph Contreras
United States District Judge