IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:21-cr-00035-RC-5 |
| | ) | |
| v. | ) | |
| | ) | |
| JACK WADE WHITTON, | ) | The Honorable Rudolph Contreras |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this ___ day of _____ 2022, upon full consideration of the Motion to Extend Time for Filing Objections to the Final Presentence Investigation Report, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

IT IS FURTHER ORDERED that the time of filing any objections to the Final Presentence Investigation Report are due on _____.

BY THE COURT:

_____, J.
Rudolph Contreras
United States District Judge

1