# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:21-cr-00035-RC-5 |
| | ) | |
| v. | ) | |
| | ) | |
| JACK WADE WHITTON, | ) | The Honorable Rudolph Contreras |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to-wit, this ___ day of _____ 2023, upon full consideration of the Motion to Continue Sentencing, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

IT IS FURTHER ORDERED that the time of filing any Sentencing Memoranda are due on _____.

BY THE COURT:

_____, J.
Rudolph Contreras
United States District Judge

1