## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:21-cr-00035-RC |
| | : | |
| v. | : | **Judge Rudolph Contreras** |
| | : | |
| **JEFFREY SABOL, et al.** | : | **Status Hearing: Preliminary** |
| | : | |
| **Defendant.** | : | |

## PROPOSED PROTECTIVE ORDER

To authorize and expedite the District of Columbia Department of Corrections (DOC) disclosure of video footage that has been requested by Jeffrey Sabol (DCDC# 376-906), it is this _____ day of _____.

**ORDERED**:

1. **Materials Subject to this Order.** Except as provided herein, this protective order ("Order") governs video footage ("covered materials") that is to be disclosed by DOC pursuant to a subpoena issued by defense counsel in the instant case.

2. **Legal Defense Team.** The "legal defense team" includes defense counsel (defined as counsel of record in this case, including any post-conviction or appellate counsel) and any attorneys, investigators, law clerks, paralegals, support staff, and expert witnesses who are advising or assisting defense counsel in connection with this case. The legal defense team shall also include the defendant.

3. **Limitations on Dissemination.** Except as otherwise permitted by this Order, the legal defense team shall not provide copies of covered materials to any person, entity, or public forum, other than members of the legal defense team.

5. **Limitations on Reproduction.** Subject to the limitations contained in this Order, the legal defense team may physically or electronically reproduce the covered materials as deemed necessary by defense counsel for use in connection with this case. Except as authorized herein, the

legal defense team shall not provide a copy, screenshot, or electronic reproduction of the covered materials to the defendant. Any reproductions of the covered materials authorized by defense counsel shall be treated in the same manner as the original covered materials.

6. **Storage Requirements.** Except as authorized herein, the legal defense team shall store the covered materials in a secure physical or electronic environment that limits access to members of the legal defense team.

7. **Responsibility to Prevent Reproduction During Viewing.** If defense counsel authorizes the defendant or a court-authorized person to view the covered materials, the legal defense team shall ensure that the defendant or such court-authorized person does not copy, photograph, take screenshots, or otherwise reproduce the covered materials.

8. **Viewing by Incarcerated Defendants.** If the defendant is incarcerated by the DOC, defense counsel is authorized to provide a copy of the covered materials to the DOC Office of General Counsel so that the defendant can view the covered materials pursuant to DOC's alternative viewing procedure. Nothing in this Order relieves the defendant or the legal defense team of its obligation to execute a waiver, or to comply with any other requirements established by the DOC's Procedures for Attorney Visitation and Discovery/Surveillance Review policy.

9. **Notifications Regarding this Order.** Defense counsel must provide members of the legal defense team, the defendant, and any other court-authorized person, with a copy of this Order before providing them with access to, or permitting them to view, the covered materials

10. **Duration of Protective Order.** The terms of this Protective Order shall survive the final termination of this action and shall continue to apply fully to the subject materials so long as the subject materials have not properly become a matter of public record. Following final termination of this action, this Court shall retain and have jurisdiction over the parties and all persons who received access to the subject materials in accordance with the terms of this Protective Order.

11. **Return of Covered Materials.** No later than thirty (30) days after the final termination of this action, including all appeals, the legal defense team shall assemble and return to DOC the covered materials, including all copies and reproductions of the subject materials. The legal defense team shall be entitled to retain all pleadings and litigation documents, including exhibits and their own memoranda, containing the subject materials, but such litigation documents and memoranda shall be used only for the purpose of preserving a file on this action, and shall not without the written permission of DOC or an Order of this Court, be disclosed to anyone other than the legal defense team to whom such information was actually disclosed, in accordance with this Protective Order during the course of this action.

12. **Automatic Exclusions from this Order.** This Order does not apply to the covered materials that are, or later become, part of the public record, including materials that have been received in evidence in this or other public trials. This Order is not intended to limit the use of the covered materials in any judicial proceedings in this case.

13. **Modification of this Order.** Consent to this Order does not constitute a waiver or otherwise prevent any party from seeking modification of this Order with the Court

**SO ORDERED** this _____ day of _____, 2023.

_____
Judge Rudolph Contreras
United States District Court - District of Columbia

Electronic Copies to:

Eric Glover, General Counsel
District of Columbia Department of Corrections
Eric.Glover@dc.gov

Andrew Mazzuchelli, Attorney Advisor
District of Columbia Department of Corrections
Andrew.Mazzuchelli@dc.gov

Alex Cirocco, Counsel for Jeffrey Sabol
Law Offices of Alex Cirocco
Alex@ciroccolaw.com

Collen Kukowski, Assistaint U.S. Attorney
U.S. Attorney's Office for the District of Columbia
Collen.Kukowski@usdoj.gov