AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. ~~~~ |
| Jeffrey Sabol | ) Case No. 1:21-cr-35-RC |
| | ) |
| *Defendant* | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Correctional Treatment Facility/Office of the General Counsel

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All audio and video recordings from Jeffrey Sabol's Deficiency Report hearing, which occured on February 7, 2023 at the DC Jail.  This production includes, but not limited to, any and all body camera footage from Officer Chioma and audio and video recording from the pod where the hearing took place.  Any paper reports from hearing

| Place: Law Offices of Alex Cirocco, LLC<br>600 Getty Ave., Suite 305<br>Clifton, NJ 07011, or via email if possible | Date and Time:<br>March 31, 2023 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2-17-23

*CLERK OF COURT*                                     OR    _C_____

_____                          _____
*Signature of Clerk or Deputy Clerk*                            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Jeffrey Sabol**
_____, who issues or requests this subpoena, are:

Alex Cirocco, Esq., 600 Getty Ave., Suite 305, Clifton, NJ 07011, alex@ciroccolaw.com, 973-327-9995

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).