UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFREY SABOL et al.,<br><br>　　　　Defendants. | Case No. 21-CR-00035 (RC)<br><br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Alexandra F. Foster, who may be contacted by telephone on (619) 546-6735 or e-mail at Alexandra.Foster@usdoj.gov. This is a notice of her appearance in this matter on behalf of the United States.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　MATTHEW GRAVES
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　*/s/ Alexandra F. Foster*
　　　　　　　　　　　　　　　　　Alexandra F. Foster
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Washington, D.C. Bar No. 470096
　　　　　　　　　　　　　　　　　880 Front Street, Room 6293
　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　619-546-6735
　　　　　　　　　　　　　　　　　Alexandra.Foster@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-00035-RC |
|---|---|
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| JEFREY SABOL et al., | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

On this 15th day of May, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

Dated: May 15, 2023.

*s/Alexandra F. Foster*
ALEXANDRA F. FOSTER

2