UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | Criminal No. 1:21-cr-35-RC-2 |
| PETER FRANCIS STAGER, | ) ) ) | |
| *Defendant.* | ) ) | |

### DEFENDANT STAGER'S UNOPPOSED MOTION TO EXTEND SENTENCING MEMORANDUM AND RESPONSE DEADLINES

Peter Francis Stager, by and through undersigned counsel, respectfully requests that this Honorable Court extend the deadline in which to file a Memorandum in Aid of Sentencing from June 28, 2023 to July 7, 2023 and extend the deadline in which to file a Sentencing Response from July 12, 2023 to July 14, 2023. In support of this Motion, counsel submits the following:

1. On February 16, 2023, the Court entered a Scheduling Order setting a sentencing hearing for July 24, 2023 and establishing the Sentencing Memorandum and Sentencing Response deadlines of June 28, 2023 and July 12, 2023, respectively. *See* ECF No. 282.

2. Undersigned counsel requires more time to draft a Memorandum in Aid of Sentencing, as she has been dealing with a health concern the past few weeks.

3. AUSA Benet Kearney does not oppose this Motion.

In light of the foregoing, Mr. Stager requests the aforementioned relief.

1

                Respectfully submitted,

                _____/s/_____
                David Benowitz, D.C. Bar No. 451557
                Amy C. Collins, D.C. Bar No. 1708316
                Price Benowitz, LLP
                409 7th Street, NW
                Suite 200
                Washington, D.C. 20004
                (202) 417-6000
                David@PriceBenowitz.com
                AmyC@PriceBenowitz.com

                *Counsel for Peter Francis Stager*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 22nd day of June 2023, I caused a true and correct copy of the foregoing Unopposed Motion to be delivered via CM/ECF to the parties in this matter.

_____/s/_____
Amy C. Collins