# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal No. 1:21-cr-35-RC-2 |
| **PETER FRANCIS STAGER,** | ) ) ) | |
| *Defendant.* | ) ) | |

## ORDER

Upon consideration of Peter Francis Stager's Unopposed Motion to Extend Sentencing Memorandum and Response Deadlines, it is hereby,

**ORDERED**, that the Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that the deadline in which to file a Memorandum in Aid of Sentencing is extended from June 28, 2023 to July 7, 2023; and it is hereby,

**FURTHER ORDERED**, that the Sentencing Response deadline is extended from July 12, 2023 to July 14, 2023.

_____     _____
**DATE**                          **RUDOLPH CONTRERAS**
                                  **UNITED STATES DISTRICT JUDGE**