UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:21-cr-35-EGS-2 |
| ) | |
| PETER FRANCIS STAGER, ) | |
| ) | |
| *Defendant.* ) | |

**DEFENDANT STAGER'S SECOND UNOPPOSED MOTION TO EXTEND
SENTENCING MEMORANDUM AND RESPONSE DEADLINES**

Peter Francis Stager, by and through undersigned counsel, respectfully requests that this Honorable Court extend the deadline in which to file a Memorandum in Aid of Sentencing from July 7, 2023 to July 14, 2023 and extend the deadline in which to file a Sentencing Response from July 14, 2023 to July 21, 2023. In support of this Motion, Mr. Stager submits the following:

1. On February 16, 2023, the Court entered a Scheduling Order setting sentencing for July 24, 2023 and establishing the Sentencing Memorandum and Sentencing Response deadlines of June 28, 2023 and July 12, 2023, respectively. *See* ECF No. 282.

2. On June 22, 2023, undersigned counsel filed an Unopposed Motion to Extend Sentencing Memorandum and Response Deadlines. *See* ECF No. 324.

3. On June 23, 2023, the Court entered a Minute Order granting undersigned counsel's Unopposed Motion to Extend Sentencing Memorandum and Response Deadline. *See* Minute Order (Jun. 23, 2023).

4. Undersigned counsel requires more time to draft a Memorandum in Aid of Sentencing, as she continues to deal with the previously cited health concern. *See* ECF No. 324.

5. AUSA Benet Kearney does not oppose this Motion.

1

In light of the foregoing, Mr. Stager requests the aforementioned relief.

Respectfully submitted,

_____/s/_____
David Benowitz, D.C. Bar No. 451557
Amy C. Collins, D.C. Bar No. 1708316
Price Benowitz, LLP
409 7th Street, NW
Suite 200
Washington, D.C. 20004
(202) 417-6000
David@PriceBenowitz.com
AmyC@PriceBenowitz.com

*Counsel for Peter Francis Stager*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 5th day of July 2023, I caused a true and correct copy of the foregoing Second Unopposed Motion to be delivered via CM/ECF to the parties in this matter.

_____/s/_____
Amy C. Collins