EXHIBIT 8



# Political Prisoner Peter Stager



Campaign Created by: **Samantha Littell**

The funds from this campaign will be received by Samantha Littell.

Goal: **USD $100,000**

Raised: **USD $ 31,627**

Peter was arrested January 14th, in connection to January 6th rally in D.C.  Peter went to the Capital that day to hear President Trump and support his fellow patriots.  He did not enter the Capitol Building and does not have any criminal history. Over the last 6 months, Peter has been denied bail, denied his basic human rights, and access to his att'            Need Help? exception of status hearings where he has not been able to speak for himself.  Peter is a loving father to two beautiful well rounded children, a supportive husband and a loyal friend.

The stress and heartache that not only Peter's kids and wife, but **all** the Political Prisoners families are going through I would not wish on anyone. I am asking for your prayers, love, and support for our loved ones and their families.

Thank you

**Read less**



## UPDATES

**Update #2**                     
**August 6, 2021**

It's been a rough week. School is about to start and this part of the year has always been a family affair.  Picking up new class schedule, meet our new teachers and go out to dinner after together. This is the first time in 11 years that Peter was not with us during this exciting time. I tried my best to keep this week as normal as possible.  After leaving the school we went to eat, while waiting for our

**Read more**

---

**Update #1**                     
**August 3, 2021**

I am so overwhelmed with all the prayers and support my family has received over the weekend. I would like to give a huge thank you and HUG to all of you for your prayers and support for my family during this time in our lives. I truly believe the Lord does not give us any obstacle we cannot overcome, and with your prayers and support we WILL overcome this obstacle. From the bottom

**Read more**

FOLLOW



## PRAYER REQUESTS

Click the Pray button to let the campaign owner know you are praying for them.

PRAY

Recent Donations

USD $
100

**Anonymous Donor**

57 days ago

 1

USD $
400

**Anonymous Donor**

84 days ago

Proverbs 28:1 The wicked flee though no one pursues, but the righteous are as bold as a lion.



See all                                                                          See top donations



**GiveSendGo, the place where help and hope go hand in hand.**

**Start a GiveSendGo**



Select Language | ▼

6/26/23, 10:53 PM

Case 1:21-cr-00035-RC  Document 383-1  Filed 07/13/23  Page 6 of 6

GiveSendGo - Political Prisoner Joseph Stager Identity #7 Flab Christian fundraising Site.



Support GiveSendGo

| | | | |
|---|---|---|---|
| Blog | Jobs | Press | Contact Us |
| Testimonies | Prayer Wall | Pricing and Fees | Terms of Use |
| GiveSendGo Tips | Giver Army | Help Center | Privacy Policy |

© 2023 -- GiveSendGo