IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CASE NO. 21 Cr. 35 (RC) |
| **PETER STAGER** | : | |

### GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel via USAfx, in relation its sentencing memorandum (ECF No. 333). These exhibits will be offered into evidence during the sentencing hearing scheduled for July 24, 2023.

The proposed exhibits are as follows:

1. Government Exhibit 2 is a clip from an open-source video filmed on the Lower West Terrace of the U.S. Capitol building. The clip is approximately 2 minutes and 2 seconds long. The events depicted occurred between approximately 4:26 p.m. EST and 4:28 p.m. EST on January 6, 2021.

2. Government Exhibit 4 a clip from an open-source video filmed on the Lower West Terrace of the U.S. Capitol building. The clip is approximately 3 seconds long. The events depicted occurred at approximately 4:27 p.m. EST on January 6, 2021.

3. Government Exhibit 5 is a clip from the body-worn camera video of MPD Officer A.W. The clip is approximately 2 minute and 3 seconds long. The events depicted in the exhibit occurred between approximately 4:26 p.m. EST and 4:28 p.m. EST on January 6, 2021.

4.      Government Exhibit 6 is a clip of video footage filmed by a British news outlet on January 6, 2021.  The clip is approximately 34 seconds long.

5.      Government Exhibit 7 is a clip from an open-source video filmed on the Lower West Terrace of the U.S. Capitol building.  The clip is approximately 2 minutes and 31 seconds long.  The events depicted in the exhibit occurred between approximately 4:26 p.m. EST and 4:28 p.m. EST on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BY:   _____
Benet J. Kearney
Assistant United States Attorney
N.Y. Bar No. 4774048
1 Saint Andrew's Plaza
New York, N.Y. 10007
(212) 637 2260
Benet.Kearney@usdoj.gov