# **EXHIBIT B**

The Honorable Rudolph Contreras

United States District Judge

United States District Court for the District of Columbia

333 Constitution Avenue NW

Washington, D.C. 20001

Your Honor,

My name is Samantha "Nicole" Littell. I am Peter Stagers wife of 19 years. I first meet Peter in the Fall of 2000 and we were married on June 3rd, 2004. We have lived at the same house with our two children: ages 17 and 15 in Conway, Arkansas since July 2006.

Peter Stager is a very outgoing individual. His is an extremely kind, caring, and thoughtful human being. I have never met an individual that did not take a liking to Peter after talking with him. I understand the charge that Peter is being charged with and I must say that his behavior that day at our Capitol is completely out of character for Peter. In the 23 years that I have known Peter he has never shown any type of anger much less violence. He is a wonderful husband and an amazing nurturing father to his children.

Peter is the type of person that you want to find you if you are stuck on the side of the road in the middle of nowhere. He is going to stop and help you get to a safe place. Peter has always been a giving person to those who need help. We were at Lowes hardware store one summer and there was a man and his wife walking around the parking lot asking for money. They approached myself and Peter, Peter spoke with the man and found out that they had children with them and they were a few dollars short to get a hotel room for the night. Peter not only gave this gentleman some cash but he also went to the hotel and paid for 2 or 3 nights for this couple so their children would have a bed to sleep in. Peter has on numerous occasions taken homeless gentlemen to lunch with him that are by his job site to feed them. Peter was working construction in San Francisco, CA. He ended up in the ER with some heart issues. I got off work and immediately flew to him to drive him home. When I got to his job site I noticed a man sleeping on the sidewalk in the middle of the day. The first thing I noticed when seeing this individual asleep on the sidewalk was his blanket. It was a blanket that Peter kept in his van. When I asked about it his co-workers informed me that Peter had given this gentleman his blanket to keep him warm at night and that Peter also takes him to lunch to feed him. Acts like these are what are the normal everyday things that Peter does. Its like second nature to him to take care of those around him.

Peter has always been very involved with his children's school. When our son was in Pre-K, Peter bought and cut out wood for bird houses for not just his son's class but the entire pre-k. He spent a whole day at the school helping each child build and decorate their own bird house. When our children were is elementary school, Peter was on a first name basis with the Principal, Asst. Principal, office staff, and all the teachers. He volunteered for Watch Dog Dads and read books to the younger classes. He was involved with the PTA and helped get volunteers from local companies for the schools annual float parade.

Peter has always had a kind soul.  The events that happened on January 6th, 2021 I believe are an isolated incident for Peter.  His actions that day are so out of character for him.  I do believe that he is very remorseful for his actions that day.  When he was driving home to turn himself in, I was on the phone with him, he was mortified about his action.  The first thing he told me was he was coming straight home to turn himself in.  He even called the local Sheriffs office to speak with a Sheriff that we know to turn himself in. He has apologized to his children and myself on multiple occasions.

Samantha Littell