# Exhibit C

Your Honor,

My name is Anita Stager. I'm 45 years old. Peter Stager is my brother. I've known him for 43 years. We are very close and have been around each other since he was born. Peter is very hardworking, family oriented, positive, kind, loving, devoted, friendly, understanding, giving, funny, laid back, open minded, thoughtful. I'm going to share some personal stories. I feel this is important because I feel this is what built his character. The man that family and friends know. He is very sociable and well liked by so many. At a very young age him and I experienced a lot of things in life. We don't look at ourselves as victims. As these experiences built our character. We are Mexican American and lived in California. ▮▮▮▮▮▮▮▮▮▮▮▮ We have four other siblings. Gina, Pokey, Baby Tilly and Viejito. My mom had two brothers. We were around them often at the beginning of our childhood ▮▮▮▮▮▮▮▮▮▮▮▮ Gina was the only sibling we had at this time. Mom would leave Peter and I with one of them when ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

This went on for a long time. Our uncle moved away and never saw him again. Life continued. We were homeless. We spent a lot of time at the park. We played there and had the time of our lives. We were happy when mom said we can sleep there. This eventually became our home. Our mom did her best to keep us safe and fed. It seemed we were always looking for food. I remember the hunger pains and my siblings cries for food. There was a corner store we had visited. Our mom had told us what to do and say once we were in the store. Peter and I were instructed to act like we couldn't find mom. The manager would help us look. We would grab food as we walked and stuffed our lunch box. Most of the time Peter and I would rummage through trash and dumpsters for food to feed ourselves and younger siblings. Peter and I made sure our siblings ate first. If there was enough to go around, we would eat. At times we would get lucky and a nice stranger would help. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ There were times we didn't see them for days. I would take care of Peter and our younger siblings. Our youngest brother was a small baby, Viejito. Peter found a toy pink stroller with a broken wheel in the trash and we used this to push Viejito around as we looked for food or just wandered around. We were so excited for the stroller. When mom and or Gina would show back up, they would get a room at a motel. We were familiar with the motel. It looked very old and run down. We didn't mind. It felt safe for that moment. We would stay there for a day or two. Many times ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ his day was different. She left with a John. Mom didn't come back. Our sister Gina was there and left to care for us. We didn't have any food. We were very hungry. We hadn't eaten all day. We left our room and start knocking on doors. A lady answered and let us in. She was really nice. She fed us strawberry shortcake and whipped cream. We were so grateful and had never eaten it before. The couple asked where our parents

were and we told them our mom was gone and Gina's at the motel room. As we were finishing up the cake, there was a knock at the door. It was the police. They loaded us up and took us to the station. The nice lady apologized. Our lives were forever changed. Peter and I cried for our mom. Our other siblings were sitting in silence and scared. They took our siblings to another room and we never saw them again. We were devastated. It was hard on Peter and I when they took our siblings, especially our baby brother. From that moment, it was Peter and I. We went into the system. Several foster homes. We were with a family for two years before being adopted. I was age 7-9, Peter 5-7. Our foster parents were Ben and Linda Goodwin. We were moved to Yucaipa, California. She was a nurse and he was a carpenter. There were several rooms and foster children in the household. Teenagers to babies. Ben was very strict and

Luckily, Peter and I met Ron and Kathy Stager. They were looking to adopt. They had two children of their own. They were interested in adopting a male. We met with them at a park with our social worker, Randy. I remember how nice they were. Peter and I were so excited. It was nice feeling the love for the moment. We got attention, hugs and smiles. Ron and Kathy needed to discuss further because I was older, 9 years old. They felt that I had a lot of baggage being that I was

They thought this could be in issue. We were sent back to the Ben and Linda. They discussed it and decided they could not split us up. We were adopted. No longer Lopez. Now Stager's. We were excited. We moved to San Bernardino, California. Our new siblings, Melissa and Chuck. Melissa is currently 49 and Chuck is 46. Meeting our new siblings was exciting. Peter was now the youngest, 7 years old. Chuck, 10 years old. Melissa, 13 years old. There was a lot of jealousy from them once we came along. We got tons of attention for a bit. The jealousy seemed to sizzle down. Eventually, we moved to Arkansas due to my grandmother, Estelle getting ill. My family moved down to Jacksonville. We were in elementary school school and Melissa in junior high school. Our childhood seemed to be pretty normal starting off with the Stager's. Ron, our dad worked hard for our family. Kathy worked as well. We had normal friendships and family time. Peter had many friends. He was well liked by many. Great family relationships. At the end of elementary school our household

changed a bit. 

weren't into trouble. We were well behaved. A switch flipped in Kathy. Our dad was pretty relaxed most the time. My dad is a Catholic Deacon. We grew up in a religious household. We went to church weekly and Sunday school. They had a normal marriage. Our dad always let her get her way and rarely said no. Kathy made us believe that we had no choice but to do as she says. When she felt guilty or bad, she would buy us something as an apology. That was her way of showing love. Peter and I never felt real love from her. We did from our dad. He's a very genuine and loving man. He's an alcoholic but it never made him abusive in any form that I remember. Kathy was and still is erratic. She has her highs and lows. She's still the same person as of today. Melissa, Peter and I both left the home young. I left at 18 because she got in my ███████████████████████████████████████ I told her to stop and she grabbed me. I told her I don't deserve that treatment. I left and never returned. We never knew what each day would bring for years. We had a lot of fun and happy memories. We had friends over a lot doing cook outs and sleepovers, etc. It just seems the bad stand out the most. There's so much more to share but I think that you see what was experienced. Peter has been my rock and I have been his through our childhood and adulthood.

Peter has beat the statistics of his past. He is a hardworking man. He works hard for himself and family. He loved driving big trucks. He's a jack of all trades. A go getter. He does not like to sit idol. He has to be doing something productive. He's happily married and has two kids, Adam and Logan. Before going to jail Peter was actively involved with his wife, kids, family and friends. Peter is a productive member of society. He loves helping people and takes pride in what he does. He will donate his personal time to help you. My brother helped organize a Christmas donation drive for kids while in DC jail. He was very involved with the community in where he lived. Donated supplies frequently to schools. He was very involved with Adam and Logan's extra curricular activities. They were involved in sports, gymnastics, mma. He has a very close and loving relationship with his children. His children can talk with him about anything. Peter is very open minded. He will not fault you for having a different thought or opinion. He keeps things at a positive level. Very easygoing. He would often hang out with me and my kids. Peter keeps me going and has always been the positive light I need in my life. Many people would agree with that. Peter would give the shirt off his back. In the beginning of 2014 I called Peter to please pick me up. ████████████████████
He picked me up and let me stay until I found a safe place to move. He always has your back

and is willing to help. You can call or text him any time. He would be there. He has a big heart. Peter has been there for many people in need. I was blown away and in shock when my sister, Melissa called me about the incident. I did not believe her and had to look for myself. I was still in disbelief. Peter would never. It is totally out of character. I still can't wrap my head around it. Several family members and friends reached out to me. They didn't believe it either. My brother has always had respect for law enforcement/officers and the law. He has no history of this type of behavior. I don't know why it happened. I most certainly know he will never violate the law again. I know he has remorse. It bothers him how it affected the individuals involved. Talking with him, I can feel the remorse. I've never known him to do anything of this nature. Peter will not be in this type of situation in the future. I know deep down he did not mean to do wrong. I hope this helps you to know who my brother truly is. Thank you for accepting and taking time to read my letter.


Sincerely,

Anita Stager

*Anita Stager*