# **EXHIBIT D**

RONNIE WASHAM

TO WHOM IT MAY CONCERN,

   I HAVE KNOWN PETER STAGER SINCE HE WAS 11 YEARS OLD. HE IS MY SONS BEST FRIEND SINCE THEY MET AS NEIGHBORS AND WENT TO GRADE SCHOOL AND JR HIGH SCHOOL TOGETHER.  PETER EVEN LIVED WITH MY SON AND HIS MOTHER FOR A TIME.

   I HAVE KNOWN PETER TO BE A HARD WORKING YOUNG MAN WHO HAS TRIED TO DO A GOOD JOB AT ANY TASK SET BEFORE HIM.  I ALSO KNOW THAT HE HAS WORKED HARD TO PROVIDE FOR HIS FAMILY.  I HAVE FOUND HIM TO BE COURTEOUS AND RESPECTFUL IN HIS WORK ETHIC

   I KNOW HIS WIFE AND CHILDREN AND I KNOW THE HURT THEY ARE GOING THROUGH. I ALSO DONT UNDERSTAND WHY HE IS BEING HELD WITHOUT BAIL WHEN PEOPLE WITH MUCH MORE SERIOUS CHARGES ARE RELEACED ON BAIL.

I WOULD HATE TO SEE HIS AND HIS WIFE AND CHILDRENS LIVES BE RUIEND OVER THIS ONE INSIDENT AND PETER BEING CAUGHT UP  IN THE  MOMENT.

                                    SINCERELY:
                                    RONNIE WASHAM

*Ronnie Washam* (signature)