# EXHIBIT E

To whom it may concern:

I am writing this statement regarding Peter Stager. I have had the pleasure of Peter being my best friend/brother for twenty-eight years. I initially met Peter when we moved in two houses down from his adopted parents' house. Right away Peter and I became close and developed a friendship that will last our whole lives. From the time I have known him he has never been a bully and always tried to stand up for what was right and even would spend his free time in school helping teach art to special education students. His home life at his adopted parents' house wasn't always the greatest to the point that when he was a senior in high school and seventeen years old, he had moved out and in with my mother and me. A good enough person that my mother loved him like a son, and I like a brother. Peter is known to be a good student, teammate, and employee to all that have had the pleasure of knowing him.

Peter is a valuable member of society. He is a husband and a father to a wonderful family. Peter has always been a supportive husband and father to his family and helped them be the best that they could be in life. Peter has sacrificed to make his family's life better than his growing up because it was not always easy for him. Before he was adopted, he lived on the streets when his parents abandoned him and had to sleep on a park bench had a young age. He was in foster homes and was abused and did not want a life like that for his children. He took the time for two years to be a volunteer security guard in the elementary school where his daughter went to school. Administration as well as the parents loved him and trusted him with their children daily. Peter has worked in residential construction, oilfield services, commercial construction, and a commercial truck driver. He has always strived to be excellent at any job or task he is set out to do, probably one of the best and hardest workers I have ever known.

The events of January 6th I cannot speak of because I do not know. I do know that I cannot take one day out of a man's life and judge his character by that one day, No one that knows him can. All that have reached out have been nothing but nice because they know who this man truly is inside. People deserve a second chance mistakes were made but as I have said a man's character should not be determined by one event.

Sincerely,

Christopher Mark Washam

*[signature]*