# EXHIBIT E

June 21, 2021

To Whom It May Concern
RE: Peter Stager

I have known Peter Stager since he was approximately eleven years old. Peter was adopted at a very young age. He did not have the best parental situation, in regards to his adopted parents. This led to him living with my family, when was in school. He had always been a good student, a good teammate in sports, and a hard worker. I had never known of him being in trouble.

Peter is married to a lady that cares for our veterans. He is a father that cares for his children. He worked very hard in the construction industry to take care of his family. He traveled the country, in this capacity. He has driven commercial trucks over the road to take care of his family. I had never known of any incidents in all his travels. Peter is also a man that will let a friend barrow anything he has, and expect nothing in return. Peter is a person that I have trusted with the keys to my homes.

I cannot speak to the events that led to January 6, 2021 or Peter's involvement. It was very uncharacteristic of the Peter Stager that I have known for most of my life. I ask that you please consider that Peter is a husband and a father without a criminal record. Peter is a very hard worker who loves his family, and cares a lot about this country. Please consider that people make mistakes and deserve a second chance in the United States of America.

Thank you for your time and consideration for Peter Stager.

Sincerely,

Gary Washam, MBA, MSN-FNP