# EXHIBIT G

The Honorable Rudolph Contreras
United Sates District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW,
Washington D.C. 20001

Dear Judge Contreras:

My name is Jean Heslip. I have known Peter Stager for 20 years. We were introduced through his mother who was originally a co-worker of mine. I am currently the Corporate Director of Human Resources, but at that time, I was the Director of Catering. I hired his mother, Kathy, to be my Catering Manager. It did not take long for us to form a friendship that would last a lifetime. In fact, the Stagers are much more than friends they are family. When Kathy found out that I had relocated from Colorado to Arkansas, she "adopted" my husband and me. The rest of the family followed suit with open arms. Ron and Kathy Stager have been with us for the births of our two children, traveled to Colorado for my father's funeral, and the next year for my niece's wedding. We celebrate holidays and birthdays together. We share in the joys and sorrows of each other's lives. Arguably, the most sorrowful moment happened on Jan 6, 2021.

I will never forget when Kathy called me and told me what had happened that day. Her emotions ran the gamut from outrage, to disbelief, to utter despair. I thought how could this have happened? How could Peter have been involved? I thought back to all the times we gathered for Christmas with him, his wife and two children. Our children have played together so many times. Peter was always the one who would volunteer to watch the kids at family events. He and his wife supervised a play date for my daughter and their children at their house. My son ▮▮▮▮ and is very active. Peter was always the one to get my son involved in an activity to keep him out of trouble. His nature with all the children, but especially with my son, was genuinely caring. Peter was so kind and always engaged people in conversation, so no one felt left out. I remember a specific instance when my husband was out of town and our hot water heater broke. Peter heard through his mom about the situation. Peter ended up coming to the house while we were at work and school. Peter removed the old water heater, and did all the work associated with that. He then researched what water heater was the most reasonable for us. He took his own money, purchased the water heater and installed it. We came home to hot water. The fact that he really did not need to do any of that speaks to the character of the Peter I know.

I remember Peter being a bit shy, at first. I thought him to be very passive. As at most family gatherings things can be brought up that don't sit well with everyone. Peter never took offense, and just let things go. He was very respectful and always polite. Ever since I have known Peter, he has been employed. He has worked hard. I have known him to travel far from home for his job to provide for his family. He has been a productive member of society, and given the chance will be again. I have not spoken to Peter, but judging from the man that I know, I am certain he is remorseful and regrets any role he played in the events of Jan 6th. In my opinion, his actions that day were completely out of character, and I cannot help but think that he has learned a valuable lesson through all of this. I look forward to the day that

Peter is released and takes the opportunity to live up to his potential; to make his mark on the world for all the right reasons.

Best regards,

*Jean Heslip*

Jean Heslip