# EXHIBIT H

The Honorable Rudolph Contreras

United States District Judge United States District

Court of the District of Columbia

333 Constitution Ave, NW

Washington, D.C. 20001

Dear Judge Contreras;

My name is Ronald Stager. I am Peter's father. It is my hope to simply shed some light on Peter and his life. At age eight my wife and I took custody through DHS of Peter and his sister Anita. They had been found in a hotel dumpster forging for food for themselves and a one your old sister. Some months later my wife and I adopted them and changed our family from a family of four to a family of six. Peter became an important part of the family he was interested in helping and being loved. As a young adult he participated in sports. Baseball track and football. He was sent a letter of interest from Penn University. He chose to be distracted by girls and dropped football. I began to lose hope in him. The thing he had going for him is he was always a hard worker. Out of school he went to work for construction companies and learned a lot of new skills. When he was in his twenties he married his wife, Nicole and they have two children. He was and is a loving caregiver for his family. He worked hard and often away from home just to make sure his family had money. The day he was in D.C., he was in a company truck. I hope you can take into consideration much of the good he has done in changing his life. Family, friends and his willingness to always help his neighbors. He does deserve whatever punishment you deem necessary; I just hope you can consider what he has done with the good parts of his life and return him to all of us who love him.

Sincerely,

Ronald F. Stager

Dad