# EXHIBIT I

The Honorable Rudolph Contreras
United States District Judge
United States District for the District of Columbia
333 Constitution Avenue, NW,
Washington D.C. 20001

Dear Judge Contreras,

    My name is William A (Lon) Littell and I am writing to you in regards to Peter F. Stager.

    I am a Retired Respiratory Therapist, having served over 32 years with the Veterans Administration in Little Rock AR. My last 12 years I served as the Director of the Respiratory Care Department.

    Peter Stager is my son-n-law. I have known him for over 20 years. He and my daughter Samantha Nicole, have been married for 18 years and they have two children together, Adam and Logan.

    Peter has always been a very good husband and father to his family. He has always had a job or a business of his own for the whole time that I have known him. He is an excellent carpenter and has helped me with projects at my home on more than one occasion.  I have never known Peter to be political in any aspect. It was quite a surprise to me when I found out that he had participated in the January 6 episode in D.C.  I have not had the opportunity to talk to my son-n-law since his arrest, but from talking to my daughter, I know that he is very remorseful and deeply regrets his actions on that day, and those actions are very uncharacteristic for him.

    I have never had any reason to question Peters character. He has always been very respectful to not only me, but other members of our family.

This one incident does not alter that.  I know, like I stated above, that Peter is not only remorseful but also embarrassed by his actions, not only for himself but for his family as well. It has been very difficult for him to be away from his family.

     I am very confident that something like this will never happen again. I also know that Peter wishes to stay close to home and not travel as a truck driver any longer. He will more than likely start up his handyman business again and stay close to home.

     I am very confident that Peter will be a productive member of society and will not have any more legal issues or violate the law again.

     He has always been very helpful to friends with his knowledge of carpentry and construction.

     He has also always been very involved with his Childrens activities and school work. He calls them several times a week and encourages them with their school work and activities.

     I hope that this letter is helpful to you to know Mr. Stager a little better.


Sincerely,


William A Littell