UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>PETER STAGER, )<br>      *Defendant.* )<br>) | Criminal No. 1:21-cr-35-RC-2 |

**DEFENDANT STAGER'S NOTICE OF FILING OF EXHIBITS
PURSUANT TO LOCAL CRIMINAL RULE 49**

Peter Francis Stager, by and through undersigned counsel, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and government counsel via Box.com, in relation to his Memorandum in Aid of Sentencing.

The proposed exhibits are as follows:

1. Exhibit L is a clip from an open-source video filmed on the Lower West Terrace of the U.S. Capitol on January 6, 2021. The clip is three (3) minutes and five (5) seconds in duration. It depicts the moments following Mr. Stager's efforts to render aid to an individual.

2. Exhibit M is a clip from an open-source video filmed on the Lower West Terrace of the U.S. Capitol on January 6, 2021. The clip is thirty-seven (37) seconds in duration. It depicts Mr. Stager's efforts to render aid to an individual.

3. Exhibit N is a clip from an open-source video filmed on the Lower West Terrace of the U.S. Capitol on January 6, 2021. The clip is four (4) minutes and three (3) seconds in duration. It depicts Mr. Stager's efforts to render aid to individuals; it ends just before he was maced when trying to walk to render aid to an individual.

4. Exhibit O is a clip from an open-source video filmed on the Lower West Terrace of the U.S. Capitol on January 6, 2021. The clip is one (1) minute and thirty-one (31) seconds in duration. It depicts the moments Mr. Stager's efforts to render aid to an individual.

Respectfully submitted,

_____/s/_____
David Benowitz
D.C. Bar No. 451557
Rammy G. Barbari
D.C. Bar No. 1032106
Amy C. Collins
D.C. Bar No. 1708316
Price Benowitz, LLP
409 7th Street, NW, Suite 200
Washington, D.C. 20004
(202) 417-6000
David@PriceBenowitz.com
Rammy@pricebenowitz.com
AmyC@PriceBenowitz.com

*Counsel for Peter Francis Stager*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of July 2023, I caused a true and correct copy of the foregoing Notice to be delivered via CM/ECF to the parties in this matter.

\_\_\_\_/s/_____
David Benowitz
Rammy G. Barbari
Amy C. Collins