| Name | Resolution | Key Facts | Charge(s) | Term Imposed - Months | Term Govt. Requested | Guidelines | Other Notes |
|---|---|---|---|---|---|---|---|
| **Mark Leffingwell** 1:21-cr-5-ABJ-1 | Guilty Plea | Leffingwell entered the Capitol at the Senate wing doors and chanted at officers standing before him to "join us"; in response to officers pushing back Leffingwell and the rest of the crowd, Leffingwell punched 2 officers a total of 3 times | 111(a) | **6** | 27 | 24-30 (Plea Agreement) | |
| **Grayson Sherrill** 1:21-cr-282-TSC-1 | Guilty Plea | When an officer was separated from the CDU line and was being attacked by another individual, Sherrill violently swung and struck the officer with a metal pole; Sherrill then made his way into the Capitol building with the metal pole; Sherrill banged on a door with the metal pole, joined a mob of individuals that overtook a vastly outnumbered police line in the Crypt, chanted "NANCY! NANCY!" as he approached House Speaker Nancy Pelosi's office; after he left the building, Sherrill climbed on a government vehicle and watched the continued chaos as officers tried to reclaim the Capitol; after January 6, 2021, Sherrill deleted videos from his cell phone that he took at the Capitol | 111(a) | **7** | 41 | 37-46 (Plea Agreement) | Plea agreement included dangerous weapon enhancement |
| **Troy Sargent** 1:21-cr-258-TFH-1 | Guilty Plea - without Plea Agreement | Sargent struck an officer with his open hand 1 time and attempted to do so a second time (instead, he struck a member of the crowd); Sargent told officers "fuck you guys, you guys are either with them or with us and repeatedly berated officers"; Sargent later told someone he punched a cop 3 times on the visor; Sargent later told someone else that he "Duff that cop out twice"; in a Facebook message to group of approximately 50 people, sent later on January 6, Sargent wrote "After I seen them [the police] throwing them flash grenades into the crowd I had to get off the ladder and go get me some"; Sargent also later sent a direct message to someone saying, "I got two hits in on the same rookie cop and then he maced me," and, "yeah every time he came in his | 231(a)(3) 111(a)(1) 1752(a)(1) 1752(a)(2) 1752(a)(4) 5104(e)(2)(F) | **14** | 27 | 24-30 (Govt. Memo.) | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | visor was all full of [mace so] I knew [he] couldn't see s*** so I just jumped out from behind somebody punched him as hard as I could [right] in his [visor]"; after his arrest, Sargent lied to the FBI about his actions | | | | |
| **Joshua Hernandez 1:22-cr-42-CRC-1** | Guilty Plea | Hernandez climbed through the window at the Senate Wing Door; Hernandez entered the Speaker's Conference Room and Senate Gallery; Hernandez hit a door in the hallway with his flagpole; Hernandez attempted to enter where congressional staff were barricaded in an office; Hernandez assaulted a police officer with his flagpole by hitting him in the head | 231(a)(3) 111(a) | 24 | | 24 to 30 (Plea Agreement) | Court declined to apply the dangerous weapon enhancement for Hernandez's use of a flagpole to strike an officer in the head |
| **Ricky Willden 1:21-cr-423-RC-1** | Guilty Plea | Willden assaulted numerous officers with a chemical irritant while he wore goggles that he had brought with him; Willden then threw the chemical irritant canister at officers; Willden entered the Capitol; after January 6, Willden deleted Facebook messages and videos; Willden is a member of the Proud Boys | 111(a) | 24 | 30 | 24-30 (PSR) | At the time of his sentencing, Willden had a pending charge for felony assault of his spouse with a deadly weapon and had been using illegal substances while on release<br><br>Willden did not receive the dangerous weapon enhancement |
| **Kevin Creek 1:21-cr-645-DLF-1** | Guilty Plea | Creek brought mace and a knife to the Capitol; Creek pushed through the barricade and grabbed Officer J.C.M., driving him back forcefully several feet and striking him in the face shield before letting him go; Creek shoved Officer R.S.E. to the ground and kicked him; Creek picked up a ratchet strap (a thick strap with heavy metal buckles) and threw it at officers | 111(a) | 27 | 27 | 24-30 (Plea Agreement) | Dangerous weapon enhancement not applied |
| **David Judd 1:21-cr-40-TNM-3** | Stipulated Trial | Judd led, coordinated, and otherwise participated in efforts to breach the police line and enter the West Tunnel; Judd passed items into the tunnel to be used | 111(b) 1512(c)(2), 2 | 32 | 90 | 78-97 (PSR) | Govt. asked to apply 1-level upward departure under terrorism enhancement |

