# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:21-cr-35-RC |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFREY SABOL** | : | |
| **Defendant** | | |

## JOINT MOTION TO CONTINUE SENTENCING

The United States, by and through the United States Attorney, and the defendant, Jeffrey Sabol, by and through his attorney Alex Cirocco, Esq., hereby move this Court to continue the sentencing hearing for Mr. Sabol, currently scheduled for January 19, 2024 until the week of March 18, 2024, if the Court's calendar allows. (Co-defendant Jack Wade Whitton is scheduled for sentencing on March 20, 2024.)

If the Court grants this motion, both parties also request a scheduling Order be entered for Sentencing Memorandums in accordance with the new sentencing date.

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies, on Saturday, December 16, 2023, the within motion was filed via the Court's electronic filing service.

| | |
|---|---|
| Dated: December 16, 2023 | Respectfully Submitted, |
| | s/Alex Cirocco |
| | Alex Cirocco, Esq.<br>Attorney for Jeffrey Sabol<br>DC Bar ID # NJ 037<br>Law Offices of Alex Cirocco, LLC<br>600 Getty Avenue, Suite 305<br>Clifton, NJ 07011<br>973-327-9995<br>alex@ciroccolaw.com |