2

| | | | as weapons; Judd threw a firecracker into the West Tunnel | | | | 87-108 (Govt. Memo., after departures) | Although it provided for a 3-level reduction for Acceptance of Responsibility in its Memo., at sentencing, the Govt. argued against the reduction because, following the stipulated trial, Judd refuted facts agreed to in the Statement of Offense for the stipulated trial<br><br>Govt. characterized his conduct as "some of the most aggravating conduct that we've seen on January 6th"<br><br>The Court found the firecracker to be a dangerous weapon and that Judd intended to cause bodily injury by throwing the firecracker<br><br>The Court disagreed with the Guidelines' range proposed by Probation (78-97 months) and the Govt. and found a range of 37-46 months |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | The Court then varied downward to impose a sentence of 32 months, finding the "advisory guideline produces an advisory sentence that is overly harsh" |
| **Matthew Miller** 1:21-cr-75-RDM-1 | Guilty Plea | Miller threw an object towards the Capitol; Miller used a temporary barrier to scale the Capitol; Miller helped others scale the Capitol walls and other architectural obstacles; Miller encouraged individuals to push towards the tunnel entrance; Miller threw objects at officers (e.g., beer cans, batteries); Miller used a fire extinguisher to spray into the tunnel against more than a dozen officers as others were assaulting the officers | 1512(c)(2) 111(a) | 33 | 51 | 41-51 (Plea Agreement) | |
| **Alan Byerly** 1:21-cr-527-RDM-1 | Guilty Plea | Byerly purchased a stun gun prior to January 6, 2021; Byerly brought stun gun to Capitol; Byerly dragged and shoved a reporter; Byerly used stun gun against at least 2 officers; Byerly hit and pushed officers; Byerly took an officer's baton; Byerly assaulted a group of officers using an enormous all metal Trump billboard with sharp edges that was capable of splitting someone's head open as a battering ram; viciously assaulted a member of the press, dragging him up and down the staircase | 111(a) 113(a)(4) | 34 | 46 | 37-46 (Plea Agreement) | |
| **Logan Barnhart** (Co-Defendant) 1:21-cr-35-RC-6 | Guilty Plea | As Whitton was attacking an officer, Barnhart climbed over a banister and went up a set of steps towards the officer in the Tunnel Archway; Whitton grabbed the officer first by his baton and then by the helmet and the neck of his ballistic vest; as he did this, Barnhart grabbed the officer's neck and torso and dragged him in a prone position from the police line, out of the Archway, and down a set of stairs; several minutes later, Barnhart returned to the Archway, where others were assaulting the line of officers by slamming riot shields into them, striking them, and throwing objects at them; there, Barnhart | 111(b), 2 | 36 | 63 | 51-63 (PSR) | Plea Agreement did not include dangerous weapon enhancement even though Barnhart used a flagpole to try to strike officers

Judge Contreras noted Barnhart's criminal record suggested some level of aggressive disputes and in at least |

4

| | | joined others in charging against the police line and pushed other people from behind, supporting them and propelling them forward into the line of officers; Barnhart then approached the line of officers wielding a flagpole and used it to strike the officers | | | | | one instance the presence of a firearm during that dispute<br><br>Judge Contreras noted that, because of Barnhart's history of violence against law enforcement and past aggressive acts (at least one in which a firearm was present), the Court was concerned that Barnhart could reoffend if sufficiently angered (thus, potentially posing an ongoing risk to the public)<br><br>Judge Contreras observed that Barnhart grew up in an intact household, in a supportive community where all his material needs were met<br><br>Judge Contreras observed that Barnhart had no history of drug abuse or physical abuse in the home |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| **Nicholas Brockhoff** 1:21-cr-524-CKK-1 | Guilty Plea | Brockhoff threw an object from the West Terrace towards officers; Brockhoff discharged the contents of fire extinguishers on multiple occasions and from at least 2 different locations, both elevated positions; while very close to the Lower West Terrace Tunnel, Brockhoff obtained an officer's helmet, which he wore like a trophy that afternoon; Brockhoff entered a Senate Conference Room through a broken window and then forcibly entered another room in the Capitol by kicking the door and directing others to do so; while in one of the rooms, Brockhoff tore open a box and riffled through papers | 111(b) | **36** | 51 | 46-57 (Plea Agreement) |
| **Aiden Bilyard** 1:22-cr-34-RBW-1 | Guilty Plea | Bilyard used a metal bat to shatter the lower glass portion of a window; Bilyard encouraged others to crawl through and enter the building using the breach point he created, and was the first individual to crawl through the window into a Capitol conference room; Bilyard sprayed "Home Defense Pepper Gel" at a group of officers (L.H. instantly recognized the orange substance as a capsaicin-based product but described it as being far stronger than any chemical munition he had previously been exposed to. L.H.'s exposure to chemical spray on January 6, 2021 caused him extreme pain and incapacitated him); Bilyard took the same set of stairs towards the LWT tunnel as the retreating officers; Bilyard showed no remorse after; when his mother contacted him after he brought back a canister of pepper gel from the riot, he joked in a text message that he "[h]ad to bring something back"; Bilyard lied to FBI agents during an interview, claiming that he only participated in lawful activities while at the Capitol | 111(b) | **40** | 47 | 46-57 (PSR) |
| **Scott Fairlamb** 1:21-cr-120-RCL-1 | Guilty Plea | Fairlamb climbed West Terrace scaffolding; Fairlamb pushed through a police line and metal barricades and obtained a police baton; Fairlamb recorded a video about intent to storm the Capitol; Fairlamb entered the Capitol with the baton; | 1512(c)(2) 111(a) | **41** | 44 | 41-51 (Plea Agreement) |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Fairlamb entered the Senate Wing 1 minute after it was breached, screaming at the officers, armed with a police baton which he brandished; Fairlamb after exiting, he followed a police line and cut off an officer, who he shoved into crowd members and punched in the face; after January 6, he both lied about and bragged about his activities | | | | |
| **Greg Rubenacker 1:21-cr-193-BAH-1** | Guilty Plea | Rubenacker was one of the first people in the Capitol; Rubenacker entered the Capitol twice; Rubenacker swung a plastic bottle at an officer's head and sprayed water from it across multiple officers; chased an officer through the Capitol, berating him and other officers | 231(a)(3) 1512(c)(2) 111(a) 1752(a)(1) 1752(a)(2) 1752(a)(4) 5104(e)(2)(D) 5104(e)(2)(E) 5104(e)(2)(F) 5104(e)(2)(G) | **41** | 46 | 41-51 (PSR) | |
| **Gregory Nix 1:21-cr-678-BAH-1** | Guilty Plea | Nix entered the Capitol; Nix attempted to breach the East House Doors by banging the end of a flagpole against the door; Nix later used a baton to bang against the East House Doors; Nix verbally engaged with officers; Nix used a flagpole to hit an officer in the head and thrusted and threw the flagpole at that officer; in a text message, Nix wrote that he had "no problem with tar and feathering" when the individual he was conversing with commented January 6 may get violent | 111(b) | **42** | 70 | 63-78 (Plea Agreement) | |
| **Howard Richardson 1:21-cr-721-CKK-1** | Guilty Plea | Richardson brought a long, metal flagpole and used it to strike an officer 3 times, only stopping after it broke on the third hit; less than 2 minutes later, Richardson helped use an enormous metal Trump sign as a battering ram against officers; Richardson made false representations to the Court during his plea hearing; after his plea but before sentencing, Richardson was arrested again for aggravated assault and lied to the local police about his conduct | 111(a) | **46** | 46 | 37-46 (Plea Agreement) | On January 6, 2021, Richardson was on bail for Illegal Possession of a Firearm |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Devlyn Thompson 1:21-cr-461-RCL-1** | Guilty Plea | Thompson struck an officer with a baton at the Capitol entrance; Thompson became angry by observing law enforcement interactions; and responded aggressively; Thompson yelled at officers, pointed out individual officers, and yelled at the law enforcement officers who were blocking his path; Thompson pointed at one officer and yelled, "where's your boy at?," "you hiding him," "you wanna fight, lets fight! One on one."; at least one other member of the crowd tried to calm Thompson down; after the police line at the bottom of the Terrace was overcome, Thompson climbed a balustrade and joined a crowd on the inaugural stage; Thompson joined dozens of others in the Lower West Terrace tunnel who were actively assaulting officers For approximately the next 13 minutes, Thompson was in the tunnel zone and was actively assisting, aiding, and abetting the mob that was assaulting officers and trying to break through the police line to gain access to the Capitol; Thompson helped members of the mob take multiple riot shields from the officers officers blocking the doorway to the Capitol; as Thompson was bringing forward the shields, members of the crowd yelled for them to "Use the shields! [against law enforcement officers]," and for the rioters to then, "Lock your shields!" in an effort to thwart officers' attempts to ward off the assault; Thompson joined in effort by the mob to jointly push together against the front-line officers in an effort to force their way through the police; Thompson helped others throw a large audio speaker toward the police line; Thompson found a metal baton in the tunnel and decided to arm himself as he continued his approach; Thompson struck one time at Sgt. W.B. (who was helping a member of the crowd) with the baton; Thompson returned to the mouth of the tunnel as an engaged observer; Thompson was among the first crowd | 111(b) | **46** | **48** | 46-57 (Plea Agreement) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | member to arrive on the inaugural stage and he was one of the last to leave as he occupied the inaugural stage until shortly after 5 p.m. when heavily armored Virginia State Police Officers arrived and deployed ordinance that forced the mob from the stage | | | | | |
| **Nicholas Languerand 1:21-cr-353-JDB-1** | Guilty Plea | Languerand utilized many objects to harm officers, including throwing a piece of wood, throwing a heavy black speaker, throwing multiple sticks, and throwing a large traffic cone; Languerand used a riot shield against officers; Languerand later bragged about and offered justifications for his violent acts; when he was arrested, Languerand had an extensive arsenal, writings deeply critical and menacing of the FBI, and photos of the Proud Boys, Three Percenters, Nazi iconography, etc.; Languerand posted online that he had carried a firearm with him to the Capitol | 111(a) 111(b) | **44** | 51 | 46-57 (PSR) | Languerand's criminal history included prior assaultive and threatening conduct |
| **Christian Manley 1:21-cr-691-TSC-1** | Guilty Plea | Manley brought 2 cans of bear deterrent/pepper spray, a collapsible police baton, and handcuffs; Manley wore a flak jacket; from inside the archway, Manley sprayed the bear deterrent/pepper spray towards officers defending the Tunnel; after emptying the canister of bear deterrent/pepper spray, Manley threw the canister towards officers; from the rear of the archway, Manley assisted others in removing police shields which were taken from officers and passed outside the tunnel; Manley passed at least 3 riot shields from inside the tunnel; Manley again sprayed officers with bear deterrent/pepper spray while others throw objects at the officers; Manley also threw that empty bear deterrent/pepper spray canister at officers; while in the Tunnel, Manley threw a pipe and another object at officers and further assisted in passing riot shields; in the Tunnel, Manley pushed a door against officers; Manley encouraged others to enter the Tunnel | 111(b) | **50** | 57 | 51-63 (Plea Agreement) | |

9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Duke Wilson** **1:21-cr-345-RCL-1** | Guilty Plea | Wilson picked up PVC pipe and struck at least 2 officers in the tunnel before throwing the pipe at the crowd of officers; Wilson attempted to pull away an officer's shield; Wilson entered the Tunnel and tried to pull open the door to the Capitol; Wilson attempted to pull away an officer's shield; Wilson engaged in hand-to-hand combat with a number of officers—punching, shoving, and kicking them | 1512(c)(2) 111(a) | **51** | 46 | 41-51 (Plea Agreement) | Dangerous weapon enhancement not applied |
| **Justin Jersey (Co-Defendant)** **1:21-35-RC-9** | Guilty Plea | Jersey charged at the line of officers protecting the entrance to the Tunnel; this set into motion a large-scale assault on multiple officers, including direct violence from Jersey; while Officer A.W. was positioned at the front of the Archway, Jersey grabbed Officer A.W.'s baton with one hand and reached towards Officer A.W.'s face with the other hand, grappling over the baton for several seconds, and knocked Officer A.W. to the ground; Jersey then grabbed another baton and used it to strike other officers in the Archway; while other assaults were occurring, Jersey picked up Officer A.W.'s helmet and put it on his own head; Jersey left D.C. with Officer A.W.'s helmet, another officer's helmet, and an officer's badge; Jersey displayed one of those helmets behind the bar in his home; prior to January 6, 2021, Jersey exchanged Facebook messages that indicated that he anticipated that violence would occur and that he would have a weapon with him; Jersey, accordingly, brought a large, gnarled stick | 111(b), 2 | **51** | 63 | 51-63 (PSR and Plea Agreement) | Jersey has a conviction stemming from a domestic dispute that became violent. He was arrested for (but not ultimately charged with) possessing a firearm with serial number that had been altered after a rifle was recovered following a dispute between Jersey and the mother of one of his children (Govt.'s Sentencing Memo., ECF 275 at 20). |
| **Lucas Denney** **1:22-cr-70-RDM-1** | Guilty Plea - without Plea Agreement | Denney deployed pepper spray at officers on multiple occasions; Denney threw the pepper spray canister at officers; Denney struck officers with a pole; Denney brandished a baton; Denney pushed a riot shield into officers; Denney swung his fist at an officer and grabbed the officer in an attempt to pull him down the stairs; Denney make multiple attempts to pull the barricades from officers and kicked it into officers; Denney wore full battle attire; Denney lied to the FBI agents about his involvement at January 6 | 111(b) | **52** | Middle of Guidelines | 87-108 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | and deleted information from a social media account; Denney was associated with the Proud Boys and Three Percenters; before January 6, Denney recruited people to his militia group who would be willing to engage in violence on January 6; prior to January 6, Denney solicited donations to pay for protective gear and pepper spray; Denney sought out battles at BLM Plaza the night of January 5, 2021 | | | | | |
| **Geoffrey Sills 1:21-cr-40-TNM-6** | Stipulated Trial | Sills went to the Capitol to protest Congress' certification of the Electoral College; prior to January 6, 2021, Sills made multiple purchases at stores which sell body armor, weapons, gas masks, and other combat equipment; Sills joined the line of rioters that pushed the police back off their line; Sills then threw several pole-like objects at the officers as they retreated, while filming the events and posting them to Instagram; Sills intended to stop or prevent Congress from certifying the Electoral College vote results; when officers retreated from the West Front up to the Lower West Terrace, Sills followed the officers up to the Terrace and into a tunnel created by the inauguration stage; Sills attempted to enter the glass door to the Capitol building labeled "Members Entrance Only"; Sills forcefully wrested away an officer's baton from C.W., who was defending the entrance door to the U.S. Capitol; a few minutes later, defendant Sills exited the tunnel holding an extended baton; as Sills exited the tunnel into, Sills lifted the baton above his head in what appears to be an effort to signal and galvanize the crowd; Sills re-entered the tunnel, and moved towards the police line at the door; Sills then pointed a flashing strobe light at the police line, disorienting officers; over the course of 6 minutes, Sills used the extended baton to repeatedly strike at officers on the police line; 1 of those strikes by defendant Sills struck Officer V.B.'s left arm while Officer V.B. | 2111, 2 1512(c)(2), 2 111(b) | **52** | 108 | 97-121 (Govt. Memo.) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | was struggling with another rioter. Officer V.B. sustained multiple bruises from strikes on various parts of his body from the assaults he suffered on January 6; Officer V.B. recalled being struck on the head at 1 point by the baton wielded by Sills; Sills hit Officer C.W., the same individual from whom Sills stole the baton minutes before; Sills exited the tunnel with the extended baton over his head; Sills created an account with Zello, a "push-to-talk" walkie talkie application on January 6; around January 7, Sills deleted his Instagram account, where he posted video clips of him at the Capitol on January 6; in Sills's home were tactical style gloves with knuckle protection, black googles, a black flashlight with strobe function, a black gas mask, and a black riot-style baton, consistent with the one stolen from Officer C.W. | | | | |
| **Robert Sanford** **1:21-cr-86-PLF-1** | Guilty Plea | Sanford threw a fire extinguisher at a group of officers, striking 3 officers in the head, 1 of which had to go to the hospital for an examination; Sanford threw a traffic cone at officers | 111(b) | **52** | 71 | 63-78 (Plea Agreement) |
| **Mitchell Gardner** **1:21-cr-622-APM-1** | Guilty Plea | While at the Lower West Terrace, Gardner shouted, "drag them out," "pull the cops out [of the Lower West Terrace Tunnel]," "fight for Trump," and "break the fucking window"; Gardner used a red canister in a black case to discharge the contents of a lachrymal agent spray at officers in the Lower West Terrace Tunnel; Gardner encouraged others to break a window of the Capitol; Gardner entered the Capitol through that window; once inside, Gardner took items from a conference room that could be used as weapons (e.g., table legs, lamps) and passed them out to the crowd who were assaulting the law enforcement at the tunnel | 231(a)(3) 1512(c)(2), 2 111(b) | **55** | 71 | 46-57 (PSR) |

12

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Mason Courson (Co-Defendant) 1:21-cr-35-RC-8** | Guilty Plea | Courson was an initial member of the mob that forcibly entered the Tunnel Archway; over the course of several minutes, Courson made his way deeper into the Tunnel and, along with others, forcefully pushed and shoved the crowd towards the line of officers stationed in the Tunnel; as he was pushed out of the Tunnel, Courson reached towards officers and grabbed at their equipment, including their protective gear; once officers pushed Courson out of the Tunnel, Courson armed himself with a police baton on the steps outside the Tunnel; about an hour later, Courson and numerous others attacked a line of officers positioned in the Archway; in the scuffle, an officer was dragged down a set of stairs, where Courson struck the officer with the baton, injuring the officer; when the officer attempted to ascend the steps back to the police line, Courson and others pushed him back down the steps and prevented him from re-joining the line; Courson then ascended the steps to the Archway and attempted to grab another officer who was still on the ground fending off attacks; Courson kept the baton, as if it were a trophy in which he should take great pride; Courson stated that he believed that the officers were "traitors" on January 6, 2021 | 111(b), 2 | **57** | 87 | 70-87 (PSR) | |
| **Mark Mazza 1:21-cr-736-JEB-1** | Guilty Plea | Mazza brought 2 loaded handguns with him to the Capitol; Mazza pushed against the officers in the tunnel; Mazza berated and assaulted officers with a stolen police baton; Mazza remained armed on the Capitol grounds for several hours; "with full force," Mazza struck an officer's hand with his hand; afterwards, Mazza engaged in numerous acts of obstruction, including filing a false police report about how he lost 1 of his guns, filing off the serial number of the stolen police baton, and providing false information to Capitol Police | 111(b) D.C. Code 4504 | **60** | 78 | 57-71 (Govt. Memo., for 111(b))  8-24 (Govt. Memo., for D.C. Code) | |

13

| | | | | | | |
|---|---|---|---|---|---|---|
| **Ronald Sandlin** 1:21-cr-88-DLF-1 | Guilty Plea | Sandlin substantially planned with his co-conspirators their participation; Sandlin brought a car full of weapons, including knives, bear spray and a pistol; Sandlin directly assaulted at least 2 capitol police officers, attempting to rip off one officer's helmet and taking a swing at another officer's head; Sandlin assisted in the assault of at least 4 others; Sandlin later celebrated his participation and tried to profit off of it and obstructed the investigation | 1512(k) 111(a)(1), 2 | **63** | 63 | 63-78 (Govt. Memo.) |
| **Mark Ponder** 1:21-cr-259-TSC-1 | Guilty Plea | Ponder assaulted 3 officers on the western portion of Capitol grounds, as explained below; Ponder assaulted 1 officer with a long thin pole that broke on contact with the officer's riot shield held over his head; Ponder fled back into the crowd; Ponder rearmed himself with a thicker, sturdier pole and repeatedly struck another officer; Ponder fled back into the crowd; approximately 10 minutes later, Ponder swung that same pole like a baseball bat at Officer JC, striking him in the left shoulder; soon after, Ponder joined a crowd facing off against a line of officers; as these officers advanced to move the crowd, Ponder "wildly swung the pole" at the advancing police line, striking an officer in the left shoulder; as he was being detained, Ponder shouted to hold the line and not to give up; Ponder also told officers detaining him that when the country is being attacked like this we have a right to fight, which is what the Second Amendment was built on; e Ponder was arrested but then released with instructions to leave when no transport was available; Ponder, instead, returned to the Lower West Terrace where he used a police shield against the officers; Ponder remained on Capitol grounds until at least 5 pm | 111(b) | **63** | 60 | 57-71 (Plea Agreement) |

14

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Robert Palmer** 1:21-cr-328-TSC-1 | Guilty Plea | Palmer threw a wood plank at officers; Palmer deployed the contents of a fire extinguisher directly into the Tunnel; Palmer threw the empty extinguisher at officers; Palmer attacked officers with a traffic cone, a piece of scaffolding, and a second fire extinguisher; on the Upper West Plaza, Palmer approached a line of officers, yelling, and threw a pole at them like a spear; screamed obscenities at officers when engaging with them | 111(b) | **63** | 63 | 63-78 | |
| **Brian Mock** 1:21-cr-444-JEB-1 | Trial | | 1512(c), 2 231(a)(3) 111(a) 111(a) 111(a) 111(a) 641 1752(a)(1) 1752(a)(2) 1752(a)(4) 5104(e)(2)(F) | | | | The Court ruled at trial that Mock's flagpole, which the Court concluded was made of plastic or a similar material, was not a "deadly or dangerous weapon" for purposes of 111(b) or 1752(b)(1)(A) |